

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS
F.#2009R02161

271 Cadman Plaza East
Brooklyn, New York  11201

June 28, 2012

**BY HAND AND ECF**

Kelley J. Sharkey
Attorney at Law
26 Court Street
Suite 1016
Brooklyn, NY 11242

    Re:  United States v. Peter Liounis
         Criminal Docket No. 12-CR-350 (ILG)

Dear Ms. Sharkey:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Government furnishes the following discovery material with respect to the above-referenced case.  The government also requests reciprocal discovery.

The Government's Discovery

    1.    Statements of the Defendant

    After the defendant was arrested, he received and waived his Miranda rights and made statements to agents.  A report detailing these statements is enclosed, Bates-numbered DOJ00000001 - DOJ00000003.

    2.    The Defendant's Criminal History

    Documents pertaining to the defendant's criminal history are enclosed, Bates-numbered DOJ00006537 - DOJ00006555.

    3.    Documents and Tangible Objects

    Please find enclosed a disc containing the following documents:

| Document Description | Bates Range |
|---|---|
| Intake documents and photographs of items recovered from the defendant at arrest | DOJ00000004 - DOJ00000030 |
| Applications and orders for pen registers and tracking warrants | DOJ00000031 - DOJ00000591 |
| Data obtained from GPS search warrant for (201) 668-6944 | DOJ00000592 |
| Data obtained from pen register and GPS search warrant for (347) 465-0606 | DOJ00000593 - DOJ00000682 |
| Data obtained from pen register for (917) 224-8087 | DOJ00000683 - DOJ00000689 |
| Data obtained from pen register for (917) 370-6944 | DOJ00000690 - DOJ000001403 |
| Data obtained from tracking warrant for white 2001 Nissan Pathfinder and gray 2011 Mercedes Benz 350 | DOJ00001404 - DOJ00001405 |
| Data obtained from email search warrant for YAROVAIRYNALTD@gmail.com | DOJ00001406 - DOJ00001692 |
| Data obtained from GPS search warrant for (917) 224-8087[1] | DOJ00001693 - DOJ00002989 |
| Data obtained from GPS search warrant for (917) 370-6944 | DOJ00002990 - DOJ00005140 |
| Data obtained from tracking warrant for gray Mercedes Benz ML 350 | DOJ00005141 |
| Data obtained from pen register and GPS search warrant for (917) 954-4535 | DOJ00005142 - DOJ00005209 |
| Data obtained from tracking warrant for gray Mercedes Benz 350 | DOJ00005210 |

---

[1]Additional location data relating to this phone number will be provided to you in a subsequent production.

| | |
|---|---|
| Data obtained from search warrant for Express Mail envelope addressed to Mike Sloli | DOJ00005211 - DOJ00005230 |
| Audio recordings obtained from wiretap of defendant's personal phone: (917) 370-6944[2] | DOJ00005231 |
| Bank records for Grayson Hewitt Chase account | DOJ00005232 - DOJ00005785 |
| Documents obtained from Grayson Hewitt investors | DOJ00005786 - DOJ00005863 |
| Bank records for Peter Liounis Capital One account | DOJ00005864 - DOJ00005923 |
| Phone records | DOJ00005924 - DOJ00006536 |

4.   Reports of Examinations and Tests

The government will provide copies of any examinations and tests conducted in this case.

5.   Expert Testimony

The government will comply with Fed. R. Crim. P. 16(a)(1)(E) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with a summary of that expert's opinion.

6.   Brady Material

The government is aware of and will comply with its obligation to produce exculpatory material or information within the scope of Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.

Before trial, the government will furnish information or material regarding payment, promises, immunity, leniency or preferential treatment, if any, given to prospective government witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959). The government will furnish before trial information or material

---

[2]Applications, affidavits and orders filed in connection with this wiretap were included in the documentation filed in connection with the wiretap of (347) 465-0606, which was provided to you on April 18, 2012.

3

regarding any prior convictions of any co-conspirator, accomplice or informant who may be testifying at trial for the government.

The government will also furnish before trial materials discoverable pursuant to Title 18, United States Code, Section 3500.

7. Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

The Defendant's Required Disclosure:

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments, including fingerprint analyses, made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, we request that you have copies of these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

4

If you have any questions or further requests, please do not hesitate to contact us.

                    Very truly yours,

                    LORETTA E. LYNCH
                    UNITED STATES ATTORNEY

        By:  <u>/s/Daniel Spector</u>
              Daniel A. Spector
              Pamela E. Chen
              Assistant U.S. Attorney
              (718)254-6345/7575

Enclosures
cc: Clerk of Court