UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**            DATE: **SEPTEMBER 21, 2012**            TIME: **3:30 p.m.**

DOCKET #: **CR-12-00350 (ILG)**            TITLE: *U.S.A. v. Peter Liounis, et al.*

CR: **Anthony Mancuso**            DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____            AUSA: **Pamela Chen - #7575**
                                        **Daniel A. Spector - #6345**

DEF'T #1 NAME: **Peter Liounis**            ATT'Y: **Kelley J. Sharkey, Esq. - CJA**
✓ Present   _ Not Present  ✓ In Custody            ✓ Present   _ Not Present

### CRIMINAL CAUSE FOR STATUS CONFERENCE

✔ Case called.

✔ Defendant present with counsel Kelley J. Sharkey, Esq.  Pamela Chen, AUSA and Daniel A. Spector, AUSA present for the Gov't.

✔ Status conference held.

✔ The defendant requests 90 days in which to file his pretrial motions. The defendant anticipates filing motions to suppress evidence and statements, a speedy trial motion and a motion for severance from co-defendant Ruslan Rapoport. The application granted.

✔ The defendant is to file his motions on or before 12/21/2012 at 5 p.m.

✔ A status conference is scheduled for 1/7/2013 at 10:30 a.m.  At that time, a briefing schedule for the Gov't's response to the defendant's motions will be set.

✔ The period between 9/21/2012 and 1/7/2013 is excluded, in the interests of justice and for the reasons stated on the record, from the calculation of the Speedy Trial Act time limits pursuant to 18 USC 3161(h)(7)(A).  The findings required by 18 USC 3161(h)(7)(A) are made on the record.

✔ The defendant is continued in custody.


TIME: **0/30**