

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS
F.#2009R02161

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 5, 2013

**BY FEDEX AND ECF**
Peter Liounis
Reg. No. 48332-054
MDC Brooklyn
80 29th Street
Brooklyn, NY 11232

    Re:  United States v. Peter Liounis
           Criminal Docket No. 12-CR-350 (ILG)

Dear Mr. Liounis:

      The government has received your letter to Judge Glasser, filed May 22, 2013, requesting certain documents.  Your letter contained thirteen numbered requests, which are addressed below:

      Requests One, Two and Three seek documents which are unrelated to the instant case.

      Request Four seeks a copy of the civil action filed by the Securities and Exchange Commission in connection with Rockford Group.  These documents, as well as the documents sought in Requests One, Two and Three, are publicly available and can be obtained by your standby counsel, Michael Gold.

      Request Five refers to a letter scheduling your arraignment on the indictment in the instant case, which occurred on May 25, 2012 before Judge Glasser.

      Request Six seeks recordings related to "Investor #1." In addition to the wiretap recordings, which were provided to you on April 19, 2012, all other recordings relating to investors were provided to you as discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure on July 16, 2012 (Bates numbered DOJ-16520 through DOJ 16534) and August 17, 2012 (Bates numbered DOJ 51231).

Request Seven seeks evidence relating to the "voice line up" conducted during the course of the investigation. This evidence was previously provided to you as Rule 16 discovery on August 17, 2012 (Bates numbered DOJ 51232) and March 6, 2013 (Bates numbere DOJ 54776 through DOJ 54783).

Requests Eight and Nine seek recordings and transcripts of court proceedings in this case and a related case. You may obtain these items through the court reporters.

Request Ten does not seek any items from this Office.

Request Eleven seeks a copy of a form filed by your prior counsel in connection with her representation of you pursuant to the Criminal Justice Act. This document is publicly available and can be obtained by your standby counsel, Michael Gold.

Request Twelve seeks a copy of the warrant and affidavit in connection with the search of a package mailed to "Mike Sloli" at 59 Genesee Avenue. These documents were previously provided to you as Rule 16 discovery on June 28, 2012 (Bates numbered DOJ 566 through DOJ 591).

Request Thirteen seeks a copy of the affidavit in support of the search warrant and arrest warrant, as well as the warrants themselves, signed by Magistrate Judge Go on April 16, 2012. On May 8, 2013, Judge Go ordered that your standby counsel provide these documents to you.

        Very truly yours,

        LORETTA E. LYNCH
        UNITED STATES ATTORNEY

By:   /s/ Daniel Spector
      Daniel A. Spector
      Assistant U.S. Attorney
      (718)254-6345

cc:  Clerk of the Court