392

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2

3      - - - - - - - - - - - -    X

4    UNITED STATES OF AMERICA,    :   CR 12-350 (ILG)

5                                 :

6          -against-              :

7                                     United States Courthouse
                                     Brooklyn, New York
8    PETER LIOUNIS,               :

9                                     January 29, 2014
            Defendant.            :   10:00 o'clock a.m.
10     - - - - - - - - - - - -    X

11

12                   TRANSCRIPT OF TRIAL
                     BEFORE THE HONORABLE I. LEO GLASSER
13                   UNITED STATES SENIOR JUDGE, and a jury.

14   APPEARANCES:

15
     For the Government:          LORETTA E. LYNCH
16                                United States Attorney
                                  BY: JUSTIN LERER
17                                    MICHAEL YAEGER
                                  Assistant United States Attorneys
18                                271 Cadman Plaza East
                                  Brooklyn, New York
19

20   For the Defendant:          MICHAEL H. GOLD, ESQ.
                                  350 Fifth Avenue
21                                New York, NY 10118

22
     Court Reporter:             Gene Rudolph
23                                225 Cadman Plaza East
                                  Brooklyn, New York
24                                (718) 613-2538

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.

                    GR      OCR      CM      CRR      CSR

393

1              (The following occurred in the absence of the jury.)

2              THE CLERK:  Criminal cause on trial, the United

3    States versus Peter Liounis.

4              MR. LERER:  Judge Glasser, could we talk to Mr. Gold

5    for a second about some scheduling matters and then address

6    the Court?

7              THE COURT:  Of course.

8              MR. GOLD:  And just so you'll know, we have some

9    stipulations, Judge.  So we are zipping through.

10             THE COURT:  Nothing beyond that?

11             (Pause.)

12             MR. LERER:  Good morning, Your Honor.

13             Your Honor, I wanted to inform the Court of some

14   scheduling matters.  I think we are proceeding much more

15   quickly than we had even in our best expectation hoped for.  I

16   believe that -- we'll have a full day today.  Tomorrow I think

17   we will not be able to fill the day because our remaining

18   witnesses are from out of town.  Then on Monday, I think we

19   would rest on Monday and if the Court were prepared, we could

20   even do the charging conference on Monday, assuming no defense

21   case or a short defense case and we would be ready to sum up

22   on Tuesday.

23             MR. GOLD:  I have no objection to that, Your Honor.

24             THE COURT:  No.  I was going to ask whether there is

25   going to be a defense case?

GR      OCR      CM      CRR      CSR

1          MR. GOLD:  As I was just explaining to Mr. Lerer,

2   given my -- the timing of my involvement as trial counsel, I

3   have not had an opportunity as yet to determine whether there

4   will be a defense case or not.  I am expecting to meet with

5   certain witnesses that Mr. Liounis has suggested.  I am trying

6   to do that on Friday.  So at this point I honestly can't give

7   an answer to whether there is or is not going to be a defense

8   case.  If there is, based on, as things have unfolded, I

9   wouldn't expect it to be a very lengthy one.

10          THE COURT:  Thank you very much.

11          I would say, Mr. Gold, that 31 years in this court I

12   have yet to have a defense attorney be able to tell me whether

13   there will or will not be a defense case.

14          MR. GOLD:  I don't to break your unbroken record,

15   Judge.

16          THE COURT:  If we are ready, the jury is here.

17          MR. GOLD:  Your Honor, I believe we have -- just so

18   you know, one of the witnesses that the government intended to

19   call and referenced yesterday was someone from MDC, to

20   introduce this prison call.  We have arrived at a stipulation

21   regarding that so that the call will not be played in its

22   entirety, with the identification of it emanating from MDC.

23   That's one thing.

24          What was also the subject of pretrial discussion and

25   an order by the Court which the Court permitted, briefly

1    asking the Court to reconsider the testimony, the anticipated

2    testimony of Mr. Moldrem.  He will be coming in, just to

3    refresh the Court, and basically talking about similar schemes

4    that had previously been the subject of this indictment but

5    were -- the charges -- the counts were dismissed, which at the

6    time the government was offering as 404(b), to prove both the

7    identity of Mr. Liounis's voice and I assume also on the issue

8    of absence of mistake. So identification and mistake.

9            I think given the parade of victims that has come

10   forward over the last couple of days, and I assume we will be

11   hearing more from, and the government having played yesterday

12   certain tapes of Mr. Liounis from his personal phone and

13   comparing it with the Mark -- quote Mark Anderson phone, as

14   well as today, this MDC call, which we are stipulating is

15   Mr. Liounis's voice, which would be another basis of

16   comparison, that given that background and prospectively what

17   I assume will be coming in going forward, I think it's

18   cumulative and confusing to start introducing evidence

19   by -- of another totally unrelated scheme to that which is

20   the -- the jury will be asked to decide, to satisfy issues

21   that really are amply and adequately answered through

22   alternative means, that -- and the net result being that there

23   is unnecessary prejudice to Mr. -- given the alternatives,

24   there is unnecessary prejudice to Mr. Liounis.

25            THE COURT:  Does the government want to respond?

1          MR. YAEGER:  Yes, Your Honor.

2          In reliance on the Court's order, we opened with a

3   short description of what we anticipated Mr. Moldrem's

4   testimony to be.  It would certainly prejudice the government

5   now to not be able to present that testimony.

6          Identity remains the issue in this case.  It has to

7   be proved beyond a reasonable doubt, not simply at the Rule 29

8   standard either, and to carry our burden with this jury, we

9   believe we need this evidence that Your Honor has previously

10  ruled is admissible for the reasons Your Honor specified and

11  that we put in our motions in limine.

12         THE COURT:  How exactly is Mr. Moldrem going to be

13  testifying in terms of -- in terms of his voice identity, to

14  what extent are any other schemes necessary to --

15         MR. YAEGER:  The --

16         THE COURT:  Why don't you wait until I finish,

17  Mr. Yaeger?

18         MR. YAEGER:  I apologize.

19         THE COURT:  What I am asking is, if the purpose of

20  offering this testimony is to identify his voice and, I take

21  it, to identify his use, his voice using another name, is that

22  right?

23         MR. YAEGER:  Correct, Your Honor.

24         THE COURT:  How is that being presented?  To what

25  extent is it necessary to make reference to the fact that this

1    was part of or these phone calls were part of the involvement

2    and in relation to another scheme?

3            MR. YAEGER:  Only to a minimal extent and that is

4    the extent we are introducing it.

5            Initially, he heard this voice as James Weston and

6    that is the voice he invested under with the Rockford scheme.

7    A very bare bones, I expect very bare bones testimony on that.

8    You invested with this guy, in the Rockford scheme, and he

9    lost certain amount of money.  That's essentially it, without

10   any real details of the scheme.

11           And then this same voice calls him up and we play

12   the tape on that same voice, now using the name Santo Crivera.

13           THE COURT:  Excuse me.  When is Mr. Moldrem going to

14   be testifying?

15           MR. YAEGER:  In the morning, after the cell site

16   expert, Mr. Orellana.

17           THE COURT:  We will pursue this a little further.  I

18   will need a little bit more information.

19           I am just wondering about the necessity of testimony

20   that he lost money.  We are dealing with, as I understand it,

21   simply a question of voice identity.  Is that right?

22           MR. YAEGER:  It is, Your Honor, yes.

23           However, it is simply part of completing the story

24   to say why this man would be driven to record someone's voice,

25   why he would recognize it, because he heard this voice many,

1   many times, over several months.  We are not going into the

2   details of the scheme so much as providing a basis for the

3   jury to believe his testimony, that he knew this was the same

4   voice.  Really, the testimony elicited from him is about that,

5   not about the precise details of the Rockford scheme at all.

6              THE COURT:  How long are these tapes, will it take

7   these tapes to be played?

8              MR. YAEGER:  I anticipate the direct testimony -- to

9   play the tapes?  Each tape is something like five or

10  six minutes.  I am not playing the full five or six minutes

11  for each tape.  I believe there are three tapes.  So I believe

12  I will be playing something like ten minutes or less of actual

13  tape.  I think considerably less but I'd have to look at my

14  notes to see the exact seconds.

15             THE COURT:  All right.  I think that what I would

16  like to do is, I would like to hear the tapes before

17  Mr. Moldrem testifies.

18             MR. YAEGER:  Yes, Your Honor.

19             THE COURT:  Okay.  Are you ready?  We will get the

20  jury.

21             (Jury present.)

22             THE COURT:  Good morning.

23             You are on the way to being nominated for the

24  promptest jury I've heard in quite a while.

25             Thank you very much for being here.

1          If you are ready to proceed, call your next witness.

2   Who is your next witness?

3          MR. LERER:  Your Honor, the United States calls

4   Eduardo Orellana.

5          THE CLERK:  Please stand over here and raise your

6   right hand.

7          (The witness is duly sworn/affirmed by Clerk of

8   Court.)

9          THE CLERK:  Please be seated.

10         Please state and spell your full name for the

11  record.

12         THE WITNESS:  First name Eduardo, E D U A R D O,

13  last name Orellana, O R E L L A N A.

14         THE COURT:  All right.  Please, proceed.

15         MR. LERER:  Thank you, Your Honor.

16  DIRECT EXAMINATION

17  BY MR. LERER:

18  Q     Good morning, sir.

19  A     Good morning.

20  Q     What do you do for a living?

21  A     I'm the Director of Communications for RF and Wireless

22  Engineering and Company.

23  Q     What company do you work for?

24  A     I work for Integrated Strategic Resources.

25  Q     You said you were the Director of Communications for

1    RF and Wireless Engineering, is that correct?

2    A    That's correct.

3    Q    What does RF stand for?

4    A    It stands for radio frequency.

5    Q    Are you trained as a radio frequency engineer?

6    A    That's correct.

7    Q    First I should ask, were you retained by the government

8    in this case to analyze cell site records?

9    A    Yes.

10   Q    What does a radio frequency engineer do?

11   A    There are two main tasks that a radio frequency engineer

12   does.  The first one is what we call cell site design, where

13   we pick a location for a cell site and the equipment that

14   should go on that cell site.

15             Once you turn up the cell site, there is another

16   main task for an RF engineer, which is to do what we call

17   performance optimization.

18   Q    Mr. Orellana, can I ask you to slow down just a little

19   bit?

20   A    Sure.

21   Q    Thank you.

22   A    So performance optimization is done to make sure that

23   once you turn on the site, you don't drop or block calls in

24   the area.

25   Q    Do different cellular telephone companies use different

1  technologies?

2  A    That's correct, yes.

3  Q    Which technologies have you received training on?

4  A    So I work for -- when I worked for Nextel, I was trained

5  on the IDEN technology, I D E N, for Motorola.  Motorola gave

6  those training courses.

7          I was also trained on CDMA.  That's the technology

8  that Sprint, Verizon as well as Metro PCS uses.  I was trained

9  on that technology.

10 Q    Let me pause for one second.

11         That CDMA training, is that the technology of the

12 cell sites you analyzed in this case?

13 A    That's correct, yes.

14 Q    Who did you receive that training from?

15 A    From Alcatel-Lucent.

16         And then I also worked on the UMTS technology.

17 That's a technology that T-Mobile and AT&T use, and that

18 training was provided by Ericsson.

19 Q    Have you personally worked in the design of cell sites?

20 A    Yes.

21 Q    Have you personally worked in choosing the locations for

22 cell sites?

23 A    Yes.

24 Q    When was that?

25 A    So pretty much from 1999 -- well, really to 2010, for

Orellana - direct - Lerer                    402

1   cellular technologies.  I currently do it for other

2   technologies, radio technologies.

3   Q    Where have you worked on the design and the location of

4   cell sites, what geographic areas?

5   A    Most of my design was done in Brooklyn, Queens, Staten

6   Island and Long Island.

7   Q    What's the highest degree you have earned in school?

8   A    Master of Science in Electrical Engineering from

9   Polytechnic University.

10            MR. LERER:  Your Honor, at this time the government

11   moves pursuant to Rule 702 of the Federal Rules of Evidence to

12   qualify the witness as an expert in the engineering and

13   operation of cell site technology.

14            MR. GOLD:  No objection.

15            THE COURT:  He will be received.

16            MR. LERER:  Thank you, Your Honor.

17   Q    Before you, you have a large --

18            THE COURT:  I will explain what that means to the

19   jury at a later time.

20            Mr. Orellana is testifying as an expert witness,

21   which essentially means that he is perfectly capable of

22   testifying, and properly testifying, giving an opinion of

23   whatever it is he's asked to give an opinion about.  I will

24   explain all that to you later on.

25            Let me do it now.

1           As a general rule, witnesses are permitted to

2    testify, as a general rule, to facts, not to opinions.  There

3    are circumstances during which it is impossible for laymen to

4    understand the significance of a fact which is in issue

5    because we don't have the expertise or the educational

6    background to understand it.

7           For example, if the problem before a court would be

8    whether or not a person whose brain was operated on was

9    operated on carefully by a competent neurosurgeon, neither you

10   nor I would be able to make any judgment as to whether the

11   surgeon operated carefully or not.  We would need an opinion

12   from another neurosurgeon to testify about how that operation

13   was conducted and whether it was done carefully or carelessly.

14   That witness would express an opinion.

15          This witness is going to express an opinion about

16   the intricacies of cell sites and the significance of the

17   location of cell sites and how that is determined, which

18   neither you nor I have the sufficient background or

19   information to make a judgment on.

20          So he is going to express an opinion about that

21   based upon his special knowledge and expertise and background.

22   An expert is permitted to testify in that fashion.

23          Okay?  Is that clear enough, I hope?

24          Go ahead.

25          MR. LERER:  Thank you, Your Honor.

Orellana - direct - Lerer                    404

1    EXAMINATION CONTINUES

2    BY  MR. LERER:

3    Q    Mr. Orellana, in front of you you have in a separate

4    folder a large document marked Government Exhibit 64.

5              Can you just open up that folder and take a look?

6    A    Yes.

7    Q    In preparation for your testimony, have you reviewed

8    Government Exhibit 64?

9    A    Yes.

10   Q    What is that document?

11   A    These are what we would call call detail records, with a

12   lot of information about calls that were placed.

13   Q    Does that include switch and cell site location

14   information?

15   A    Switch, cell site, times call started and a lot of other

16   information, yes.

17   Q    I am going to show you, Mr. Orellana, an exhibit already

18   in evidence, Government Exhibit 20.

19             Did you -- I will put it up here.

20             THE COURT:  Mr. Orellana, you can step down if --

21             MR. LERER:  Your Honor, with your permission, I will

22   ask Mr. Orellana to step down later.

23             THE COURT:  Okay.

24             MR. LERER:  I'll tilt it.

25             THE COURT:  Okay.

1   Q    This column cell site on the far right of Government

2   Exhibit 20, did you verify that that conforms with the records

3   in Government Exhibit 64?

4   A    Yes.

5   Q    Mr. Orellana, before you you have Government Exhibit 7

6   and 8-A through C already in evidence.

7           In preparation for your testimony, did you review

8   those documents?

9   A    Yes.

10  Q    I will publish seven on the -- seven on the document

11  camera.

12          Is that the Metro PCS switch list, Mr. Orellana?

13  A    That's correct.

14  Q    I will briefly publish 8-A, 8-B and 8-C.

15          In preparation for your testimony, did you

16  previously review all those documents?

17  A    Yes.

18  Q    Do these documents allow you to determine the location of

19  cell sites on the Metro PCS network?

20  A    That's correct.

21          The cell site list that we saw has GPS data to be

22  able to map that, find the location.

23  Q    Thank you, sir.

24          Mr. Orellana, I am showing you Government Exhibit 65

25  A.

1          Does that accurately reflect the location of

2  Metro PCS cell sites in the displayed portions of Brooklyn and

3  Staten Island?

4  A    Yes.

5  Q    And are there two locations mapped, 59 Genesee Avenue in

6  Staten Island, 1204 Avenue U in Brooklyn?

7  A    That's correct.

8  Q    65-B, I will inform you that the photo on the bottom

9  right corner is already in evidence.

10         Does this reflect the location of the cell sites in

11 the proximity of 1204 Avenue U?

12 A    That's correct.

13 Q    And 1204 Avenue U is itself mapped as well?

14 A    Yes.

15 Q    65-C, does that reflect the Metro PCS cell site locations

16 in the vicinity of 59 Genesee Avenue, Staten Island?

17 A    Correct.

18 Q    Is 59 Genesee Avenue mapped at the point B?

19 A    Yes.

20 Q    And cell tower 893-1 -- sorry.  Pardon me.

21         The cell towers are labeled?

22 A    Yes.

23 Q    Did you take the photo that's labeled as A?

24 A    Yes.

25 Q    And the fact -- the statement written on the bottom

Orellana - direct - Lerer                           407

1  right-hand corner, did you verify that's correct from the

2  records?

3  A    Yes.

4  Q    Did you make all these maps?

5  A    Yes.

6         MR. LERER:  The government moves 65-A, B and C into

7  evidence.

8         MR. GOLD:  No objection.

9         THE COURT:  They are received.

10        (Marked.)

11 Q    Mr. Orellana, in layman's terms, can you explain how a

12 cellular phone connects to the cellular network when it makes

13 or receives a call?

14 A    The cellphone is always scanning for the strongest cell

15 sites in an area and it scans for the strongest signal

16 strength and the strongest signal quality.  Based on that, it

17 selects a site.  The best serving site, as we call it.

18 Q    What is a cell site or cell tower?

19 A    Generally speaking, a cell site consists of an antenna

20 and the radio equipment and that radio equipment sends out RF

21 energy in particular directions.  It's like a flashlight.  So

22 if you can imagine the closer you are to the flashlight, the

23 stronger the RF energy and signal strength is.  The further

24 away, the weaker the signal strength is.

25        THE COURT:  What does RF stand for, Mr. Orellana?

GR        OCR        CM        CRR        CSR

1        THE WITNESS:  Radio frequency.  It's really the

2   energy that we use to communicate wirelessly.

3   Q    Do cell sites get used every time a call is made or

4   received?

5   A    Could you repeat the question?

6   Q    Is a cell site connected with every time a call is made

7   or received?

8   A    Yes.

9   Q    What factors determine which cell site is used on a call?

10  A    Generally speaking, if you are stationary, again, the

11  phone is going to home in on the strongest signal strength and

12  the strongest signal quality.  Usually it's the closest site

13  and when you place a call, it will be served by that site.

14  Q    What can determine signal strength?

15  A    So signal strength primarily is from the radio equipment

16  that's installed.  So an engineer will design that, depending

17  on the coverage that they want in a particular area.  But

18  there are also some limitations.  So, for instance, a site

19  that is further -- is taller, the signal strength may go

20  further because it sees further.

21  Q    What about interference, can that play a role?

22  A    So depending on the technology, interference is described

23  in two different ways.  I will focus on CDMA.  For CDMA, if

24  you have two cell sites in an area, or I should say, four or

25  five cell sites in an area, the more sites there are and the

1   more users there are on the site, then the signal quality

2   actually degrades.  Because the tower can't tell where the

3   users -- which users it needs to serve sometimes.

4            THE COURT:  What does CDMA stand for?

5            THE WITNESS:  Code -- you are testing me.  It's a

6   technology.  It stands for Code Division Multiple Access.

7            Probably the best way to describe it is, Microsoft

8   versus Apple.  So a carrier can use CDMA or it can use IDEN

9   or, for that matter, UMTS.  They do the same thing but there

10  are different features basically that are available with the

11  technology.

12  Q    Were you saying when there is interference the cell site

13  actually covers a smaller area?

14  A    For CDMA, that's absolutely correct.  The more users

15  there are on the site, what the cell tower does, it

16  distributes the power to all the users and then the quality

17  degrades slightly.

18  Q    Generally speaking, which cell site gets used when a

19  person makes or receives a call?

20  A    Generally speaking, it will be the closest serving site.

21  Again, that's relative to signal strength and signal quality

22  as well.

23  Q    Generally speaking, can you tell where a phone is located

24  at the time it made or received a call by looking at cell site

25  records?

Orellana - direct - Lerer                    410

1    A    That's correct.  Because the cell site records indicate

2    the serving cell site.

3    Q    Just to be clear, can you tell which particular person

4    used the phone at this time?

5    A    No.

6    Q    I am going to publish Government Exhibit 65-B.

7             Mr. Orellana, could you step down, please?

8             (Witness steps down.)

9             For the Court's convenience, we will switch over to

10   this side.

11            Maybe, Mr. Orellana, I will ask you to stand there

12   so the court reporter gets down what you say.

13            What area does this map, Government Exhibit 65 --

14   I'm sorry.  This is 65-A.

15            Government Exhibit 65-B, what area does 65-B show?

16   A    This is the vicinity of -- it's the Sheepshead Bay area

17   in Brooklyn and it maps the Metro PCS sites in that area.

18   Q    When you reviewed the cell site records in this case, how

19   many calls had cell site location data?

20   A    There were 566 records for which I had data.

21   Q    Cell site data?

22            THE COURT:  Would you keep your voice up a little

23   bit so we can hear you here?

24            THE WITNESS:  Sure.

25   Q    How many calls had data?

Orellana - direct - Lerer                    411

1    A    566.

2    Q    Had cell site data?

3    A    Had cell site data, correct.

4    Q    Did you find any calls that hit off any of the towers and

5    this is for phone number 347-465-0606?

6            Did any of those 566 calls hit off, serve off any of

7    the cell sites located by 1204 Avenue U?

8    A    No.

9    Q    Zero?

10   A    Zero.

11   Q    Okay.  I will show you 65-A.

12           What does Government Exhibit 65-A display, what

13   areas are those?

14   A    This is a map of Brooklyn, which is over to the top

15   right, and over to the left is Staten Island.  Once again, the

16   blue dots represent Metro PCS sites in Brooklyn and Staten

17   Island for the areas that are shown.

18   Q    So each blue dot is a cell tower?

19   A    That's correct.

20   Q    On Metro PCS?

21   A    Correct.

22   Q    When you reviewed the 566 cell site records, did any of

23   the cell sites serve off anywhere in Brooklyn at all?

24   A    No.

25   Q    Where did all 566 calls serve off of, which general area?

1   A    Down in the bottom left here, you will see a blue circle

2   around the blue dot and that indicates that those sites served

3   the user.  So they were all in this Great Kills area of Staten

4   Island.

5   Q    Based on the configuration of all these Metro PCS cell

6   sites, if a person made a phone call at -- if a person was at

7   1204 Avenue U making a phone call, is there any way the cell

8   site they would have used would be one of these in Staten

9   Island?

10  A    No.

11  Q    That's impossible?

12  A    It's impossible because these sites are low power sites.

13  Furthermore, in this Coney Island area and up north from

14  there, there are a lot of tall buildings that would block the

15  signal.

16  Q    So the signal could not travel from Staten Island and

17  pick up a call placed in 1204 Avenue U?

18  A    No.

19  Q    Now I will publish 65-C.

20        What does this map display?

21  A    This is a -- now a zoomed in view of the Great Kills,

22  general Great Kills area on Staten Island.  Once again, it

23  displays in the blue circle, blue dots, the Metro PCS cell

24  site.  The circle around that indicates that that site served

25  a call that was placed for the dates of interest.

Orellana - direct - Lerer                    413

1   Q    Point B is the location of 59 Genesee Avenue?

2   A    That's correct.

3   Q    Point A is this photograph on the top left of Government

4   Exhibit 65-C, is that correct?

5   A    That's correct, yes.

6   Q    Did you take that photograph?

7   A    Yes.

8   Q    What is that a photograph of?

9   A    So this is the -- a picture of the Metro PCS site

10  identified by 893 sector one we saw.  It's what we call a DAS

11  site.  Up at the top here you see the antenna that's used to

12  send out the RF energy.  On the pole there is some equipment

13  that actually sends out RF energy up to that antenna.

14  Q    You personally visited that cell site?

15  A    That's correct.

16  Q    When you say DAS, does that stand for Distributed Antenna

17  System or Directed Antenna System?

18  A    Correct, yes.

19  Q    Are DAS cell sites stronger or weaker than typical cell

20  sites?

21  A    They are weaker.

22       You can appreciate that this is a light pole,

23  whereas if you were on top of a building, you would be able to

24  send the signal a lot further.  But beyond that, these have to

25  operate at low power.  They are designed to serve a small area

Orellana - direct - Lerer                    414

1    because you have a few of these placed in the area.

2    Q    When you say a small area, what is the typical range of a

3    DAS -- are all of these sites DAS sites that are mapped here?

4    A    That's correct.  Every blue dot is a DAS site, correct.

5    Q    What is the typical range of a DAS cell site?

6    A    So typically they are designed to only serve two to

7    three city blocks.

8    Q    A little more or less depending on the circumstances?

9    A    Correct; depends on the environment in the area.

10   Q    Did you personally drive by 59 Genesee Avenue, point B?

11   A    Yes.

12   Q    How far is 59 Genesee Avenue, point B, from point A, cell

13   tower 893-1?

14   A    Diagonally speaking, it's about a city block away.

15   Q    Cell sites don't have to turn the corner?  They can go

16    diagonally?

17   A    That's right.

18   Q    I will direct your attention to the bottom right portion

19   of the chart.

20          That's a statement you verified with the records,

21   correct?

22   A    That's correct.

23   Q    What was the first date of cell site data you received

24   for 347-465-0606?

25   A    It was January 10th of 2012.

1  Q    What was the last date of cell site data for that phone

2  number?

3  A    It was February 23rd of 2012.

4  Q    Between those two dates, January 10, 2012 and

5  February 23, 2012, how many times did that cellphone serve off

6  893-1?

7  A    Five hundred thirty-four.

8  Q    Five hundred thirty-four times?

9  A    That's correct.

10 Q    Five hundred thirty-four times in less than a

11 month-and-a-half; is that correct?

12 A    That's correct.

13 Q    Does that mean 534 separate calls?

14 A    It's 534 separate calls, yes.

15 Q    I will now display in addition Government Exhibit 20.

16             I think we will have to move it a little closer.

17             Can everyone see 20?  Shall I turn it a little bit?

18             How about now?

19             Okay.

20             THE COURT:  Ms. Williams, can you see that?

21             A JUROR:  No.

22             THE COURT:  Can you all see that now?

23             MR. LERER:  Can you all see both of them?

24             Thank you.

25 Q    Now we will go through the chart.

1          THE COURT:  The exhibit number, please?

2          MR. LERER:  Government Exhibit 20, Your Honor.

3          Thank you.

4   Q    All my references to call dates and numbers will be for

5   Government Exhibit 20.  I will try to mention that?

6          Government Exhibit 20, session 431,

7   January 11, 2012, with the investor Swanson, which site did

8   that serve off of?

9   A    Served off of cell 893, sector six right here.

10          MR. LERER:  I will note for the record that

11   Mr. Orellana pointed at 893-6 on Government Exhibit 65-C and

12   in the structure of the examination I expect he will be

13   pointing at Government Exhibit 65-C and naming cell site

14   locations.

15   Q    January 12, 2012, session 490, the investor Swanson,

16   which cell site did that call serve off?

17   A    That's off of 893, sector one.

18   Q    January 18, 2012, session 598, call with the investor

19   Wilde, what cell site did that serve off of?

20   A    893, sector one.

21   Q    January 24, 2012, session 729, again with Mr. Wilde, what

22   cell site did that serve off of?

23   A    Once again, 893, sector one.  893, sector one, yes.

24   Q    January 24, 2012, call 764, investor Cuthbertson, what

25   site that serve off?

Orellana - direct - Lerer                    417

1    A    893, sector one.

2    Q    January 26, 2012, session 796, with the investor Zahler,

3    what cell site did that serve off of?

4         Am I blocking your view?

5    A    That's all right.

6    Q    I will come over here.

7    A    893, sector one.

8    Q    January 26, 2012, session 816, Mr. Cuthbertson again,

9    what location did that call serve off of?

10   A    893, sector one.

11   Q    February 2, 2012, session 961, with again

12   Mr. Cuthbertson, what location did that call serve off of?

13   A    893, sector one.

14   Q    February 10, 2012, session 1049, with Mr. Cuthbertson,

15   what cell site did that call serve off of?

16   A    893, sector one.

17   Q    February 13, 2012, session 1060, with Mr. Swanson again.

18   Now, that served off of two.  Can you point out which two cell

19   sites?

20   A    Correct.  Call would have initiated on 892, sector three,

21   and would have terminated here on 893, sector one.

22   Q    Can you tell the jury, why might a call start on one cell

23   site and be handed off to another cell site?

24   A    Most of the time it's an indication of mobility.  But --

25   Q    When you say mobility, you mean the phone was moving?

Orellana - direct - Lerer                     418

1          It could be that the phone was moving?

2          In a car or otherwise moving?

3    A    Correct.  It could have been walking.

4          Or it could also be that at some point in time, it

5    saw one of its neighboring sites, as we call it, with a better

6    signal strength.

7    Q    February 16, 2012, session 1146, Mr. Cuthbertson, which

8    cites did that serve off of?

9    A    That call initiated on 893, sector six and once again it

10   terminated on 893, sector one.

11   Q    February 17, 2012, session 1172, call with Zahler, what

12   cell site did that serve off of?

13   A    893, sector one.

14   Q    February 23, 2012, session 1308, call with multiple

15   voices heard, what cell site did that serve off of?

16   A    893, sector one.

17   Q    And the last record on Government Exhibit 20,

18   February 23, 2012, session 1317, a call to an answering

19   service, what cell site did that serve off of?

20   A    893, sector one.

21   Q    Generally speaking, if a phone was located at

22   59 Genesee Avenue, what cell site would you expect it to serve

23   off of?

24   A    893, sector one.

25          MR. LERER:  I have no further questions, Your Honor.

1     THE COURT:  Mr. Gold, do you wish to inquire?

2     MR. GOLD:  Very briefly, Your Honor.

3  CROSS-EXAMINATION

4  BY MR. GOLD:

5  Q     Good morning, sir.

6  A     Good morning.

7  Q     Just very briefly, you have been asked about a series of

8  phone calls on -- the one closest to me.

9     MR. LERER:  Government Exhibit 20.

10    MR. GOLD:  Sorry.

11    MR. LERER:  20.

12    MR. GOLD:  Government Exhibit 20.

13    Thank you.

14 Q     Asking you about specific calls that were placed on

15 specific dates and you testified as to the particular towers

16 that those calls were routed through; is that correct?

17 A     Correct.

18 Q     Do you know exactly where those calls emanated from?

19 A     We know that they were served by the cell sites.

20 Q     Right.

21    Do you have -- I'm sorry.  I didn't mean to

22 interrupt you.

23    What was the end?

24 A     Yes.  Really, the answer is yes, we know that the phone

25 was served by a tower at a specific location, yes.

Orellana - cross - Gold                    420

1   Q     But do you know where specifically within the tower's

2   range that call was placed from?

3   A     No.

4   Q     So you have no way of knowing -- withdrawn.

5           What would be the radius within which the call would

6   have been placed relative to the tower that served it?

7   A     So, as I was explaining, since this is a DAS site we

8   would expect it to be two to three city blocks around that

9   particular location.

10  Q     But within that two to three block radius, you couldn't

11  pinpoint a specific address?

12  A     No.

13          MR. GOLD:  Okay.  No further questions.

14          Thank you.

15          THE COURT:  Anything further.

16          MR. LERER:  No redirect.

17          Thank you.  Thank you.  You are excused.  Thank you

18  very much.

19          THE WITNESS:  All right.  Thank you.

20          (Witness excused.)

21          (Continued on next page.)

22

23

24

25

GR      OCR      CM      CRR      CSR

1        MR. LERER:  Your Honor, the next witness we had

2    discussed earlier this morning with the Court.

3        THE COURT:  We are going to take a recess at this

4    point, about ten or 15 minutes.  There are some legal issues

5    which I have to address which won't affect the jury at all.

6    So we will take a recess.

7            (The following occurred in the absence of the jury.)

8        THE COURT:  Why don't you proceed?  You are going to

9    play those tapes, aren't you?

10       MR. YAEGER:  Yes, Your Honor, I am.

11       Your Honor, would like to hear the entire tape or

12    simply --

13       THE COURT:  Those portions that you are going to

14    play.

15       MR. YAEGER:  Yes, Your Honor.

16       THE COURT:  The entire tape has been received in

17    evidence but only that portion that you are going to play is

18    what I am going to hear.

19       MR. YAEGER:  Okay.  This first tape, Your Honor, is

20    the call made by Mr. Moldrem, July 30, 2010.  I anticipate

21    playing from the beginning of the tape to a minute and

22    16 seconds.

23       THE COURT:  Mr. Gold, do you have some problem?

24       MR. GOLD:  No.  I just wanted to know the transcript

25    number.  That's all.

422

1           MR. YAEGER:  Oh.

2           MR. LERER:  I will find it.

3           MR. YAEGER:  It is in the Moldrem binder and in the

4    Moldrem binder they are arranged with tabs that indicate the

5    date.  Because these are not wiretaps.

6           MR. GOLD:  My mistake.

7           MR. LERER:  Which one?

8           MR. YAEGER:  7/30.

9           MR. GOLD:  Thank you.

10          MR. YAEGER:  That's July 30th.

11          All right.  I am starting from the beginning of the

12   tape, playing a minute and 16 seconds.

13          THE COURT:  Hold on a minute until I find it.

14          What number are you playing?

15          MR. YAEGER:  July 30th, Your Honor.  It should be

16   the first tab.

17          THE COURT:  2010?

18          MR. YAEGER:  Yes, Your Honor.

19          Do you have it, Mr. Gold?

20          MR. GOLD:  Yes, I do.

21          Thank you.

22          MR. YAEGER:  I will start the tape.

23          I don't hear the sound, Your Honor.

24          THE COURT:  Neither do I.

25          MR. YAEGER:  Hold on a moment.  Sorry.

423

1           Start over, to be sure.  Here it is.

2           (Tape plays; tape stops.)

3           THE COURT:  Excuse me.  Can you lower that?

4           MR. YAEGER:  Yes.

5           THE COURT:  Or can you eliminate the static?

6           MR. YAEGER:  I don't know if I can eliminate it but

7    I will lower the volume which should make it a little less

8    distorted.

9           (Tape plays; tape stops.)

10          MR. YAEGER:  That is all we are playing from that

11   call of July 30th.

12          Next I anticipate playing a selection from the

13   August 26th call.  August 26, 2010 will be next the next tab

14   in the binder.  I will be playing from the beginning to

15   approximately a minute 41 seconds in.

16          THE COURT:  That's page one of seven, is it?

17          MR. YAEGER:  Yes, Your Honor.

18          THE COURT:  How far is it going?

19          MR. YAEGER:  To the second page, the middle of the

20   page, right after Mr. Moldrem says, a hum.

21          THE COURT:  Page two.

22          MR. YAEGER:  Correct.

23          THE COURT:  Go ahead.

24          (Tape plays; tape stops.)

25          MR. YAEGER:  That is all that we anticipate playing

424

1    except for one more portion in that call, where I am skipping

2    to page five.

3            This is still August 26, 2010, skipping to page

4    five, starting at the top, right after Mr. Moldrem says right,

5    right.  That's at 6 minutes 18 seconds and I will play until

6    six minutes and 44 seconds.

7            (Tape plays; tape stops.)

8            (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

425

1        MR. YAEGER:  That is all that we anticipate playing

2   from the August 26, 2010 call.

3        Then we anticipate playing from the September 22

4   call, the next tab, from page one to the very top of page two.

5   Mr. Moldrem is a slow talker.  It takes longer than there is

6   text.  It will be about a minute and forty-two seconds.

7        (Tape plays.)

8        (Tape stops.)

9        MR. YAEGER:  That's all we anticipate playing from

10  the September 22, 2010 call.

11        There is one other call, on September 28, and we

12  anticipate playing even just fifteen seconds.  All that we

13  have put on the transcription is the first minute, mostly just

14  for the ease of the lawyers.

15        So, I anticipate playing basically through the third

16  line, "How are you?  It's Andrew Black.  How is everything?"

17        Let's play that.

18        (Tape plays.)

19        (Tape stops.)

20        MR. YAEGER:  That's all we anticipate playing in

21  that call from September 28.  That's the entirety of the tapes

22  we expect coming in from Mr. Moldrem.

23        MR. GOLD:  Your Honor, might I be heard?

24        THE COURT:  By all means.

25        MR. GOLD:  Just a couple of brief comments about the

1   tapes.  The Court has just heard them.  They are obviously not

2   nearly, in terms of sound quality, anywhere close to what we

3   have been hearing.  It introduces two more prospective aliases

4   that have nothing to do with any of the witnesses who have

5   testified concerning the charges that the jury will be

6   deliberating and returning a verdict upon.

7            One of the calls -- I'm sorry, I don't recall which

8   one -- is referring to a laundromat.  As I understand it,

9   there was nothing illegal or illegitimate about that

10  investment regarding the expansion of a laundromat chain.  And

11  in fact, later on in that call, which, if it were played, I

12  would certainly ask that more be played, because it indicates

13  Mr. Crivera is inviting Mr. Moldrem to come down to Florida,

14  visit with the owner of the laundromat and actually see the

15  site for himself.

16           In sum, your Honor -- and it's not just in terms of

17  time.  The introduction of these tapes is going to involve a

18  lot more than simply hearing these tapes.  There will be

19  explanations, there will be testimony elaborating upon what

20  these conversations meant.

21           Your Honor has seen how the witnesses have been

22  examined relative to the tapes -- the recordings that have

23  been played.  There would be a reference by this witness to

24  yet more alleged aliases used by the defendant in deals, once

25  again that have been -- that are not charged in this current

427

1    amended indictment and that the jury will not be deliberating

2    upon.

3            In sum, we have had a multitude of so-called

4    victims, a multitude of recordings played.  This would add

5    nothing but confusion, and it would be a distraction from the

6    charges before this jury, and it might even compel me to,

7    particularly as to the laundromat telephone call, to find and

8    call the owner of the laundromat and have him come up and

9    testify that this is in fact a legitimate deal.

10            THE COURT:  Mr. Yaeger.

11            MR. YAEGER:  Yes, your Honor.

12            First of all, Old Towne Funding has additional

13   importance beyond the identification of the defendant's voice,

14   Old Towne Funding and the laundry scheme, because in

15   Government's Exhibit 102, there is the word Old Towne Funding.

16   Government's Exhibit 102 was found in the defendant's trash.

17   It is an application of some kind, and it has the defendant's

18   name, birth, Social Security number, his mother's name and her

19   information, and on it, it lists the defendant's employer as

20   Old Towne Funding.  So, it tends to show that the defendant is

21   the person on that phone call.  That is one fact.

22            In addition, of course, we opened in reliance on the

23   Court's ruling, and this shows a common method, because one of

24   the things happening in these phone calls is that he talks

25   about giving good dividend payments, and you'll see it coming

1    in every month, building trust.

2             THE COURT:  Before we go any further, your argument,

3    Mr. Gold, with all due respect, you're all misconceiving the

4    purpose of receiving these tapes in evidence at all.  The only

5    purpose for which these tapes are receivable is the very

6    limited purpose of voice identification.  By that I mean, the

7    only conceivable relevant purpose for receiving these tapes is

8    to identify the voice of Mr. Liounis as being Mr. Black or

9    whoever it is he's representing himself to be.

10            The tapes would be relevant for that purpose, and it

11   makes no difference whether the conversation that the tapes

12   reflect are conversations relating to other crimes or other

13   bad acts with which Mr. Liounis or whoever the defendant was

14   may have been associated with.

15            So, insofar as the laundromat or any other subject

16   that the tape is reflecting, whether it is or isn't

17   successfully completed or whether it was or wasn't is

18   irrelevant.  The jury is not to consider that at all.  It's

19   not being received for the purpose of propensity.  The jury

20   will be given a very limited instruction.

21            The only purpose for which these tapes are being

22   received would be for the purpose of identifying the speaker

23   as being the defendant in this case, who is representing

24   himself as being whoever it is he's representing himself as

25   being on the tapes.  That's all.  Whether the transaction was

429

1    or wasn't successful or unsuccessful is irrelevant.

2           I would call your attention to -- I wrote on aliases

3    a long time ago in United States vs. Rucker.  But you may want

4    to examine United States vs. Khorami.  It's in

5    895 F.2d on page 1186, Seventh Circuit.  It upheld the trial

6    court's admission of several recorded uncharged phone calls as

7    helping to establish that the defendant had made the phone

8    calls, despite his protestation that somebody else had made

9    them

10          That's the issue in this case.  Mr. Liounis is

11   disputing the fact that he represented himself to be whoever

12   it is he represented himself to be.

13          Evidence with respect to all of that is admissible

14   for purposes of establishing the identity of the caller.  In

15   United States versus Tibbetts, which is in 565 F.2d on page

16   867, the Fourth Circuit upheld the trial court's admission of

17   recording of a prior uncharged bomb threat for the purpose of

18   explaining how the defendant was identified.

19          United States vs. Evans, it's in 848 F.2d on page

20   132, it's a Fifth Circuit case in which the Fifth Circuit

21   upheld the district court's admission of identification

22   documents, the defendant's picture, and several different

23   names, explaining that evidence increased the likelihood of

24   who it was who was being depicted and who it was that was

25   being identified.

1          So, all of that, whether the transaction was or was

2    not a successful or legitimate one is completely besides the

3    point.  It is being received for the purpose of voice

4    identification.  If it was being received for any other

5    purpose, there would be a very serious question of

6    admissibility.

7          MR. GOLD:  I appreciate everything your Honor has

8    said.  And I would just alert the Court to the fact that what

9    the government has just told you goes far beyond just wanting

10   this testimony admitted for identification.  They want to make

11   the argument that this is a common scheme and plan, that he's

12   using the same MO in terms of dividend promises, and all sorts

13   of substantive things going well beyond that the Santo Crivera

14   voice is the same.  They want to explain the context and the

15   entire underpinning of what that conversation was about.  So,

16   it is going exactly into the area that your Honor has just

17   described as problematic, and that's where my problem is.

18         THE COURT:  Mr. Gold, I'm sure if you read 404(b), I

19   think you would find that 404(b) evidence would be admissible

20   for the purpose of showing bad acts to establish a scheme or a

21   plan, an identity or motive or intent, all of those things.

22         MR. GOLD:  That is correct.

23         THE COURT:  And my understanding is that these tapes

24   are being received not for the purpose of explaining prior

25   transactions, they are being received solely for the purpose

431

1     of identifying the caller on those tapes as being this

2     defendant.

3               MR. YAEGER:  Correct, your Honor.

4               THE COURT:  That's the purpose, for the purpose of

5     identifying or purporting to identify or trying to identify

6     the caller, the voice on that tapes, being the voice of

7     Mr. Liounis, and not going into the Rockford or GM IPO or all

8     other transactions.

9               MR. YAEGER:  Yes, your Honor.

10              THE COURT:  It's just voice, and the jury is going

11    to be told that that's the only purpose for which these tapes

12    are being identified.

13              MR. GOLD:  So, Mr. Moldrem is not going to be

14    questioned about Old Towne Funding and all of these other

15    matters is my understanding.  If that's the case, I don't have

16    a problem.

17              MR. YAEGER:  We are not going to be getting into the

18    details of those schemes.  The name Old Towne Funding appears

19    on the document.  I care about the name.

20              In terms of common plan or method, I anticipate two

21    questions, maybe three, about dividend checks.  In the

22    Rockford investment, did you get dividend checks?  Yes.

23              Did you invest more after getting first dividends?

24    Yes.

25              So, how was the method in this Laundro Spin thing

432

1    different?  No, it wasn't.

2           Done.  That's basically it.

3           MR. GOLD:  I assume that the witness lost a

4    considerable amount of money in these funds.  It is going into

5    something more than just voice identification.  It's going

6    into the area of suggesting that Rockford and UBS -- it's

7    going into the meat of those alleged frauds.  So, it's not

8    limiting the testimony just for identification.  That's my

9    point, your Honor.

10          THE COURT:  Mr. Gold and Mr. Yaeger, the tapes are

11   being received for the purpose of identifying the voice on

12   those tapes.

13          MR. YAEGER:  Yes.

14          THE COURT:  What the tapes say, the content of the

15   tapes, you are not going to explore.  You are exploring simply

16   who it was that made the telephone call, do you recognize the

17   voice on that telephone call as being whoever it is.  Okay.

18          MR. GOLD:  Thank you, your Honor.

19          Can I make one additional request?  It will take an

20   additional thirty seconds of tape playing.  But in the 826

21   tape -- if I can just show the government where they indicated

22   they wanted to stop, and what I would just request that they

23   play an additional thirty seconds.

24          MR. YAEGER:  Which tape are you speaking of?

25          THE COURT:  Which tape?

433

1          MR. GOLD:  I'm sorry.  Here it is.  It's the

2     8-26-2010 conversation, which the government indicated they

3     want to start on page five, at the top of the page, where it

4     says, "Right, right."

5          MR. YAEGER:  8-26?

6          MR. GOLD:  Page five of seven.

7          MR. YAEGER:  Five of seven.

8          MR. GOLD:  At the top of the page.  It starts:

9     "MOLDREM:  Right, right."

10         Does the Court have it?

11         THE COURT:  Yes.

12         MR. GOLD:  I believe the government wanted to stop

13    the recording after the third --  "Everything on time.

14    Everything Mr. Crivera said is on the money."  A statement by

15    Mr. Crivera.  I want it basically to go to the bottom of the

16    page.

17         MR. YAEGER:  We don't object to that, if that's what

18    the defense requests.

19         THE COURT:  All right.

20         MR. GOLD:  Thank you.

21         MR. LERER:  Your Honor, we were prohibited from

22    proving up content, so I assume Mr. Gold will not be

23    attempting to prove the truth of any additional portions that

24    he is playing, because this is for voice identification, and

25    no other purpose will be used on the defendant's portion, as

434

1    well.

2          MR. GOLD:  As I understand the Court's ruling, there

3    will be no discussion of the content of this.  Just for

4    completeness and fairness, I wanted that additional portion

5    played.  I will not be making comment on it, pursuant to the

6    Court's ruling.

7          MR. LERER:  You will not be presenting any other

8    testimony to confirm --

9          THE COURT:  Excuse me.  As far as completeness, the

10   entire tape can be played?

11         MR. GOLD:  That is correct.

12         THE COURT:  If it's a question of voice

13   identification, if that's what you want, they will play the

14   entire tape?

15         MR. GOLD:  You are absolutely right.  Right.

16         THE COURT:  Is that what you want?

17         MR. GOLD:  No.  I'm asking for discrete portions, so

18   we don't belabor this any more than is necessary.  If we're

19   going to have it played, which I objected to, I would ask that

20   this portion be played, and the government agrees.  I'm not

21   arguing anything.  I'm not calling any witnesses to address

22   the content, since that's not what the Court's ruling is

23   permitting.

24         THE COURT:  All right.

25         Are we ready?

435

1           MR. YAEGER:  I could use two or three minutes to

2    make sure that I have nothing in here that runs afoul of the

3    Court's order.  I want to check and make certain.  I do not

4    believe I do.  I want to read through this and make sure I

5    have nothing.

6           THE COURT:  All right.  Please go ahead.

7           MR. GOLD:  Thank you, your Honor.

8           THE COURT:  Anything else?

9           MR. LERER:  Not from the government, your Honor.

10          MR. GOLD:  No, sir.

11          THE COURT:  Tell me when you are ready.

12          And try and keep the volume down, so that the sound

13   is easier to hear.

14          (Pause.)

15          MR. YAEGER:  We're ready, your Honor.

16          THE COURT:  Ask the jury to come in, please.

17          (Jury present.)

18          THE COURT:  Okay.

19          Call your next witness, please.

20          MR. YAEGER:  The United States calls Edwin Moldrem.

21   E D W I N    M O L D R E M,

22          having been duly sworn, was examined and

23               testified as follows:

24          THE CLERK:  State your name and spell it for the

25   record.

436

1            THE WITNESS:  Edwin Moldrem, E D W I N,

2    M O L D R E M.

3            THE COURT:  Proceed.

4    DIRECT EXAMINATION

5    BY MR. YAEGER:

6    Q    Good morning, Mr. Moldrem.

7    A    Good morning.

8    Q    Where do you live?

9    A    Paso Robles, California.

10   Q    Are you married?

11   A    No.

12   Q    Do you have any children?

13   A    I have three girls.

14   Q    What are their ages?

15   A    Twins are thirty-two, and my oldest is thirty-five.

16   Q    What's your profession, sir?

17   A    I'm retired, but I was a waste water superintendent for

18   the state, of Paso Robles.

19   Q    Did there come a time when you invested with a company

20   called Rockford?

21   A    I did.

22   Q    Approximately when did you first invest?

23   A    March of 2009.

24   Q    What was the name of the person that you dealt with at

25   Rockford?

437

1    A     James Weston.

2    Q     How many times did you speak to the man who called

3    himself James Weston?

4    A     Probably a couple of times a weeks.

5    Q     Over what time period, sir?

6    A     From March until December, first part of December of

7    2009.

8    Q     Why did you stop talking to Mr. Weston?

9    A     Well, I stopped receiving my dividends, and I was calling

10   his office, and all I was getting was busy signals.

11   Q     Did you ever reach him again?

12   A     He actually had a cell phone that he -- I left a message,

13   and he did call me back, and said everything was fine and that

14   I would be getting my dividends again.

15   Q     After that, did you not speak to him again?

16   A     No, I did not.

17   Q     Did there ever come a time when you again heard the voice

18   of the man who called himself James Weston?

19   A     Yes, I did.

20   Q     Approximately when was that?

21   A     July of 2010.

22   Q     When you spoke to him that time, what name did he

23   identify himself by?

24   A     Santo Crivera.

25   Q     Can you spell Crivera, please?

438

1    A    C R I V E R A.

2    Q    Did you recognize him when he called?

3    A    Yes, I did.

4    Q    Did there ever come a time when you came in contact with

5    the U.S. Postal Inspection Service?

6    A    Yes.

7    Q    Who did you speak to at the U.S. Postal Inspection

8    Service?

9    A    I was referred by John Larson from the SEC to Michelle

10   Purnavel of the Postal Inspection Service.

11   Q    After speaking to Ms. Purnavel, did you record any phone

12   calls?

13   A    Yes, I did.

14   Q    Do you have with you, sir, a Redweld up there?

15   A    Yes.

16   Q    Does it contain two disks?

17   A    Hmm.

18   Q    If you could look, please, sir, at what is marked for

19   identification as Government's Exhibit 86.

20   A    I have it here.

21   Q    Do you recognize that disk?

22   A    Yes, I do.

23   Q    Have you listened to it?

24   A    Yes, I have.

25   Q    Are those your initials written on Government's Exhibit

439

1    86?

2    A    Yes, they are.

3    Q    You wrote them yourself?

4    A    I did.

5    Q    Do the recordings on Government's Exhibit 86 accurately

6    reflect two conversations between you and the man who called

7    himself Santo Crivera on or about July 30, 2010 and August 26,

8    2010?

9    A    They do, yes.

10   Q    Who recorded those conversations?

11   A    I did.

12              MR. YAEGER:  The government offers Exhibit 86.

13              MR. GOLD:  No objection.

14              THE COURT:  Received.

15              (So marked.)

16              THE COURT:  Excuse me.

17              A tape-recording will be played, as you just heard

18   Mr. Yaeger make reference to.  That recording is being

19   received for a very limited purpose.  It is not being received

20   for the purpose of establishing propensity of Mr. Liounis, the

21   defendant, to behave in a particular way.  It's not being

22   offered or received for the purpose of proving character.  It

23   is being received solely for the limited purpose of

24   identifying a voice.  The government is claiming that the

25   voice on that tape is the voice of this defendant.  He

440

1    disputed and is disputing that it is his voice on that tape.

2            The tape is being received only for that limited

3    purpose, and not for any other purpose, not for the purpose of

4    establishing that this defendant had a propensity to behave or

5    act in a particular way.

6            Is that clear?  It is being received just for the

7    limited purpose of voice identification.  Okay?

8            Go on.

9    BY MR. YAEGER:

10   Q    Mr. Moldrem, I just handed you a binder which has

11   transcripts of these calls.  They are behind the blue tab in

12   your name.  For the jury, I will spell it:  M O L D R E M.

13           THE COURT:  Do you all have it?

14           Is there anybody on the jury who doesn't have it

15   yet?

16           All right.  Go ahead.

17           MR. YAEGER:  We will start with the first call in

18   the binder, under that Moldrem tab, is the call for July 30,

19   2010.

20           (Tape plays.)

21           (Tape stops.)

22   BY MR. YAEGER:

23   Q    Do you recognize the two voices on this record,

24   Mr. Moldrem?

25   A    Yes, I do.

441

1    Q    Who were the two people speaking?

2    A    Myself and Santo Crivera and James Weston.

3              MR. YAEGER:  Let's start the tape back up again

4    where I stopped at thirty-one seconds in, the July 30, 2010

5    call.

6              (Tape plays.)

7              (Tape stops.)

8    BY MR. YAEGER:

9    Q    After that phone call, Mr. Moldrem, did you receive

10   another phone call from the man who called himself Santo

11   Crivera?

12   A    Yes, I did.

13   Q    I would like you to turn now to the next tab in your

14   binder for August 26, 2010.

15             MR. YAEGER:  I'm going to start at the beginning.

16             (Tape plays.)

17             (Tape stops.)

18   Q    Mr. Moldrem, do you recognize the two voices on this

19   recording?

20   A    Yes, I do.

21   Q    Who were the two people speaking?

22   A    Myself and Santo Crivera.

23   Q    And this man who calls himself Santo Crivera, what was

24   the name you heard him use before?

25   A    James Weston.

442

1          MR. YAEGER:  I'm going to jump ahead to another part

2   of that same transcript.  We're going to page five of the

3   transcript, at the top, and I'll be starting at six minutes

4   and eighteen seconds.

5              (Tape plays.)

6              (Tape stops.)

7   Q    Mr. Moldrem, you testified earlier that you did in fact

8   invest with this man when he called himself James Weston;

9   correct?

10  A    Yes.

11  Q    Did you invest in Old Towne Funding when he calls himself

12  Santo Crivera?

13  A    No.

14  Q    After that call on August 26, 2010, did you ever hear

15  this same voice using yet another name?

16  A    Yes, I did.

17  Q    What name was that, sir?

18  A    Andrew Black with the United Bank of Switzerland.

19  Q    Approximately when did this same voice call up as Andrew

20  Black of UBS?

21  A    September of 2010.

22  Q    And he tried to sell you part of an IPO in General

23  Motors?

24  A    Yes.

25  Q    If you could turn now to the next transcript in the

1    binder for September 22, 2010.  I'll be starting at the

2    beginning.

3              (Tape plays.)

4              (Tape stops.)

5              MR. YAEGER:  My apologies.  I think I missed a step

6    here.

7    Q    Sir, I want you to take a look at Government's Exhibit

8    87.

9    A    Okay.

10   Q    Do you recognize that disk?

11   A    Yes, I do.

12   Q    And you've listened to it?

13   A    Yes.

14   Q    And you wrote your initials on it?

15   A    I did.

16   Q    Does the recording on that disk accurately reflect two

17   conversations between you and the man who called himself

18   Andrew Black on or about September 22 and September 28, 2010?

19   A    It does.

20   Q    And you recorded those conversations?

21   A    I did.

22             MR. YAEGER:  The government offers 87.

23             MR. GOLD:  No objection.

24             THE COURT:  Received.

25             (So marked.)

444

1          MR. YAEGER:  All right.  We'll go back to playing

2   September 22, 2010.

3              (Tape plays.)

4              (Tape stops.)

5   Q    Now, do you recognize the two voices on this tape?

6   A    Yes, I do.

7   Q    Who are they?

8   A    Myself and Andrew Black and Santo Crivera and James

9   Weston.

10   Q    At the beginning of this tape, the one for September 22,

11   2010, to your ear, was there anything a little different about

12   the voice of the man you were speaking to?

13   A    He sounded like he was trying to disguise his voice as a

14   Southern gentleman or something, Colonel Sanders.

15   Q    By the end of that recording, did the Colonel Sanders

16   accent go away?

17   A    Yes, I went back to his normal voice.

18   Q    If you could turn to the next recording for September 28,

19   2010.

20              (Tape plays.)

21              (Tape stops.)

22   Q    Was that the last conversation you had with Mr. Black?

23   A    No.

24   Q    How many more conversations did you have after that?

25   A    We had several, until I told him I was going to invest,

445

1   and he sent me an investment packet.

2        THE COURT:  Excuse me, Mr. Yaeger --

3        MR. YAEGER:  I'm trying to end.  I apologize.

4   Q    Did you invest in that offer or not?

5   A    I didn't, but I told him I was.

6   Q    So, you invested with that voice under the name of James

7   Weston?

8   A    I did.

9   Q    But you didn't invest with that name under any other

10  voice; correct?

11  A    Correct.

12       MR. YAEGER:  No further questions at this time, your

13  Honor.

14       THE COURT:  Mr. Gold.

15       MR. GOLD:  No questions, your Honor.

16       THE COURT:  Thank you.  You are excused.

17       (Witness excused.)

18       THE COURT:  Call your next witness, please.

19       MR. YAEGER:  At this time, your Honor, we would like

20  to read three stipulations to the jury.

21       THE COURT:  Bear in mind the limiting instruction I

22  gave you earlier.  Those tapes were received only for the

23  purpose of voice identification, not for the content of what

24  was contained on those tapes.

25       Sometimes evidence is received for a very limited

1    purpose, and it was received for that limited purpose only.

2            Now, you are about to hear a stipulation.  You

3    remember I told you when we started that evidence comes in

4    three forms.  It will come from the sworn testimony of

5    witnesses.  It will come from exhibits.  We've had a lot of

6    both thus far.  And now, you're going to hear a stipulation.

7            You remember I told you that sometimes when parties

8    do not dispute the existence of a fact, they will agree to

9    whatever it is they are going to recite is the fact upon which

10   they have agreed.  It saves the time of calling the witness to

11   come in and testify and lay the appropriate foundation.

12           So, the parties have agreed to whatever the fact is

13   that Mr. Yaeger is going to read to you now.

14           MR. YAEGER:  Thank you, your Honor.

15           I have three stipulations.  The first one, which is

16   marked S-1:  "It is hereby stipulated and agreed by and

17   between the United States and the defendant Peter Liounis by

18   their respective attorneys, that:  One.  Irina Yarova, 1204

19   Avenue U, Apartment 1059, Brooklyn, New York has never been a

20   customer of DirecTV;

21           "Two.  DirecTV has never provided service to anyone

22   at 1204 Avenue U, Apartment 1059, Brooklyn, New York.

23           "Three.  The account number 8100" --

24           THE COURT:  Use the microphone, please.

25           MR. YAEGER:  I will read from here.  I have read

1    numbers one and two.  Now, I'm going to read number three:

2         "Three.  Account number 81000717 on the purchase

3    DirecTV bill included in Government's Exhibit 44 belongs to

4    Ana Figueroa at 1215 74th Street, not 1204 Avenue U.

5         Four.  The bill included in Government's Exhibit 44

6    is not a real DirecTV bill."

7         And it is signed by the parties' attorneys.

8         I will now read Stipulation S-2:  "It is hereby

9    stipulated and agreed by and between the undersigned parties

10   that:

11        "1.  On July 28, 2010, Ronald Cuthbertson sent the

12   account application, direct deposit authorization form and

13   fixed-income contract in Government's Exhibit 27 via Federal

14   Express from Canada to Grayson Hewitt at 1204 Avenue U,

15   Suite 1059, Brooklyn, New York."  And it is signed by the

16   parties' attorneys

17        The last stipulation I will simply read, it is S-3,

18   also identified as Government's Exhibit 200:  "It is hereby

19   stipulated and agreed by and between the United States and the

20   defendant Peter Liounis, by their respective attorneys, that:

21        "1.  The voices recorded on Government's Exhibit 67

22   are those of Peter Liounis and Santo Crivera."

23        And it is signed by the parties' attorneys.

24        At this time, your Honor, I would like to move S-1,

25   S-2 and S-3, along with Government's Exhibit 67, the phone

Purnavel - direct - Yaeger                 448

1    call referred to in S-3, into evidence.

2                MR. GOLD:  No objection.

3                THE COURT:  Received.

4                (So marked.)

5                MR. YAEGER:  At this time, the United States is

6    ready to call its next witness.  We call Inspector Michelle

7    Purnavel.

8    M I C H E L L E     P U R N A V E L,

9                having been duly sworn, was examined and

10                   testified as follows:

11               THE CLERK:  State your name and spell it, please.

12               THE WITNESS:  Michelle Purnavel, M I C H E L L E,

13   P U R N A V E L.

14

15               THE COURT:  Proceed, please, Mr. Yaeger.

16               MR. YAEGER:  Yes, your Honor.

17   DIRECT EXAMINATION

18   BY MR. YAEGER:

19   Q    Ms. Purnavel, where do you work?

20   A    I work for the United States Postal Inspection Service.

21   Q    What is your title?

22   A    I'm an United States Postal Inspector.

23   Q    How many years have you been a U.S. postal Inspector?

24   A    Approximately ten and a half years.

25   Q    What is your current assignment?

Purnavel - direct - Yaeger                     449

1   A     I am assigned to the Eastern District of New York Mail

2   Fraud Team.

3   Q     What kind of cases do you investigate on the Mail Fraud

4   Team?

5   A     I investigate any crimes that use the U.S. mail in

6   furtherance of a scheme, such as Ponzi schemes, investment

7   schemes, mortgage fraud, insurance fraud, things of that

8   nature.

9   Q     Are you the case agent on Peter Liounis's case?

10  A     I am.

11  Q     Are you familiar with the defendant's voice?

12  A     Yes, I am.

13  Q     Have you heard him speak in court appearances?

14  A     Yes, I have.

15  Q     Approximately how many times?

16  A     Approximately five, six times.

17  Q     Okay.  I will now play for you a portion of the phone

18  call admitted as Government's Exhibit 67?

19        MR. YAEGER:  I am playing from Government's Exhibit

20  67 -- I should say before this, for the jury, we do not have a

21  transcript of this call in the binder, and so I just ask that

22  the jury listen closely.

23        Okay.  The clip that I am playing, Inspector

24  Purnavel, is from a minute and thirteen seconds in to a minute

25  and twenty in in Government's Exhibit 67.

Purnavel - direct - Yaeger                    450

1           (Tape plays.)

2           (Tape stops.)

3    Q    Whose voice is that, Inspector Purnavel?

4    A    Peter Liounis's.

5           MR. YAEGER:  I'm going to play two short audio clips

6    from the two wiretaps, Government's Exhibit 114.  The first

7    clip I'm going to play is from the defendant's personal phone,

8    he's the named subscriber.  The second is a clip from the Mark

9    Anderson wiretap.

10          Here is the defendant's personal phone.

11          THE COURT:  Is there a transcript of that tape at

12   all?

13          MR. YAEGER:  There is a transcript.  This is under

14   the comparison tab in the binder, if people wish to look at

15   the transcript.  Of course, they could also just listen along.

16   The comparison tab, I believe, is at the very back of the

17   binder.  And this is C, comparison C.

18          Okay.  So, again, here is the defendant's personal

19   phone.

20          (Tape plays.)

21          (Tape stops.)

22          THE COURT:  I don't hear that at all.

23          MR. YAEGER:  I will turn up the volume and try it

24   one more time.  The defendant's personal phone.

25          (Tape plays.)

```
                   Purnavel - direct - Yaeger              451
```

1           (Tape stops.)

2           MR. YAEGER:  Now, the Anderson phone call.

3           (Tape stops.)

4           (Tape stops.)

5    BY MR. YAEGER:

6    Q    Do you recognize the voices on those two clips, Ms.

7    Purnavel?

8    A    Yes, I do.

9    Q    Is it the same man?

10   A    Yes, it is.

11   Q    Who is that man?

12   A    Peter Liounis.

13   Q    To your knowledge, is there a real person named Santo

14   Crivera?

15   A    Yes, there is.

16   Q    How do you know that?

17   A    I have met him and I have spoken to him.

18   Q    Where did you meet and speak to the real Santo Crivera?

19   A    He attended one of Peter Liounis's court appearances.

20   Q    Approximately when was that appearance?

21   A    Approximately April of 2012.

22   Q    Have you seen Mr. Crivera at any other time, as well?

23   A    I have.

24   Q    How?

25   A    I have observed him on numerous surveillances.

Purnavel - direct - Yaeger                    452

1    Q     Surveillances of what property?

2    A     Of 59 Genesee Avenue.

3    Q     Back at the defendant's court appearance in April of

4    2012, for approximately how long did you speak to

5    Mr. Crivera?

6    A     Approximately five to ten minutes.

7    Q     Does the real Santo Crivera sound similar to Mr. Liounis

8    or different?

9    A     Different.

10              MR. YAEGER:  I'm going to return to Government's

11   Exhibit 67 in evidence, the phone call stipulated to by the

12   parties.  I will be playing a clip that stretches from

13   forty-five seconds into the recording to a minute and forty

14   seconds into the recording.  I don't think we have a

15   transcript of this one.  Please just listen to this recording.

16              (Tape plays.)

17              (Tape stops.)

18              (Continued on next page.)

19

20

21

22

23

24

25

Purnavel - direct - Yaeger                     453

1    BY MR. YAEGER:   (Continued)

2    Q     How many voices were on that recording that is Government

3    Exhibit 67, Ms. Purnavel?

4    A     Two.

5    Q     Have you heard both of those voices before today?

6    A     I have.

7    Q     Who are they?

8    A     Peter Liounis and Santo Crivera.

9    Q     I will play you a shorter selection of clips inside that

10   same clip, the first from Government 67 as well stretches from

11   1 minute 9 seconds to 1 minute 13 seconds.

12            (Audio played.)  (Audio stopped.)

13   Q     Who is that?

14   A     Santo Crivera.

15   Q     Now I'm going to play you another clip which is a smaller

16   part of the bigger one from Government Exhibit 67 and this one

17   stretches from 1 minute 13 seconds to 1 minute 20 seconds.

18            (Audio played.)  (Audio stopped.)

19   Q     Who is that?

20   A     Peter Liounis.

21   Q     Okay.  I am now going to play for you a selection from

22   Government Exhibit 86.  This is a phone call between

23   Mr. Moldrem and the man who told Mr. Moldrem he was Santo

24   Crivera.  The date of this call is August 26, 2010.  The

25   selection I'll be playing stretches from the beginning to

CMH        OCR        RMR        CRR        FCRR

Purnavel - direct - Yaeger                454

1    1 minute and 46 seconds in.  I am going to put on the document

2    viewer the transcript of the relevant portion.

3            (Audio played.)  (Audio stopped.)

4    Q    The voice that said, It's Santo, is that the real Santo

5    Crivera?

6    A    No, it is not.

7    Q    Who is it?

8    A    It's Peter Liounis.

9    Q    All right.  Starting back up in the same clip.

10           (Audio played.)  (Audio stopped.)

11   Q    Ms. Purnavel, have you been to 242 Connecticut Street?

12   A    Yes, I have.

13   Q    Who lived there?

14   A    Santo Crivera.

15   Q    Did Peter Liounis live there?

16   A    No.

17   Q    I'm going to start the tape back up starting back a

18   sentence or two.

19           (Audio played.)  (Audio stopped.)

20   Q    Does the real Santo Crivera have triplets?

21           MR. GOLD:  Your Honor, may we approach for a side

22   bar, please?

23           THE COURT:  Yes.

24           (Continued on next page.)

25

CMH      OCR      RMR      CRR      FCRR

1          (The following occurred at side bar.)

2          MR. GOLD:  Your Honor, I'm objecting to all of these

3    questions.

4          THE COURT:  Sustained.

5          MR. GOLD:  Thank you.

6          THE COURT:  Move on.  Mr. Yaeger and Mr. Lerer.

7          MR. LERER:  Yes, sir.

8          THE COURT:  Justice prevails or the government wins

9    when justice prevails.  Do you understand that?

10          MR. YAEGER:  Very much so.

11          THE COURT:  Okay.  And you --

12          MR. YAEGER:  Sorry, Your Honor.

13          THE COURT:  Mr. Yaeger, you are going to have to

14   learn a little bit about appropriate behavior in a courtroom

15   and just basic courtesy.  Do you understand that?

16          MR. YAEGER:  Yes, Your Honor.

17          THE COURT:  Go ahead.  Continue.

18          (Side bar ends.)

19          (Continued on next page.)

20

21

22

23

24

25

1             (In open court.)

2    BY MR. YAEGER:

3    Q    Let me direct your attention, Ms. Purnavel, to the

4    residence located at 59 Genesee in Staten Island.

5             Did you ever conduct surveillance at that location?

6    A    Yes, I did.

7    Q    Who lived at 59 Genesee between October 2011 and

8    March 2012?

9    A    Peter Liounis, Scott Paccione and an unidentified male.

10   Q    Did you eventually identify the male who lived there?

11   A    Yes.

12   Q    What is his name?

13   A    Mike Slali.

14   Q    How did you first identify him?  How did you first put a

15   name to a face?

16   A    A search warrant was conducted at 59 Genesee and Mike

17   Slali was present.

18   Q    Approximately when was that search warrant conducted,

19   that search executed?

20   A    Approximately April 18, 2012.

21   Q    Did there come a time when you took steps to compare Mike

22   Slali's voice to the voice calling himself Mark Anderson on

23   the wiretaps?

24   A    Yes.

25   Q    What was the first thing you did to find Mr. Slali?

Purnavel - direct - Yaeger                    457

1    A    We obtained information from Welfare pertaining to

2    purchases that Mr. Slali was making with his Welfare benefit

3    card and once we obtained that information, then we started

4    doing surveillance in the area that he was making purchases.

5    Q    Where was he buying things?

6    A    In Brooklyn, New York.

7    Q    Was there any reason that Mr. Slali was particularly hard

8    to find?

9              MR. GOLD:  Objection, Your Honor.

10             THE COURT:  Sustained.

11   Q    Did you locate Mr. Slali's house or home?

12   A    We did not locate him in a house or a home, no.

13   Q    Where did you find him?

14   A    Sleeping in a hallway.

15   Q    Did you interview Mr. Slali?

16   A    Yes.

17   Q    Who conducted the interview?

18   A    Myself and Homeland Security Agent Rich DeLisio.

19   Q    For approximately how long did you speak to Mr. Slali?

20   A    Approximately 15 to 20 minutes.

21   Q    Did you record that entire conversation you had?

22   A    Not the entire conversation, no.

23   Q    Approximately how much time did you record if you can

24   recall?

25   A    Approximately five minutes or so.

1    Q    And where did this interview take place?

2    A    In a diner in Brooklyn.

3    Q    If you could look inside your Redweld, please,

4    Ms. Purnavel.

5              Do you see there a disc marked Government

6    Exhibit 111?

7    A    I do.

8    Q    Do you recognize it?

9    A    Yes.

10   Q    What is it?

11   A    This is a copy of the interview that we had with

12   Mr. Slali.

13   Q    Does it accurately depict the recorded, the portion of

14   the interview that you recorded?

15   A    Yes.

16              MR. YAEGER:  The government offers Exhibit 111.

17              THE COURT:  Hearing no objection, I will receive it.

18              MR. GOLD:  Your Honor, may we just approach for a

19   moment?  Sorry.

20              (Continued on next page.)

21

22

23

24

25

Side Bar                                459

1          (The following occurred at side bar.)

2          MR. GOLD:  Your Honor, my objection is as follows.

3    I was unaware that this tape was coming in through this

4    witness or I would have raised it earlier.

5          There are references on the tape that are about to

6    be played.  It's a conversation between Mr. Slali and the

7    agents in which he's talking about being homeless and things

8    of that nature.  I don't think that his living status or,

9    which will undoubtedly lead to the inference that he couldn't

10   have been involved in this scheme, if he's out living on the

11   streets and he's homeless, therefore, it's not him that was

12   sent these various packages, et cetera, et cetera, and he was

13   unconnected to this scheme.

14         So, my concern is that by allowing, allowing

15   references to his status as a homeless person, that it will

16   unfairly lead to a substantive inference as opposed to just a

17   voice identification which is, again, for the purpose of its

18   admissibility.  So what my request would be is that if we

19   could just move on and perhaps during the lunch hour or the

20   next break, a segment can be played where there's no

21   references whatsoever to Mr. Slali's status as a homeless

22   person, where there can only be nondescript and just

23   irrelevant type conversation from which the agent can draw the

24   conclusion whose voice is whose.

25         THE COURT:  What is it being offered for?

Side Bar                           460

1        MR. YAEGER:  Well, it is being offered, in part,

2   because of Mr. Gold's opening when he implied that Mr. Slali

3   was, in fact, Mark Anderson.  So one part of it is identifying

4   his voice.

5        MR. GOLD:  Which I'm not objecting to.

6        MR. YAEGER:  And I cannot recall if on this recorded

7   portion it mentions that he's homeless.  I don't believe it

8   does, but I cannot recall if in the portion I'm playing it

9   does, but in any event, we are allowed to rebut the suggestion

10  that this other man is the real criminal and, in fact, things

11  about his life, where he lives, what he did at the time, are

12  very relevant to that.

13       MR. GOLD:  I'm sorry, I didn't mean to interrupt.

14       THE COURT:  No, go ahead.

15       MR. GOLD:  This is a hearsay tape.  If it's being

16  offered to allow the inferences, the substantive inferences

17  that Mr. Yaeger has just referenced, basically it's being

18  introduced in evidence without me having an opportunity to

19  cross-examine and test the credibility of that information.

20       I understood that the tape was being offered for

21  purposes of identifying Mr. Slali's voice and having it then

22  shown to the jury that it's not the same.  If they want to

23  inquire of Mr. Slali what his participation or lack of

24  participation in this scheme was, then he should be called as

25  a witness.  This shouldn't be introduced through a tape with

Side Bar                                       461

1    an interview, through an interview, rather, with an agent.

2            THE COURT:  In the first place, it is not hearsay if

3    Mr. Slali is saying he is homeless.  It is not hearsay.

4            MR. GOLD:  Well, if he's here and saying it --

5            THE COURT:  Excuse me.

6            MR. GOLD:  Sorry.

7            THE COURT:  Okay.  I recall references in the

8    opening statement to Slali and I have no clear recollection of

9    what the references to Slali were.

10           Is there some other witness you can call now or

11   proceed somewhere further with this witness and we can clear

12   that up a little bit later?

13           MR. YAEGER:  I could, Your Honor, but I also think I

14   might be able to allay concerns by showing the portions I am

15   playing.

16           THE COURT:  Tell me what it is.

17           MR. YAEGER:  It says first from the Special Agent:

18   Okay, what are you doing for, are you working right now?

19           Slali:  Well, if something comes in, I'm going to go

20   to work.

21           DeLisio:  Okay.  What's your background?  What have

22   you done, you know, for your career?

23           Slali:  I remodeled houses and done painting.

24           DeLisio:  Okay, before that, what did you do, did

25   you work anywhere else before contracting?

```
                        Side Bar                      462
```

1           Slali:  Oh, uh --

2           DeLisio:  Did you work on ships?

3           Yeah, yeah, dredging.

4           What did you do?

5           I was on a barge.

6           THE COURT:  What is the purpose of this testimony?

7    What is the purpose of this?

8           MR. YAEGER:  His voice, that it's not the voice

9    there and I tried to pick an innocuous portion.

10          THE COURT:  So this is being offered for the purpose

11   of establishing that the voice of Slali is not the voice of

12   Mark Anderson, is that it?

13          MR. YAEGER:  Yes.

14          THE COURT:  That is the only purpose it is being

15   offered for?

16          MR. YAEGER:  Yes.

17          THE COURT:  Okay.  Fine.

18          Anything further?

19          MR. GOLD:  No.

20          THE COURT:  You have no objection to that?

21          MR. GOLD:  To that I don't.

22          THE COURT:  Thank you very much.

23          (Government Exhibit 111 so marked.)

24          (Side bar ends.)

25          (Continued on next page.)

1              (In open court.)

2              THE COURT:  All right.  Please proceed, Mr. Yaeger.

3              MR. YAEGER:  Thank you, Your Honor.

4    BY MR. YAEGER:

5    Q    So I am now going to play for you a portion of Government

6    Exhibit 111 in evidence.  The clip stretches from

7    approximately 2 minutes and 12 seconds to 2 minutes and

8    50 seconds.

9              THE COURT:  Is there a transcript in this binder

10   that is the transcript of what you are playing?

11             MR. YAEGER:  Yes, it is in the binder.  It is behind

12   the tab marked --

13             THE COURT:  Slali?

14             MR. YAEGER:  Slali.

15             THE COURT:  Marked Slali, is that it?

16             MR. YAEGER:  Yes, spelled S-L-A-L-I.

17             THE COURT:  It is right in front of the comparisons

18   tabs.

19             MR. YAEGER:  Thank you, Your Honor.

20             THE COURT:  This is being received for the purpose

21   of attempting to establish that the voice of Slali is not the

22   voice of Mark Anderson.  Voice identification.  Go on.

23   Q    All right.  We're starting from the second page.  It is

24   not numbered.  It is the second page behind the tab in the

25   middle of the second page where it says, SA DeLisio:  Okay,

Purnavel - direct - Yaeger                          464

1   um, what are you doing for, are you working right now?

2            (Audio played.)  (Audio stopped.)

3   Q     Who is the man speaking about the barge?

4   A     That's Mike Slali.

5   Q     Who is the man asking questions?

6   A     Homeland Security Agent Rich DeLisio.

7   Q     Does Mr. Slali sound like Mark Anderson on the wiretaps?

8   A     No, he does not.

9   Q     Now, between October 2011 and March 2012, did you inspect

10  trash taken from outside of 59 Genesee?

11  A     Yes, I did.

12  Q     What was the process?  How did that work?

13  A     I would go to the Department of Sanitation and set up

14  that they were going to pick up the trash that morning.  They

15  would give us a roundabout time that they were going to get to

16  the residence.  We would then go and do surveillance at the

17  residence until the trash collectors got there.  They would

18  pick up the trash which we observed, then they would call us,

19  meet us around the block and hand the trash over to us.

20  Q     Were you physically present when the trash was taken out?

21  A     I was.

22  Q     By that, I mean picked up by the trash collectors?

23  A     Correct.

24  Q     After you were handed the trash from the collectors,

25  where did you bring it?

Purnavel - direct - Yaeger                    465

1   A    We would go to a nearby Post Office and go through the

2   trash.

3   Q    Did there ever come a time when you found an Express Mail

4   label in the trash?

5   A    Yes.

6   Q    Approximately when was that?

7   A    Approximately February 2012.

8   Q    At the beginning of February or the end?

9   A    The end of February.

10  Q    What did you do when you found that express mail label in

11  the trash?

12  A    I then went to the Post Office to review their records

13  and pull out any other Express Mail labels for packages that

14  were delivered at 59 Genesee.

15  Q    If you could turn now, please, to Government Exhibit 69

16  in your binder.  Do you have it?

17  A    I do.

18  Q    Do you recognize it?

19  A    Yes.

20  Q    What is it?

21  A    These are copies of Express Mail labels of packages that

22  were delivered to 59 Genesee.

23  Q    How did you obtain the various labels that are here in

24  Government Exhibit 69?

25  A    I went to the Post Office, reviewed their labels and I

Purnavel - direct - Yaeger                     466

1    took them.

2    Q    And are some of these also from the trash?

3    A    Correct.

4    Q    What Post Office did you get the labels from that weren't

5    in the trash?

6    A    New Dorp station.

7    Q    Why New Dorp station?

8    A    That is the station that covers Mr. Liounis's area.

9    Q    Is Dorp spelled D-O-R-P?

10   A    Correct.

11   Q    Is it a regular practice of the Post Office to save

12   Express Mail labels for a short period of time after they are

13   sent?

14   A    Yes, it is.

15        MR. YAEGER:  The government offers Exhibit 69.

16        MR. GOLD:  No objection.

17        THE COURT:  Received.

18        (So marked.)

19        (Exhibit published.)

20   Q    See the first page?

21   A    Yes.

22   Q    The top label, please, what is the first name as sender

23   of the package?

24   A    Alex.

25   Q    Who is the recipient?

Purnavel - direct - Yaeger                    467

1    A    Mike Slolli.

2    Q    What is the address listed beneath Mr. Slolli?

3    A    59 Genesee, Staten Island, New York 10308.

4    Q    What phone number is above the name Mr. Slolli?

5    A    718-290-5967.

6    Q    Do you recognize that phone number?

7    A    I do.

8    Q    Why?

9    A    When we arrested Mr. Liounis, he had a cell phone on him

10   bearing that number.

11   Q    How do you know that the phone number that Mr. Liounis

12   had on him at that time -- how do you know that the phone

13   Mr. Liounis had on him at that time, in fact, had this phone

14   number here on Government Exhibit 69?

15   A    He told us.

16   Q    Who is he?

17   A    Mr. Liounis.

18   Q    What is the full name listed here for the first, the

19   person sending this first package?

20   A    Alex James.

21   Q    How many of these labels claimed to be sent by Mr. James,

22   Mr. Alex James?

23   A    Four.

24   Q    What address is listed here on the first Alex James

25   label?

Purnavel - direct - Yaeger                    468

1   A    1560 East 15th Street, Brooklyn  11229.

2   Q    And here on this second label, another one which says it

3   was sent by Alex James, what is the address listed for

4   Mr. James here?

5   A    1147 East 16th Street, Brooklyn, New York  11229.

6   Q    Is that different from the first label?

7   A    Yes.

8   Q    Turning to the second page of Government Exhibit 69, the

9   top of the page, another package, the sender is listed as Alex

10  James.  What is the address here for Alex on this label that I

11  am pointing to right now?

12           (Exhibit published.)

13  A    345 East 37th Street, New York, New York  10016.

14  Q    Is that different from the first two addresses on the

15  first page?

16  A    It is.

17  Q    And now on the third and final page of Government

18  Exhibit 69, looking at the label on the bottom, so the third

19  page of Government Exhibit 69, the label on the bottom, is

20  this the fourth label which claims to have been sent by Alex

21  James?

22           (Exhibit published.)

23  A    Yes.

24  Q    What's the address for Alex on this one?

25  A    1801 Avenue U, Brooklyn, New York  11229.

Purnavel - direct - Yaeger                    469

1   Q    Is that fourth address different from the first three?

2   A    Yes, it is.

3   Q    Did you ever find records of an Alex James living at any

4   of those addresses?

5   A    No, we did not.

6   Q    Let me go back to Government Exhibit 69, the last page,

7   last label that I was just showing you.

8              (Exhibit published.)

9   Q    Now, what is the date of delivery here for this package?

10  A    February 22nd.

11  Q    Who is this package addressed to?

12  A    Mike Solli.

13  Q    And all of these packages are addressed to some version

14  of the name Slali?

15  A    Correct.

16  Q    What is the label here on this -- what is the label

17  number on this last label of Government Exhibit 69?

18  A    EI523141787US.

19  Q    How was the postage purchased for this particular label,

20  Ms. Purnavel?

21  A    The postage for this package was purchased at an APC, an

22  Automated Postal Center machine.

23  Q    Is that -- okay.

24            How do you know that this label was in fact

25  purchased in an APC machine?

Purnavel - direct - Yaeger                    470

1   A    We researched Postal Service databases to obtain that

2   information.

3            THE COURT:  What does APC stand for?

4            THE WITNESS:  Automated Postal Center.

5   Q    If you could turn now in your stack of documents, please,

6   to Government Exhibit 70, 7-0.

7            Do you have it?

8   A    I do.

9   Q    Are there two photographs here in Government Exhibit 70?

10  A    Yes.

11  Q    Do you recognize them?

12  A    I do.

13  Q    How did you obtain the documents, the photos that are

14  Government Exhibit 70?

15  A    Again, we researched Postal Service databases.

16  Q    Is it a regular practice of the APC machine to take a

17  picture of the person buying postage?

18  A    Yes, it is.

19  Q    Is it a regular practice of the Post Office to save

20  copies of the pictures taken by the APC machine?

21  A    Yes, for a certain amount of time.

22           MR. YAEGER:  The government offers Exhibit 70.

23           MR. GOLD:  No objection.

24           THE COURT:  Received.

25           (So marked.)

1              (Exhibit published.)

2    Q    So I'm now showing the first page, first picture, and

3    referring to the second.  And if it's easier for you,

4    Ms. Purnavel, you can also look at the copy that you have with

5    you.

6              Do you recognize the person depicted in these two

7    photos that are Government Exhibit 70?

8    A    I do.

9    Q    Who is it?

10   A    Ruslan Rapaport.

11   Q    How do you recognize him?

12   A    I have done surveillance on Ruslan Rapaport.

13   Q    I'm going to turn back to Government Exhibit 69, the

14   labels.

15             (Exhibit published.)

16   Q    Turning to the last page, the last label, this is on the

17   page that bears a Bates number 51466, is Ruslan Rapaport

18   listed as the sender?

19   A    No, he is not.

20   Q    Who is?

21   A    Alex James.

22   Q    Is this photo that is in Government Exhibit 70 a

23   photograph of the person who paid for the postage for that

24   last label on Government Exhibit 69?

25             (Exhibit published.)

Purnavel - direct - Yaeger                    472

1   A     Yes, it is.

2   Q     Did there come a time when the Post Office notified you

3   about a new package going to 59 Genesee?

4   A     Yes.

5   Q     Approximately when was that?

6   A     Approximately March 2012.

7   Q     Would you turn, please, to Government Exhibit 71.

8         Do you recognize the photos that are collected here

9   in Government Exhibit 71?

10  A     I do.

11  Q     Who took these photographs?

12  A     I did.

13  Q     Do they accurately depict the items you photographed?

14  A     They do.

15  Q     What was it that you photographed?

16  A     The outside of the package that was addressed to

17  59 Genesee along with the contents inside the package.

18  Q     Before you opened the package, did you obtain any

19  authorization?

20  A     Yes, I obtained a federal search warrant.

21        MR. YAEGER:  The government offers Exhibit 71.

22        MR. GOLD:  No objection.

23        THE COURT:  Received.

24        (So marked.)

25        (Exhibit published.)

CMH      OCR      RMR      CRR      FCRR

Purnavel - direct - Yaeger                473

1   Q    Okay.  The first page, I'm going to turn to the third

2   page which is clearer.

3            At the bottom of this third page of Government

4   Exhibit 71, what is this item at the bottom of the frame in

5   the picture that I'm holding up?

6   A    It is a ruler.

7   Q    Why is there a ruler in this picture, Ms. Purnavel?

8   A    We do that to depict the size of the package.

9   Q    You placed the ruler there?

10  A    I did.

11  Q    Before I continue also, do you see, do you have with you

12  a copy of Government Exhibit 72?

13  A    I do.

14  Q    Do you recognize it?

15  A    Yes, I do.

16  Q    What is it?

17  A    A copy of the search warrant for the package.

18            MR. YAEGER:  The government offers Exhibit 72.

19            MR. GOLD:  No objection.

20            THE COURT:  Received.

21            (So marked.)

22  Q    Going back to 71 with all the pictures, here I am on this

23  third page, Government Exhibit 71.  I'll see if I can zoom in

24  a little.

25            (Exhibit published.)

CMH      OCR      RMR      CRR      FCRR

                    Purnavel - direct - Yaeger                 474

1    Q    Who is the sender here on this package that you got a

2    warrant for?

3    A    Alex James.

4    Q    It has here an address of 1640 East 16th Street in

5    Brooklyn, New York.  Is that one of the four addresses on

6    Government Exhibit 69?

7    A    No, it is not.

8    Q    Did you find any record of Alex James living at this

9    address here that is on the package that is Government

10   Exhibit 71?

11   A    No.

12   Q    Who is the recipient of this package?

13   A    Mike Sloli.

14   Q    And above the name of this listed recipient, what is the

15   phone number?  Can you make it out?

16   A    718-290-5967.

17   Q    Do you recognize that number?

18   A    I do.

19   Q    Why?

20   A    It is the cell phone that Mr. Liounis had on him when he

21   was arrested bearing that number.

22   Q    I'm going to turn to the sixth page of Government

23   Exhibit 71.  Let me make sure I've counted correctly.  I'm

24   sorry.  The eighth page of Government Exhibit 71.

25              (Exhibit published.)

                    CMH      OCR      RMR      CRR      FCRR

Purnavel - direct - Yaeger                    475

1    Q    Is this picture taken after you opened the package?

2    A    Yes, it is.

3    Q    Here on the right side of the picture, that the -- here

4    on the left side of the picture, is that the outer part of the

5    package?

6    A    Yes.

7    Q    What's on the right side of this picture that I'm

8    indicating here?

9    A    Another envelope which was inside the package.

10   Q    Folded up?

11   A    Correct.

12   Q    Was there anything inside this folded up envelope that

13   was inside the package?

14   A    Cash.

15   Q    Is it the cash that is in between the two?

16   A    Yes.

17   Q    Approximately how much cash is there in that photo that

18   you found in the package?

19   A    Approximately $3,400 in $100 bills.

20   Q    Turn, please, to Government Exhibit 73.  Do you have it?

21   A    I do.

22   Q    Do you recognize it?

23   A    I do.

24   Q    What is photographed here in Government Exhibit 73?

25   A    These are the $100 bills that were inside the package.

Purnavel - direct - Yaeger                    476

1   Q    Who took the photos?

2   A    I did.

3   Q    Does it accurately depict the cash that you photographed?

4   A    It does.

5            MR. YAEGER:  The government offers Exhibit 73.

6            MR. GOLD:  No objection.

7            THE COURT:  Received.

8            (So marked.)

9            (Exhibit published.)

10  Q    What happened to the package after you opened it?

11  A    We put the contents back inside the package and we put it

12  back in the mail stream to be delivered.

13  Q    So what address did the package filled with cash go to?

14  A    59 Genesee.

15  Q    The defendant's address?

16  A    Correct.

17  Q    If you could turn now in your stack of documents to

18  Government Exhibit 102.

19           Is your copy of Government Exhibit 102 in a plastic

20  sleeve?

21  A    It is.

22  Q    Do you recognize Government Exhibit 102?

23  A    Yes, I do.

24  Q    What is Government 102?

25  A    It is an application of some sort.

Purnavel - direct - Yaeger                477

1    Q    Where did you find it?

2    A    In Mr. Liounis's trash.

3    Q    When you found it, what was its condition?

4    A    It was ripped up into pieces.

5    Q    How did you put it back together?

6    A    I taped it back together.

7              MR. YAEGER:  The government offers Exhibit 102.

8              MR. GOLD:  No objection.

9              THE COURT:  Received.

10             (So marked.)

11             (Exhibit published.)

12   Q    Under the words Last Name in what appears to be an

13   application here, what is it?

14   A    Liounis.

15   Q    Moving across Government Exhibit 102, what is the listed

16   birth date?

17   A    March 8, 1972.

18   Q    I'm sorry.  Beneath the defendant's name, what is the

19   listed address?

20   A    59 Genesee.

21   Q    Back to the date of birth, did you make any attempts to

22   verify this birth date of March 8, 1972?

23   A    I did.

24   Q    Did you look at DMV records?

25   A    I did.

Purnavel - direct - Yaeger                478

1   Q     Is this, in fact, Peter Liounis's birthday?

2   A     It is.

3   Q     Under Social Security number, there's a number.  Is that

4   his Social Security number?

5   A     It is.

6   Q     What about the driver's license?

7   A     That is Mr. Liounis's driver's license number.

8   Q     Here under co-applicant information, what's the last

9   name?

10  A     Liounis.

11  Q     First name?

12  A     Mary.

13  Q     Who is Mary Liounis's if you know?

14  A     Peter Liounis's mother.

15  Q     How do you know that?

16  A     I have spoken to her.

17  Q     What employer is listed for Mr. Liounis here?

18  A     Old Towne Funding Group.

19  Q     Let me direct your attention to Government Exhibit 68 and

20  let me also direct your attention to October 25, 2011.

21        Were you doing surveillance that day?

22  A     I was.

23  Q     Were you present when trash collectors picked up the

24  trash that morning?

25  A     Yes, I was.

                    Purnavel - direct - Yaeger                479

1    Q    Did you find anything of note in the trash that day?

2    A    I did.

3    Q    What did you find?

4    A    I found a receipt with some names and phone numbers

5    listed on it.

6    Q    Is that receipt Government Exhibit 68?

7    A    Yes, it is.

8              MR. YAEGER:  The government offers Exhibit 68.

9              MR. GOLD:  No objection.

10             THE COURT:  Received.

11             (So marked.)

12             (Exhibit published.)

13   Q    Now, looking at the top of Government Exhibit 68, the

14   printed portion is upside down, but looking here at the

15   handwritten portion, what on this upper left-hand side is

16   written where I'm indicating?

17   A    Dennis.

18   Q    And then above it?

19   A    Lamatia.

20   Q    How do you spell Lamatia as it is written here?

21   A    L-A-M-A-T-I-A.

22   Q    Why did you notice this?

23   A    Because there is an investor that invested with Grayson

24   Hewitt by the name of Dennis Lamantia.

25   Q    So in the name, you know there's an "N" between the "A"

Purnavel - direct - Yaeger                480

1    and the "T"?

2    A    Correct.

3    Q    And up here to the right of Lamatia is a phone number,

4    916-765-3052.  Do you recognize that number?

5    A    I do.

6    Q    What --

7    A    That is Dennis Lamatia's number.  Sorry to interrupt.

8    The number is 3082.

9    Q    Thank you for the correction.  I did not bring my glasses

10   today so I appreciate that if you see anything I'm reading

11   wrong.

12        I'm going to show you Government Exhibit 51 which is

13   already in evidence from Mr. Kiernan which is summaries.

14        (Exhibit published.)

15   Q    On this summary organized by first name, do you see

16   Mr. Lamantia's first name as a depositor?

17   A    I do.

18   Q    How much is listed for an investment by Mr. Dennis

19   Lamantia?

20   A    $33,200.

21   Q    Going back to Government Exhibit 68, the receipt from the

22   trash, I'm now going to clip it upside down so that the

23   written text is facing up.

24        Here, at the top, this word with the line beneath

25   it, what is it?

Purnavel - direct - Yaeger                481

1   A     Annelle.

2   Q     Do you recognize that name?

3   A     I do.

4   Q     Why do you recognize that name?

5   A     There is an investor with Grayson Hewitt by the name of

6   Renald Anelle.

7   Q     Back to Exhibit 51, turning to the second page which is

8   the listed depositors with a Grayson Hewitt account, do you

9   see the name Renald Anelle?

10         (Exhibit published.)

11  A     Yes.

12  Q     How much did Mr. Anelle invest?

13  A     $5,000.

14  Q     So going back to Government Exhibit 68, upside down,

15  underneath Annelle's name on the right here, what is written?

16         (Exhibit published.)

17  A     5K.

18  Q     What do you understand 5K to mean?

19  A     $5,000 or 5000 rather.

20  Q     On the left, there's another number beneath Annelle's

21  name here on Government Exhibit 68.  What is that number?

22  A     62.50.

23  Q     Now, I'm going to show you what is already in evidence as

24  Government Exhibit 55, another summary created by Mr. Kiernan,

25  deposits and withdrawals by Mr. Anelle.

Purnavel - direct - Yaeger                    482

1              (Exhibit published.)

2    Q    These first several withdrawals for Mr. Anelle, what is

3    the dollar amount?

4    A    62.50.

5    Q    Is that the same amount written here in Government

6    Exhibit 68?

7    A    Yes.

8              MR. YAEGER:  No more questions at this time, Your

9    Honor.

10             THE COURT:  Mr. Gold, do you expect to be more than

11   15 minutes?

12             MR. GOLD:  I probably will, Your Honor.

13             THE COURT:  All right.  Why don't we recess for

14   lunch then.  Let's recess for lunch.  We will resume at

15   2 o'clock.  Have a good lunch.  Please do not discuss the

16   case.

17             (Jury exits.)

18             (Continued on next page.)

19

20

21

22

23

24

25

483

1          THE COURT:  Okay.  Anything need my attention?

2          MR. YAEGER:  No, Your Honor.

3          MR. GOLD:  No, Your Honor.

4          THE COURT:  You have several other witnesses for

5     this afternoon?

6          MR. YAEGER:  I'm sorry, Your Honor.  I didn't catch

7     that.

8          THE COURT:  You have some other witnesses for this

9     afternoon?

10          MR. YAEGER:  Just a moment.  With the stipulations,

11     it may have changed a little.

12          MR. LERER:  Special Agent John Szwalek,

13     S-Z-W-A-L-E-K.

14          THE COURT:  Is that it?

15          MR. LERER:  No, there are others.  Special Agent

16     Parkhill, P-A-R-K-H-I-L-L.  That's it, Your Honor.  We may not

17     fill the afternoon.  It's going so much more quickly than we

18     thought.

19          THE COURT:  Okay.

20          MR. LERER:  Thank you, sir.

21          THE COURT:  All right.  See you at 2:00.

22          MR. GOLD:  Thank you, Your Honor.

23          (Luncheon recess.)

24          (Continued on next page.)

25

484

1              A F T E R N O O N        S E S S I O N

2         (The following occurred in the absence of the jury.)

3         THE COURT:  Are you ready?

4         MR. YAEGER:  Yes.

5         I believe it is Mr. Gold's witness, Your Honor.

6         THE COURT:  Yes, I know.

7         MR. YAEGER:  We are ready.

8         THE COURT:  Do we need Mr. Lerer here.

9         MR. YAEGER:  We can proceed without him, if we need

10   to.

11        THE COURT:  Okay.  Are you ready to proceed?

12        MR. GOLD:  Yes, sir.

13        THE COURT:  All right.  Get the jury.

14        THE CLERK:  Yes, Your Honor.

15        (Jury present.)

16        THE COURT:  Thank you very much.

17        All right.  Mr. Gold will cross-examine Inspector

18   Purnavel.

19        Go ahead, Mr. Gold.

20        MR. GOLD:  Thank you, Your Honor.

21        (Continued on next page.)

22

23

24

25

Purnavel - cross - Gold                                    485

1    CROSS-EXAMINATION

2    BY MR. GOLD:

3    Q    Good afternoon, Inspector.

4    A    Good afternoon.

5    Q    Now, you were played a variety of recordings that are in

6    evidence from various wiretaps.

7         Do you recall being -- listening to them during your

8    direct examination?

9    A    Yes.

10   Q    You were asked to compare the voice of Peter Liounis to

11   the voice of Mark Anderson on these various calls that you

12   were played, correct?

13   A    To compare the voice of Liounis and Mark Anderson?

14   Q    The voice, whether the voice on the wiretapped called

15   that you were listening to was the same as Peter Liounis's

16   voice?

17   A    No.  I don't believe I was played wiretap calls on my

18   direct.  From the wiretap?

19   Q    What calls --

20   A    Which call -- I am not sure which calls you are referring

21   to.

22   Q    Okay.  Let me withdraw and start again.

23   A    Okay.

24   Q    You identified Peter Liounis as being, having the same

25   voice as the person whose voice appeared on the various

1  recordings you were presented, correct?

2  A    Correct.

3  Q    At one point you were asked, is that the voice of Peter

4  Liounis, and you said yes; do you recall that?

5  A    Yes.

6  Q    Just to be clear, you were stating that as your opinion,

7  correct?  That's not a fact?

8  A    That's what I have concluded through my investigation,

9  correct.

10 Q    That is what your ears tell you, correct?

11 A    Correct.

12 Q    You have not received any special training in voice

13 identification, correct?

14 A    Correct.

15       MR. YAEGER:  Objection.

16       THE COURT:  Overruled.

17 Q    You have not studied the science of voice identification

18 in any regard, have you?

19       MR. YAEGER:  Objection.

20       THE COURT:  Overruled.

21 A    I have not.

22 Q    And, in fact, were any of these recordings submitted for

23 scientific evaluation and analysis to compare the voices to

24 make any conclusion as to whether or not one person placed all

25 these calls?

1          MR. YAEGER:  Your Honor, objection.

2          Your Honor, might we have a side bar?

3          THE COURT:  Overruled.

4    A    No, they were not.

5    Q    Now, you also indicated that there were various times

6    when garbage was searched that had come from the 59 Genesee

7    Avenue residence, correct?

8    A    Yes.

9    Q    You indicated, I believe it was Exhibit 68, that was

10   the -- do you have that book in front of you?  That's the

11   handwritten notes with at the top of the page Lamantia?

12   A    Yes.

13   Q    Do you have that?

14        Okay.  When that was collected outside the residence

15   of 59 Genesee Avenue, the residence of Peter Liounis and

16   others, was this document submitted for fingerprint analysis?

17   A    No, it was not.

18   Q    At the top and at the bottom of this particular page,

19   there are handwritten entries, correct?

20   A    Correct.

21   Q    Were any handwriting exemplars done to establish whether

22   Peter Liounis was the writer of this -- of these words and

23   numbers?

24   A    No.

25   Q    Now, you are also asked about during -- withdrawn.

Purnavel - cross - Gold                              488

1          What time period did you and your fellow agents

2     conduct surveillance outside of 59 Genesee Avenue?

3     A     I don't remember the exact dates.

4     Q     Approximately?

5          Okay.  Was it -- would it be -- would you accept a

6     timeframe of the end of -- from the fall of 2011 through the

7     winter of 2012 as an approximate timeframe?

8     A     Yes.

9     Q     You and, again, fellow agents working the investigation

10    conducted the surveillance, correct?

11    A     Correct.

12    Q     You indicated that as a result of that surveillance, you

13    had determined that Peter Liounis, Scott Paccione, is that --

14    what was the second name?

15    A     Scott Paccione.

16    Q     Scott Paccione and an unidentified person had been living

17    there during the timeframe of your surveillance, correct?

18    A     Correct.

19    Q     And the person who you initially -- you again being one

20    of the case agents, you and other investigators learned to be

21    Mike Slali?

22    A     Yes.  Later on we learned that he was Mike Slali,

23    correct.

24    Q     You learned that on or about April 18th of 2012?

25    A     Correct.

Purnavel - cross - Gold                            489

1    Q    That was during the search of the 59 Genesee Avenue

2    residence, correct?

3    A    Correct.

4    Q    Did you determine whether or not anyone else was living

5    in that house during that time period?

6    A    No.

7    Q    Were there other residents living on a different floor,

8    to your knowledge?

9         The Mertz, does that name refresh your recollection?

10   A    Later on, yes, we -- that name did come up.

11   Q    You learned that some -- one or two people named Mertz

12   lived in that residence as well?

13   A    At least one person has, yes, has come up as possibly

14   living there, correct.

15   Q    Did you personally participate in the search of

16   Mr. Liounis's residence?

17   A    I did not.

18   Q    Are you familiar with what was seized during the course

19   of that search?

20   A    What do you mean by familiar?

21   Q    Are you aware of what documents, what things, items were

22   seen and taken by those agents conducting the search?

23   A    I'm aware of some of the items that were taken, yes.

24   Q    Was any gold taken from Peter Liounis's residence?

25   A    No.

Purnavel - cross - Gold                              490

1    Q    Were any Grayson Hewitt statements taken from Peter

2    Liounis's residence?

3    A    No.

4    Q    Was the telephone used by Mark Anderson that we have been

5    listening to the past few days, was that telephone recovered

6    in Peter Liounis's residence?

7    A    No.

8    Q    Were there any documents about -- concerning Innovative

9    Commerce limited taken from that residence?

10   A    No.

11   Q    Was there any cash taken from that residence, from his

12   room?

13   A    Not that I am aware of.

14   Q    Were any account statements for overseas accounts or --

15   well, I will leave it at that.

16          Were any account statements from overseas banks

17   seized or found at that location?

18   A    No, not that I am aware of.

19   Q    Did there came a point in time when you did obtain bank

20   records for Mr. Liounis?

21   A    Yes.

22   Q    Do you recall what the account balances were

23   approximately?

24   A    I do not recall, no.

25   Q    Was it in the million dollar range?

GR      OCR      CM      CRR      CSR

Purnavel - cross - Gold                          491

1          MR. YAEGER:  Objection, objection.

2          THE COURT:  Overruled.

3   A    Million dollar range, no.

4   Q    Do you recall what the highest amount of money in his

5   account at any time period that you received statements for

6   approximately?

7   A    I don't recall account balances.  I recall a couple of

8   thousand dollars -- a couple of checks written for a couple of

9   thousand dollars at each time going into that account, yes.

10  Q    And that was the -- would it be fair to say, that was the

11  maximum, a couple of thousand dollars going into the account,

12  as far as your recollection is?

13  A    As far as I recall, yes.

14  Q    Okay.  I'm sorry.  I neglected to ask this.

15         In terms of what was found in the house, were there

16  any documents found at the time of the search relating to

17  Iryna Yarova?

18  A    No.

19  Q    Were there any documents found relating to Boris or

20  Ruslan Rapaport?

21  A    Repeat your question.

22  Q    Sure.

23         Were there -- I will break it up.

24         Were any documents recovered in Peter Liounis's room

25  with the name Ruslan Rapaport?

GR      OCR      CM      CRR      CSR

Purnavel - cross - Gold                    492

1    A    No.

2    Q    And the same question as to Boris Rapaport?

3    A    No.

4    Q    Were any throwaway phones found in Peter Liounis's room?

5    A    There was a throwaway found.

6    Q    In his --

7    A    I don't recall where it was found.  I just know it was in

8    the search.

9    Q    That phone might have been found in Mr. Slali's room?

10   A    I just know it was found in the search.  I don't know --

11   Q    Fair enough.

12        Now, you also described for us, I believe it was

13   February 22nd, the date that the Express mail package was

14   opened before being delivered?

15        Do you recall that?

16   A    Right.  That wasn't the February --

17   Q    I was just going to say, I think I messed up the date.

18   What was the correct date on that?

19   A    I believe it was approximately March 22nd.

20   Q    March 22nd.  Thank you.

21        So on March 22nd, this package was intercepted

22   before it was actually delivered to that house at 59 Genesee,

23   correct?

24   A    Correct.

25   Q    Inside there was the amount of money we have said, about

1    $3,400, that was found and in an envelope addressed to Mike

2    Slali, correct?

3    A    Correct.

4    Q    Did agents do surveillance at the house when the package

5    was delivered?

6    A    I don't recall if agents did surveillance that day when

7    that package was delivered.

8    Q    Okay.  So do you know whether -- who accepted that

9    package on that day?

10   A    Off the top of my head, no, I do not.

11   Q    Now, if you could turn your attention to Government

12   Exhibit 69.  These are those -- I don't know what you call

13   them -- the Express mail mailing labels.

14   A    Okay.

15   Q    Okay.  These were mailing labels that were sent -- of

16   packages, rather, that were sent to 59 Genesee, addressed to

17   Mike Slali or some permutation thereof, over a period of about

18   a month, correct?  Approximately?

19            From February 16th to March 6th; less than a month,

20   correct?

21   A    Correct.

22   Q    Okay.  These were records that you found in the post

23   office or -- where were these records found?

24   A    I had found -- I don't know which Express mail label but

25   I found a copy in Liounis's trash and then I went to the post

1   office, reviewed their Express mail labels and I pulled some

2   other labels.

3   Q    Now, what we have here are copies of those labels,

4   correct?

5   A    Correct.

6   Q    Where are the originals, do you know?

7   A    They're in my office.

8   Q    Okay.  Were those originals ever submitted for

9   fingerprint analysis?

10  A    No.

11  Q    You indicated that this -- that one of the mailing

12  labels, if you look on the first page, looks like the delivery

13  date 3/7, the telephone number above Mike Slali's name,

14  (718) -- well, is that 290?  280?

15  A    290.

16  Q    290-5967?

17  A    Correct.

18  Q    You indicated that that's a phone that Mr. Liounis told

19  you, your fellow agents, was his phone?

20  A    Yes.  That was one of the cellphones that he had on his

21  person.

22  Q    Or that he had on his person?

23  A    Correct.

24  Q    Now, there is another telephone number, if you look to

25  the one below that, package also addressed to Mike Slali, on

1   three -- looks like 3/7 again, or three -- I don't know.

2   Could you read the date?

3   A    3/2.

4   Q    Is that 3/2?

5   A    Yes.

6   Q    Okay.  3/2.

7         And there is a -- another telephone number, 347 -- I

8   will let you read it.

9   A    347-453-1874.

10  Q    Do you know whose telephone number that is?

11  A    Sitting here right now, I do not.  I don't recall whose

12  phone number that is.

13  Q    At some point did you check the subscriber information on

14  that telephone?

15  A    I don't know if we checked the subscriber information.

16        I know that during -- once Mr. Liounis was arrested,

17  during our interview with him, he had given us a phone number

18  of an individual by the name of Alex and this might be the

19  phone number but I don't know offhand.

20  Q    You don't know?

21  A    No.

22  Q    Okay.  Did you do the subscriber service on the 718

23  number, the number above it?

24  A    I personally did not.  Other agents may have.  But I am

25  not aware of that information.

Case 1:12-cr-00350-ILG   Document 209   Filed 03/24/14   Page 105 of 151 PageID #: 2519

1   Q    Okay.  Was any fingerprint analysis done on that phone?

2   A    No.

3   Q    You indicated that, again, there were a number of days

4   and times when you and your fellow agents conducted

5   surveillance outside the home of Mr. Liounis, 59 Genesee

6   Avenue, correct?

7   A    Correct.

8   Q    Again, you are one of the case agents and would it be

9   fair to say that you have reviewed many if not all of the

10  reports that were filed in connection with this case, by your

11  fellow agents, that is?

12  A    Yes.  I have reviewed many.  I don't know if I reviewed

13  them all but many.

14  Q    You have participated in the trial preparation for this

15  jury, this trial?

16  A    That is correct.

17  Q    And you sat through the course of the testimony?

18  A    Correct.

19  Q    So you would agree, you are familiar with the activities

20  and the important dates and times relevant to this case,

21  correct?

22  A    Familiar, yes.

23  Q    Now, did there come a time when agents conducted, were

24  conducting surveillance and it was determined that that -- at

25  that precise time when agents were watching the home that the

Purnavel - cross - Gold                          497

1   Mark Anderson telephone was in use?

2   A    Yes.

3   Q    Can you tell the members of the jury what the agents did

4   in response to learning that the Mark Anderson telephone was

5   in use right at that time?

6   A    Yes.  We had an agent drive by the Liounis residence and

7   turn on his police siren.

8   Q    What was the purpose of that?

9   A    To see if they would catch it on the other end, on the

10  wire.

11  Q    So, in other words, to see whether outside the house of

12  Peter Liounis, when that Mark Anderson phone was in use,

13  whether a siren would be picked up and establish that in fact

14  that phone was being used inside of that house, correct?

15  A    Correct.

16  Q    Have you listened -- withdrawn.

17       Was that siren heard on the wiretap at that time?

18  A    To my knowledge, no, it was not.

19  Q    Last thing.  Regarding Mr. -- are you okay?

20  A    Yes.

21  Q    Okay.  Mr. Rapaport, whose picture was admitted in

22  evidence at the time he was paying for the postage for one of

23  the shipments that went to the Mike Slali at the 59 Genesee,

24  do you remember that on direct examination?

25  A    I do.

GR       OCR       CM       CRR       CSR

1   Q    Did there come a time when Mr. Rapaport was stopped as he

2   was exiting the country?

3   A    I believe so, yes.  While exiting the country, yes.

4   Q    At that time a search was conducted of him as to what

5   documents and money or whatever else he might be carrying with

6   him at that time, correct?

7   A    Yes.

8   Q    Was Peter Liounis's name found during the search of

9   Mr. Rapaport at that time?

10  A    Not that I am where of, no.

11  Q    Was Peter Liounis's telephone number found at the time

12  Mr. Rapaport was searched?

13  A    I don't know.

14          MR. GOLD:  I have no further questions.

15          Thank you, Your Honor.

16          THE COURT:  Is there any redirect?

17          MR. YAEGER:  Yes, Your Honor.

18  REDIRECT EXAMINATION

19  BY MR. YAEGER:

20  Q    Inspector Purnavel, do you recall being asked questions

21  about Mr. Liounis's voice?

22  A    Yes.

23  Q    Now, you have heard Mr. Liounis in person, correct?

24  A    Correct.

25  Q    You have heard him on his personal phone, right?

Purnavel - redirect - Yaeger                    499

1   A    Correct.

2   Q    You have heard him on Government Exhibit 67, the call

3   both the government and the defense agrees are Mr. Liounis?

4   A    Yes.

5   Q    Have you heard Mark Anderson on that wiretap?

6   A    Yes, I have.

7   Q    Many times?

8   A    Many times.

9   Q    Is Peter Liounis's voice distinctive to you?

10  A    It is.

11  Q    You talk to people on the phone for work and personally?

12  A    Yes.

13  Q    Do you recognize voices when you do that?

14  A    Yes.

15  Q    Do you have any doubt as to your identification of the

16  defendant's voice?

17          MR. GOLD:  Objection.

18          THE COURT:  Sustained.

19  Q    Defense counsel asked you about what your ears tell you.

20          Do your ears tell you that Mark Anderson is the

21  defendant?

22  A    Yes.

23  Q    Defense counsel asked you about a variety of items

24  related to Grayson Hewitt that were seized at the time of the

25  search and also at the time of his arrest.

GR      OCR      CM      CRR      CSR

1           Do you recall that?

2   A    Yes.

3   Q    Was the search of the house close to the time of the

4   arrest?

5   A    Yes.  It was the day after.

6   Q    At that time how long had Grayson Hewitt been shut down?

7   A    Grayson Hewitt shut down, if I remember correctly, in

8   February 2012.  So at least two months.

9   Q    Do you remember being asked questions as to whether the

10  Mark Anderson phone was found in the search?

11  A    Yes.

12  Q    You testified that in the search a month or two after

13  Grayson Hewitt was shut down there was one phone you found?

14  A    Correct.

15  Q    What kind of phone was that?

16  A    I don't -- I don't know the model.  It was just a flip

17  phone, a cellphone.

18  Q    Was it a throwaway phone, is that what you said on cross?

19  A    Yes.

20  Q    Listening to the wire, were there some calls you heard

21  where a calling card was used?

22  A    Yes.

23  Q    Do you remember being asked questions about whether you

24  took fingerprints of various items?

25  A    Yes.

1  Q    Including items found in the trash, correct?

2  A    Correct.

3  Q    When you went through the trash, did you wear gloves?

4  A    I did.

5  Q    What kind of things did you find in the trash, generally?

6  What was it like?

7  A    Cat litter, rotten food, not -- you know, disgusting

8  things.

9  Q    Did that pose any problems in getting fingerprints?

10  A    Yes.

11        MR. YAEGER:  No further questions.

12        THE COURT:  Anything else, Mr. Gold?

13        MR. GOLD:  Briefly.  Thank you.

14  RECROSS-EXAMINATION

15  BY MR. GOLD:

16  Q    Inspector, you were just asked whether, regarding what

17  else was found when you went through the trash and you

18  delineated some of the quote disgusting stuff, was any of that

19  disgusting stuff on the Express labels that you have back in

20  your office that came from the post office?

21  A    I'm sure, yes.  I'm sure it was.

22  Q    The ones I am referring to now, the ones that you learned

23  after the search of the garbage determining that other -- six

24  other packages that went to Mike Slali's house, Exhibit 69,

25  those didn't come from the trash, right?

1  A    As far as I recall, I pulled these from the post office.

2  Q    Correct.

3         They didn't have any disgusting stuff on it,

4  correct?

5  A    Not the disgusting stuff that was in the garbage, no.

6  Q    They weren't submitted for fingerprint analysis, were

7  they?

8  A    They were not.

9  Q    Mr. Yaeger asked you whether you've spoken on the

10 telephone and conducted, as anyone else would, many

11 conversations over the telephone and you recognize the voices

12 of the people you are speaking with, words to that effect.

13        Do you remember -- do you recall him just asking you

14 something along those lines?

15 A    Yes.

16 Q    Can I ask you, have you ever picked up the telephone and

17 heard someone speak to you and called them by their wrong name

18 because you thought they were somebody else?

19 A    Has it happened, sure.  When I hear voices numerous times

20 I usually recognize them.  But can I say it hasn't happened?

21 No, I cannot say that.

22 Q    Have you ever spoken with Peter Liounis on the telephone?

23 A    No, not that I recall.

24 Q    So your identification is based on hearing him

25 face-to-face and then listening to the telephone calls,

Purnavel - redirect - Yaeger                    503

1  correct?

2  A    Correct.

3         MR. GOLD:  No further questions.

4         THE COURT:  Anything further?

5         MR. YAEGER:  Yes, Your Honor, very brief.

6  REDIRECT EXAMINATION

7  BY MR. YAEGER:

8  Q    Do you recall counsel just asking you questions about the

9  labels that you collected from the post office in the New Dorp

10 station?

11 A    Yes.

12 Q    When you collected those labels, not the ones in the

13 trash, were those labels that had been on packages that were

14 mailed?

15 A    Yes.

16 Q    When a package is mailed, does more than one person

17 handle the package?

18 A    Yes.  It is handled by many individuals.

19 Q    As it goes through the post office?

20 A    Correct.

21 Q    And then the letter carrier?

22 A    Correct.

23 Q    Could that create a problem for getting a good set of

24 fingerprints?

25 A    Yes, it can.

1          MR. YAEGER:  No further questions.

2          MR. GOLD:  From here, if I may.

3          THE COURT:  Go ahead.

4    RECROSS-EXAMINATION

5    BY MR. GOLD.

6    Q    Did you try?

7          THE COURT:  Excuse me?

8    Q    Did you try?

9          Did you send in and make an attempt to see whether a

10   fingerprint could be recovered?

11   A    No.

12         MR. GOLD:  Nothing further.

13         MR. YAEGER:  Nothing further.

14         THE COURT:  You are excused.

15         Thank you very much, inspector.

16         (Witness excused.)

17         (Continued on next page.)

18

19

20

21

22

23

24

25

Szwalek - direct - Yaeger                505

1           THE COURT:  Call your next witness, please.

2           MR. YAEGER:  The United States calls Special Agent

3    John Szwalek.

4    J O H N     S Z W A L E K,    J R.,

5           having been duly sworn, was examined and

6                testified as follows:

7           THE CLERK:  State your name and spell it for the

8    record.

9           THE WITNESS:  John Szwalek, Jr., S Z W A L E K.

10          THE COURT:  Please proceed.

11   DIRECT EXAMINATION

12   BY MR. YAEGER:

13   Q    Special Agent Szwalek, where do you work?

14   A    I work for the Department of Homeland Security,

15   Investigations.

16   Q    And how long have you worked for Homeland Security,

17   Mr. Szwalek?

18   A    Just over eight years.

19   Q    What are your responsibilities in your current position?

20   A    Right now, I investigate financial crimes, such as money

21   laundering, wire fraud, bank fraud.

22   Q    Let me direct your attention to March 2, 2012, please.

23   Were you conducting surveillance that day?

24   A    Yes.

25   Q    Where were you conducting surveillance?

Szwalek - direct - Yaeger                    506

1   A    I was conducting surveillance at 59 Genesee Avenue in

2   Staten Island, New York.

3   Q    Who were you watching?

4   A    The defendant Peter Liounis.

5   Q    Did you see anybody else that day at 59 Genesee?

6   A    Yes.  At the time, it was an unidentified male.

7   Q    How would you describe him?

8   A    Scruffy looking, almost looked like a homeless guy.

9   Q    What did you observe that day, March 2, 2012?

10  A    At approximately 11:00 clock, I observed a postal truck

11  parked on the corner of 59 Genesee Avenue.

12  Q    After the postal truck pulled up, what happened?

13  A    Shortly thereafter, the defendant Peter Liounis walked up

14  to the postal truck and began a conversation with the postman.

15  Q    Did he walk back into the house after that?

16  A    Yes.  Shortly thereafter, he walked back into the house,

17  and it looked like he was carrying something towards his

18  chest, like a package.

19  Q    When did you observe that unidentified male, or that man

20  unidentified at the time?

21  A    After the defendant Peter Liounis walked into the house.

22  Q    Did you later come to know the name of that man who was

23  unidentified at the time you saw him?

24  A    Yes.

25  Q    What is his name?

Szwalek - direct - Yaeger                507

1   A    Mike Slali.

2   Q    If you could turn, please, in the Redweld that I handed

3   to what has been marked for identification as Government's

4   Exhibit 74.  Do you have it?

5   A    Yes.

6   Q    Is there a series of photographs?

7   A    Yes.

8   Q    Are these photographs that you took?

9   A    Yes.

10  Q    Did you take them on March 2, 2012?

11  A    Yes.

12  Q    Is it from your surveillance?

13  A    Yes.

14  Q    Do they accurately depict what you saw outside 59 Genesee

15  Avenue on March 2, 2012?

16  A    Yes.

17           MR. YAEGER:  The government offers Exhibit 74.

18           MR. GOLD:  No objection.

19           THE COURT:  Received.

20           (So marked.)

21  Q    What is the vehicle here right in front of the house in

22  the picture that is Government's Exhibit 74, on the first

23  page?

24  A    That's a U.S. postal truck.

25  Q    What is the address of this building?

1    A    59 Genesee Avenue.

2    Q    I'm going to flip to the third page of Government's

3    Exhibit 74.  Feel free to look at the copies in front of you

4    if they are clearer.  This page has a Bates number on the

5    bottom that ends 56878.  Do you see a man in front of 59

6    Genesee?

7    A    Yes, in a gray sweatsuit.  It's Peter Liounis.

8    Q    I'm going to flip to, I think it is, the eighth picture,

9    and, in any event, it has a Bates number at the bottom

10   right-hand corner that ends in 56883.  Do you see it?

11   A    Yes.

12   Q    Where is the man standing now, the man you identified as

13   Peter Liounis?

14   A    He is standing on the porch of 59 Genesee Avenue.

15   Q    I'm going to flip two more pages, or actually the next

16   page.  This page ends in Bates number 56884.  And in this

17   picture, do you know where Mr. Liounis is?

18   A    Yes.  He's standing right next to the postal truck.  You

19   can see him through the parking shield.

20   Q    You were there that day.  Frankly, I'm not wearing my

21   glasses.  Regardless of what you see in this picture, is it

22   your testimony that you saw him walk down to the truck?

23   A    Yes.

24   Q    I'm now here at the picture that has a Bates number

25   ending 56886.  Is he still behind the truck?

Szwalek - direct - Yaeger                    509

1    A     Yes.

2    Q     By the time we get to the picture ending with the number

3    56889, where has Mr. Liounis moved?

4    A     He starts walking back to 59 Genesee Avenue.

5    Q     Now, showing the next picture, 56890 of Government's

6    Exhibit 74.  Here, in the picture ending with the numbers

7    56891, where is Mr. Liounis?

8    A     He's at the front door.

9    Q     What is he doing?

10   A     He's walking into 59 Genesee Avenue.

11   Q     Flipping a few pictures ahead.  Now, I see a later

12   picture.  This is still in Government's Exhibit 74, and Bates

13   number ending 56893.  Who is the man standing on the porch?

14   A     At the time, he was unidentified, but later on, we

15   identified him as Mike Slali.

16   Q     If you could look now at Government's Exhibit 69, please,

17   which is already in evidence.  If you look at the first page

18   of Government's Exhibit 69, Express Mail, what is the date

19   this package was received, the label on the first page of

20   Government's Exhibit 69?

21   A     March 2.

22   Q     The same day as the surveillance?

23   A     Yes.

24   Q     What is the listed time here?

25   A     11:15 a.m.

                    Szwalek - cross - Gold                    510

1   Q     Is that during the period that you were surveilling?

2   A     Yes.

3   Q     What is the address of the package?  What's the address

4   to which the package was being sent?

5   A     It was being sent to 59 Genesee, Staten Island,

6   New York 10308

7   Q     Who is the person to whom it was addressed?

8   A     It was addressed to Mike Slali.

9   Q     What's the first name of the person sending it?

10  A     Alex.

11  Q     Who did you see pick up what appeared to be a package

12  from the mail truck at approximately 11:15 a.m. on March 2,

13  2012?

14  A     Peter Liounis.

15        MR. YAEGER:  No further questions.

16        THE COURT:  Mr. Gold.

17  CROSS-EXAMINATION

18  BY MR. GOLD:

19  Q     Good afternoon, agent.

20  A     Good afternoon.

21  Q     Did you make any notes or reports in connection with this

22  surveillance?

23  A     Yes.  I have handwritten notes.

24        MR. GOLD:  May I have one moment, your Honor?

25        THE COURT:  Yes.

Szwalek - cross - Gold                                       511

1              (Pause.)

2    Q    Do you know where those notes are?

3    A    Actually, I have a copy of them, if you need them.

4    Q    Have you ever turned them over to Mr. Yaeger?

5    A    Yes.

6    Q    Or Mr. Lerer?

7    A    Hmm.

8    Q    When was that?

9    A    That was at the time of discovery, when I was asked to

10   turn them over.

11   Q    About how long ago, do you remember, approximately?

12   A    I couldn't give a definite time.  At least a year and a

13   half ago.

14            MR. GOLD:  Your Honor, may I approach and obtain

15   that record?

16            THE COURT:  Sure.

17            MR. GOLD:  Thank you, your Honor.

18            MR. GOLD:  Your Honor, can I get a minute?  Thank

19   you.

20            (Pause.)

21            MR. GOLD:  Thank you, your Honor.

22   Q    Agent, you indicated at approximately 11:15, you observed

23   Mr. Liounis approach the mail truck; correct?

24   A    I think it was a couple of minutes before.

25   Q    A couple of minutes before?

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Szwalek - cross - Gold                    512

1   A    Yes.

2   Q    And how long was he standing at the mail truck, if you

3   recall?

4   A    For several minutes.

5   Q    Could you observe what was happening while he was

6   standing there?

7   A    My view was partially blocked, but I observed him talking

8   to the postal truck.

9   Q    I'm sorry.  I didn't hear the last part.

10  A    I observed him walking to the postal truck.

11  Q    Correct.  But what I am asking you is, when he arrived at

12  the postal truck, could you see what he was doing?

13  A    No.

14  Q    Could you see what the postal carrier was doing?

15  A    No.

16  Q    And after a couple of minutes of standing at that truck,

17  you observed him walking away; correct?

18  A    Yes.

19  Q    When I say "away," back towards the residence?

20  A    Yes.

21  Q    He was not walking backwards, he was walking face

22  forward; correct?

23  A    Yes.

24  Q    So, you saw his back?

25  A    Yes.

Szwalek - cross - Gold                          513

1   Q    Did he turn around at any point between the time he

2   walked away from the postal truck until the time he got back

3   into the residence?

4   A    He turned around at some point, because he was facing the

5   postal truck.  So, he turned and walked toward --

6   Q    And -- I'm sorry.  I didn't mean to interrupt.

7   A    Yes.

8   Q    From the time he turned around after standing at the

9   postal truck and walked back to the house, did he go straight

10  back into his residence?

11  A    Yes, he went back into his residence.

12  Q    As he was walking to his residence, the only view you had

13  of him was his back; correct?

14  A    And another side profile of him walking in.

15  Q    Could you observe what he was holding in his hands?

16  A    I observed him holding something to the chest.

17  Q    Could you identify what that something was?

18  A    No.

19  Q    After Mr. Liounis entered the residence, Mr. Slali came

20  out of the house; correct?

21  A    Yes.

22  Q    And at that point, I believe you indicated he was

23  unidentified, you folks didn't know who he was at that time;

24  correct?

25  A    Yes.

Szwalek - cross - Gold                    514

1   Q    Was he the focus of your investigation at that time?

2   A    No.

3   Q    Was he a person of interest to the investigation at that

4   time?  Mr. Slali, I'm talking about.

5   A    Not to my knowledge.

6   Q    And then Mr. Slali walked to the same postal truck that

7   Mr. Liounis had a few moments before; correct?

8   A    No.

9   Q    He just stood on the porch; is that right?

10  A    Yes.

11  Q    Okay.  How long after that -- and you took a photograph

12  of that; correct?

13  A    I'm sorry.  A photograph of what?

14  Q    Of Mr. Slali while he was outside the residence; correct?

15  A    Yes.

16  Q    How long after that photo was taken did your surveillance

17  end?

18  A    The surveillance at 59 Genesee?

19  Q    Yes.

20  A    I would have to take a look at my notes.  I believe

21  approximately --

22  Q    It's okay.  Don't guess.

23  A    I have here at 1155 hours, which would be 11:15 a.m., he

24  got into his Mercedes.

25  Q    That would be Mr. Liounis?

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

                    Szwalek - redirect - Yaeger            515

1   A    Yes.

2            MR. GOLD:  I have no further questions.  Thank you.

3            THE COURT:  Anything further?

4            MR. YAEGER:  Yes, your Honor.

5   REDIRECT EXAMINATION

6   BY MR. YAEGER:

7   Q    Special Agent Szwalek, do you recall being asked by

8   defense counsel about what the defendant was holding when he

9   went back in the house?

10  A    Yes.

11  Q    Was he holding something to his chest when he walked to

12  the truck in the first place?

13  A    No.  He was empty-handed.

14  Q    Then when he arrived at the truck, how long did he stay

15  there?

16  A    He stayed at the truck --

17  Q    Approximately?

18  A    Approximately a good three minutes, three or four

19  minutes.

20  Q    When he went back in from the truck to the house, that's

21  when you observed him holding something to his chest?

22  A    Yes.

23            MR. YAEGER:  No further questions.

24            THE COURT:  All right.  If there's nothing further,

25  you are excused.

                ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Szwalek - recross - Gold                      516

1          MR. GOLD:  Your Honor, one more thing, if I may?

2          THE COURT:  I'm sorry.

3    RECROSS-EXAMINATION

4    BY MR. GOLD:

5    Q    Did you at any time speak with the postal carrier who was

6    in the truck at that time, to see what, if anything, he had

7    given to Mr. Liounis?

8    A    Myself?

9    Q    You or any other agent.

10   A    I can only speak for myself.  I did not speak to the

11   postal carrier.

12         MR. GOLD:  Thank you.

13         THE COURT:  Thank you.

14         You are excused.  Thank you very much.

15         (Witness excused.)

16         THE COURT:  Call your next witness, please.

17         MR. YAEGER:  The United States calls Special Agent

18   Brian Parkhill.

19         I'm afraid he's not here yet, your Honor.  He's been

20   detained.

21         THE COURT:  Do you have another witness, or is he

22   your last witness?

23         MR. YAEGER:  He's our last witness for today, your

24   Honor.

25         THE COURT:  Is he in the courthouse?

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Szwalek - recross - Gold                    517

1          MR. LERER:  Your Honor, I will inquire as to where

2    he is on the telephone.

3          THE COURT:  Why don't we take a brief recess, then.

4          We'll take a brief recess.

5          (Jury excused.)

6          THE COURT:  We'll recess for about five or ten

7    minutes.

8          MR. GOLD:  Your Honor, if I may, when we come back,

9    if I could recall Agent Purnavel for one question which I

10   neglected to ask?

11         THE COURT:  Sure.

12         MR. GOLD:  Thank you, your Honor.

13         (Recess taken.)

14         (In open court.)

15         THE COURT:  Have you been able to contact Agent

16   Parkhill.

17         MR. LERER:  Your Honor, he is not close by.

18         THE COURT:  All right.  Then we'll recess for the

19   day.

20         MR. GOLD:  If we could just recall Agent Purnavel,

21   your Honor?

22         THE COURT:  Surely.

23         (Pause.)

24         (Jury present.)

25         THE COURT:  Inspector Purnavel has been recalled.

Szwalek - recross - Gold                    518

1   Mr. Gold would like to ask her another question or two.

2   M I C H E L L E     P U R N A V E L,

3       called as a witness, having been previously duly

4       sworn, was examined and testified as follows:

5

6           MR. GOLD:  Thank you, your Honor.

7   RECROSS-EXAMINATION

8   BY MR. GOLD:

9   Q    Good afternoon, again.

10  A    Good afternoon.

11  Q    Just to be clear, when you and -- when agents searched

12  Mr. Liounis's residence at 59 Genesee on April 18, that was

13  pursuant to a search warrant; correct?

14  A    Correct.

15  Q    And that warrant was issued by a judge in this

16  courthouse?

17  A    Correct.

18  Q    And it was based on information that was presented to

19  that judge, indicating that there was probable cause to

20  believe that evidence of a crime would be found inside that

21  house; correct?

22  A    Correct.

23  Q    And so, when Mr. Yaeger asked you on redirect examination

24  how long it had been since Grayson Hewitt had shut down before

25  the search actually took place, you indicated it was about

1  three weeks or a month?

2  A    Yes.  I said that it shut down in February, about.

3  Q    The end of February?

4  A    Correct.

5  Q    And the search was April 18?

6  A    Correct.

7  Q    And so, in answer to that question, when I was asking you

8  on cross-examination whether certain items, any items relating

9  to Grayson Hewitt, were found in the residence, Mr. Yaeger

10 then asked you how long it had been since Grayson Hewitt shut

11 down; do you recall that sequence of questioning?

12 A    Yes.

13 Q    My question to you is:  If you didn't think that evidence

14 of Grayson Hewitt was going to be found on April 18, why did

15 you go and search the house?

16            MR. YAEGER:  Objection.

17            THE COURT:  Sustained.

18 Q    At the time that you and agents searched the house, were

19 you expecting to find evidence of the Grayson Hewitt fraud?

20            MR. YAEGER:  Objection.

21            THE COURT:  Sustained.

22            MR. GOLD:  Nothing further.

23            MR. YAEGER:  No questions, your Honor.

24            THE COURT:  You are excused.

25            (Witness excused.)

520

1        THE COURT:  You don't have another witness; is that

2   right?

3        MR. YAEGER:  We do not.

4        THE COURT:  So, we're going to recess for the day.

5   And I have some good news for you.  I think the trial will be

6   over early next week.  So, the ability of lawyers to predict

7   time -- sometimes they are a little short.  Sometimes they are

8   a little long.  They are getting through a little bit quicker

9   than they had predicted.  We'll be finished early next week,

10  hopefully.

11       See you tomorrow at 10:00 o'clock.  Keep up that

12  wonderful record for promptness.  I'll see that you get a

13  certificate.  Please don't discuss the case at all.

14       (Jury excused.)

15       THE COURT:  All right.  Did you want to discuss

16  scheduling for tomorrow?

17       MR. LERER:  Yes, your Honor.  I don't think we're

18  going to have a full day tomorrow, either, and our other

19  witnesses are primarily from out of town and not here yet.

20  It's likely around a half day tomorrow and around a half day

21  on Monday.

22       THE COURT:  Okay.

23       MR. GOLD:  Tomorrow, it's the two other victims and

24  anyone else?

25       MR. YAEGER:  Sure.  We'll tell you all the names.

521

1    We expect Ronnie Loach.

2              MR. LERER:  Postal employee.

3              MR. GOLD:  Okay.

4              MR. YAEGER:  Dennis Lamantia.

5              MR. LERER:  Victim.

6              MR. YAEGER:  Renald Anelle.

7              MR. LERER:  Mark Leonidov, manager of the mail drop.

8              MR. YAEGER:  And Bryan Parkhill, also an agent.

9              MR. GOLD:  Thank you.

10             THE COURT:  Okay.  See you tomorrow at 10:00

11   o'clock.

12             We're recessed until 10:00 o'clock tomorrow morning.

13             (Case adjourned to Thursday, January 30, 2014

14   at 9:30 a.m.)

15

16

17

18

19

20

21

22

23

24

25

522

```
1                    I N D E X

2

3    W I T N E S S E S :

4

5    Eduardo Orellana

6    DIRECT EXAMINATION                    399

7    CROSS-EXAMINATION                     419

8                                          435

9    E D W I N   M O L D R E M

10   DIRECT EXAMINATION                    436

11                                         448

12   M I C H E L L E   P U R N A V E L

13   DIRECT EXAMINATION                    448

14   CROSS-EXAMINATION                     485

15   REDIRECT EXAMINATION                  498

16   RECROSS-EXAMINATION                   501

17   REDIRECT EXAMINATION                  503

18   RECROSS-EXAMINATION                   504

19                                         505

20   J O H N   S Z W A L E K ,   J R .

21   DIRECT EXAMINATION                    505

22   CROSS-EXAMINATION                     510

23   REDIRECT EXAMINATION                  515

24   RECROSS-EXAMINATION                   516

25                                         518
```

GR     OCR     CM     CRR     CSR

523

1   M I C H E L L E    P U R N A V E L

2   RECROSS-EXAMINATION                                      518

3

4

5   E X H I B I T S:

6

7   65-A, B and C                                            407

8   86                                                       439

9   87                                                       443

10  S-1, S-2 and S-3, along with Government's Exhibit        447

11  67

12  111                                                      462

13  69                                                       466

14  70                                                       470

15  71                                                       472

16  72                                                       473

17  73                                                       476

18  102                                                      477

19  68                                                       479

20  74                                                       507

21

22

23

24

25

GR        OCR        CM        CRR        CSR

1

## $

**$100** [2] - 475:19, 475:25
**$3,400** [2] - 475:19, 493:1
**$33,200** [1] - 480:20
**$5,000** [2] - 481:13, 481:19

## 1

**1** [7] - 447:11, 447:21, 453:11, 453:17, 454:1
**10** [2] - 415:4, 417:14
**10016** [1] - 468:13
**10118** [1] - 392:21
**102** [9] - 427:15, 427:16, 476:18, 476:19, 476:22, 476:24, 477:7, 477:15, 523:18
**10308** [2] - 467:3, 510:6
**1049** [1] - 417:14
**1059** [3] - 446:19, 446:22, 447:15
**1060** [1] - 417:17
**10:00** [4] - 392:9, 520:11, 521:10, 521:12
**10th** [1] - 414:25
**11** [1] - 416:7
**111** [5] - 458:6, 458:16, 462:23, 463:6, 523:12
**11229** [3] - 468:1, 468:5, 468:25
**114** [1] - 450:6
**1146** [1] - 418:7
**1147** [1] - 468:5
**1155** [1] - 514:23
**1172** [1] - 418:11
**1186** [1] - 429:5
**11:00** [1] - 506:10
**11:15** [4] - 509:25, 510:12, 511:22, 514:23
**12** [2] - 416:15, 463:7
**12-350** [1] - 392:4
**1204** [10] - 406:6, 406:11, 406:13, 411:7, 412:7, 412:17, 446:18, 446:22, 447:4, 447:14
**1215** [1] - 447:4
**13** [3] - 417:17, 453:11, 453:17
**1308** [1] - 418:14
**1317** [1] - 418:18
**132** [1] - 429:20
**15** [3] - 421:4, 457:20, 482:11
**1560** [1] - 468:1
**15th** [1] - 468:1
**16** [3] - 418:7, 421:22, 422:12
**1640** [1] - 474:4
**16th** [3] - 468:5, 474:4, 493:19
**17** [1] - 418:11
**18** [6] - 416:18, 424:5, 456:20, 518:12, 519:5, 519:14
**1801** [1] - 468:25
**18th** [1] - 488:24

## 1972 / 1999
**1972** [2] - 477:17, 477:22
**1999** [1] - 401:25

## 2

**2** [10] - 417:11, 463:7, 482:15, 505:22, 506:9, 507:10, 507:15, 509:21, 510:12
**20** [13] - 404:18, 405:2, 415:15, 415:17, 416:2, 416:5, 416:6, 418:17, 419:9, 419:11, 419:12, 453:17, 457:20
**200** [1] - 447:18
**2009** [2] - 436:23, 437:7
**2010** [22] - 401:25, 421:20, 422:17, 423:13, 424:3, 425:2, 425:10, 437:21, 439:7, 439:8, 440:19, 441:4, 441:14, 442:14, 442:21, 443:1, 443:18, 444:2, 444:11, 444:19, 447:11, 453:24
**2011** [4] - 456:7, 464:9, 478:20, 488:6
**2012** [33] - 414:25, 415:3, 415:4, 415:5, 416:7, 416:15, 416:18, 416:21, 416:24, 417:2, 417:8, 417:11, 417:14, 417:17, 418:7, 418:11, 418:14, 418:18, 451:21, 452:4, 456:8, 456:20, 464:9, 465:7, 472:6, 488:7, 488:24, 500:8, 505:22, 506:9, 507:10, 507:15, 510:13
**2014** [2] - 392:9, 521:13
**22** [6] - 425:3, 425:10, 443:1, 443:18, 444:2, 444:10
**225** [1] - 392:23
**22nd** [5] - 469:10, 492:13, 492:19, 492:20, 492:21
**23** [3] - 415:5, 418:14, 418:18
**23rd** [1] - 415:3
**24** [2] - 416:21, 416:24
**242** [1] - 454:11
**25** [1] - 478:20
**26** [9] - 417:2, 417:8, 423:13, 424:3, 425:2, 439:7, 441:14, 442:14, 453:24
**26th** [1] - 423:13
**27** [1] - 447:13
**271** [1] - 392:18
**28** [5] - 425:11, 425:21, 443:18, 444:18, 447:11
**280** [1] - 494:14
**29** [2] - 392:9, 396:7
**290** [2] - 494:14, 494:15
**290-5967** [1] - 494:16
**2:00** [1] - 483:21

## 3

**3/2** [3] - 495:3, 495:4, 495:6
**3/7** [2] - 494:13, 495:1
**30** [5] - 421:20, 439:7, 440:18, 441:4, 521:13
**3082** [1] - 480:8
**30th** [3] - 422:10, 422:15, 423:11
**31** [1] - 394:11

**345** [1] - 468:13
**347** [1] - 495:7
**347-453-1874** [1] - 495:9
**347-465-0606** [2] - 411:5, 414:24
**350** [1] - 392:20
**37th** [1] - 468:13
**399** [1] - 522:6

## 4

**404(b** [3] - 395:6, 430:18, 430:19
**407** [1] - 523:7
**41** [1] - 423:15
**419** [1] - 522:7
**431** [1] - 416:6
**435** [1] - 522:8
**436** [1] - 522:10
**439** [1] - 523:8
**44** [3] - 424:6, 447:3, 447:5
**443** [1] - 523:9
**447** [1] - 523:10
**448** [2] - 522:11, 522:13
**46** [1] - 454:1
**462** [1] - 523:12
**466** [1] - 523:13
**470** [1] - 523:14
**472** [1] - 523:15
**473** [1] - 523:16
**476** [1] - 523:17
**477** [1] - 523:18
**479** [1] - 523:19
**485** [1] - 522:14
**490** [1] - 416:15
**498** [1] - 522:15

## 5

**50** [1] - 463:8
**5000** [1] - 481:19
**501** [1] - 522:16
**503** [1] - 522:17
**504** [1] - 522:18
**505** [2] - 522:19, 522:21
**507** [1] - 523:20
**51** [2] - 480:12, 481:7
**510** [1] - 522:22
**51466** [1] - 471:17
**515** [1] - 522:23
**516** [1] - 522:24
**518** [2] - 522:25, 523:2
**534** [2] - 415:13, 415:14
**55** [1] - 481:24
**565** [1] - 429:15
**566** [5] - 410:20, 411:1, 411:6, 411:22, 411:25
**56878** [1] - 508:5
**56883** [1] - 508:10
**56884** [1] - 508:16

**56886** [1] - 508:25
**56889** [1] - 509:3
**56890** [1] - 509:5
**56891** [1] - 509:7
**56893** [1] - 509:13
**59** [39] - 406:5, 406:16, 406:18, 413:1, 414:10, 414:12, 418:22, 452:2, 456:4, 456:7, 456:16, 464:10, 465:14, 465:22, 467:3, 472:3, 472:17, 476:14, 477:20, 487:6, 487:15, 488:2, 489:1, 492:22, 493:16, 496:5, 497:23, 506:1, 506:5, 506:11, 507:14, 508:1, 508:5, 508:14, 509:4, 509:10, 510:5, 514:18, 518:12
**598** [1] - 416:18
**5K** [2] - 481:17, 481:18

**6**

**6** [1] - 424:5
**613-2538** [1] - 392:24
**62.50** [2] - 481:22, 482:4
**64** [3] - 404:4, 404:8, 405:3
**65** [2] - 405:24, 410:13
**65-A** [5] - 407:6, 410:14, 411:11, 411:12, 523:7
**65-B** [4] - 406:8, 410:6, 410:15
**65-C** [5] - 406:15, 412:19, 413:4, 416:11, 416:13
**67** [11] - 447:21, 447:25, 449:18, 449:20, 449:25, 452:11, 453:3, 453:10, 453:16, 499:2, 523:11
**68** [10] - 478:19, 479:6, 479:8, 479:13, 480:21, 481:14, 481:21, 482:6, 487:9, 523:19
**69** [18] - 465:15, 465:24, 466:15, 467:14, 468:8, 468:18, 468:19, 469:6, 469:17, 471:13, 471:24, 474:6, 493:12, 501:24, 509:16, 509:18, 509:20, 523:13
**6th** [1] - 493:19

**7**

**7** [1] - 405:5
**7-0** [1] - 470:6
**7/30** [1] - 422:8
**70** [7] - 470:6, 470:9, 470:14, 470:22, 471:7, 471:22, 523:14
**702** [1] - 402:11
**71** [10] - 472:7, 472:9, 472:21, 473:4, 473:22, 473:23, 474:10, 474:23, 474:24, 523:15
**718** [3] - 392:24, 494:14, 495:22
**718-290-5967** [2] - 467:5, 474:16
**72** [3] - 473:12, 473:18, 523:16
**729** [1] - 416:21
**73** [4] - 475:20, 475:24, 476:5, 523:17
**74** [7] - 507:4, 507:17, 507:22, 508:3, 509:6, 509:12, 523:20

**74th** [1] - 447:4
**764** [1] - 416:24
**796** [1] - 417:2

**8**

**8** [2] - 477:17, 477:22
**8-26** [1] - 433:5
**8-26-2010** [1] - 433:2
**8-A** [2] - 405:6, 405:14
**8-B** [1] - 405:14
**8-C** [1] - 405:14
**8100** [1] - 446:23
**81000717** [1] - 447:2
**816** [1] - 417:8
**826** [1] - 432:20
**848** [1] - 429:19
**86** [6] - 438:19, 439:1, 439:5, 439:12, 453:22, 523:8
**867** [1] - 429:16
**87** [3] - 443:8, 443:22, 523:9
**892** [1] - 417:20
**893** [18] - 413:10, 416:9, 416:17, 416:20, 416:23, 417:1, 417:7, 417:10, 417:13, 417:16, 417:21, 418:9, 418:10, 418:13, 418:16, 418:20, 418:24
**893-1** [3] - 406:20, 414:13, 415:6
**893-6** [1] - 416:11
**895** [1] - 429:5

**9**

**9** [1] - 453:11
**916-765-3052** [1] - 480:4
**961** [1] - 417:11
**9:30** [1] - 521:14

**A**

**a.m** [5] - 392:9, 509:25, 510:12, 514:23, 521:14
**ability** [1] - 520:6
**able** [8] - 393:17, 394:12, 396:5, 403:10, 405:22, 413:23, 461:14, 517:15
**absence** [4] - 393:1, 395:8, 421:7, 484:2
**absolutely** [2] - 409:14, 434:15
**accent** [1] - 444:16
**accept** [1] - 488:5
**accepted** [1] - 493:8
**Access** [1] - 409:6
**account** [10] - 446:23, 447:2, 447:12, 481:8, 490:14, 490:16, 490:22, 491:5, 491:7, 491:9, 491:11
**accounts** [1] - 490:14
**accurately** [7] - 406:1, 439:5, 443:16, 458:13, 472:13, 476:3, 507:14
**act** [1] - 440:5

**activities** [1] - 496:19
**acts** [2] - 428:13, 430:20
**actual** [1] - 398:12
**add** [1] - 427:4
**addition** [2] - 415:15, 427:22
**additional** [6] - 427:12, 432:19, 432:20, 432:23, 433:23, 434:4
**address** [18] - 393:5, 420:11, 421:5, 434:21, 467:2, 467:24, 468:3, 468:10, 468:24, 469:1, 474:4, 474:9, 476:13, 476:15, 477:19, 507:25, 510:3
**addressed** [8] - 469:11, 469:13, 472:16, 493:1, 493:16, 494:25, 510:7, 510:8
**addresses** [3] - 468:14, 469:4, 474:5
**adequately** [1] - 395:21
**adjourned** [1] - 521:13
**admissibility** [2] - 430:6, 459:18
**admissible** [3] - 396:10, 429:13, 430:19
**admission** [3] - 429:6, 429:16, 429:21
**admitted** [3] - 430:10, 449:18, 497:21
**affect** [1] - 421:5
**afoul** [1] - 435:2
**afraid** [1] - 516:19
**afternoon** [9] - 483:5, 483:9, 483:17, 485:3, 485:4, 510:19, 510:20, 518:9, 518:10
**agent** [8] - 449:9, 459:23, 461:1, 497:6, 510:19, 511:22, 516:9, 521:8
**Agent** [12] - 457:18, 461:17, 464:6, 483:12, 483:15, 505:2, 505:13, 515:7, 516:17, 517:9, 517:15, 517:20
**agents** [17] - 459:7, 488:1, 488:9, 488:20, 489:22, 493:4, 493:6, 494:19, 495:24, 496:4, 496:8, 496:11, 496:23, 496:25, 497:3, 518:11, 519:18
**ages** [1] - 436:14
**ago** [3] - 429:3, 511:11, 511:13
**agree** [2] - 446:8, 496:19
**agreed** [5] - 446:10, 446:12, 446:16, 447:9, 447:19
**agrees** [2] - 434:20, 499:3
**ahead** [10] - 403:24, 423:23, 435:6, 440:16, 442:1, 455:17, 460:14, 484:19, 504:3, 509:11
**aided** [1] - 392:25
**Alcatel** [1] - 401:15
**Alcatel-Lucent** [1] - 401:15
**alert** [1] - 430:8
**Alex** [16] - 466:24, 467:20, 467:22, 467:24, 468:3, 468:9, 468:10, 468:20, 468:24, 469:3, 471:21, 474:3, 474:8, 495:18, 510:10
**aliases** [3] - 426:3, 426:24, 429:2
**allay** [1] - 461:14
**alleged** [2] - 426:24, 432:7
**allow** [2] - 405:18, 460:16
**allowed** [1] - 460:9
**allowing** [2] - 459:14

**almost** [1] - 506:8
**alternative** [1] - 395:22
**alternatives** [1] - 395:23
**amended** [1] - 427:1
**AMERICA** [1] - 392:4
**amount** [7] - 397:9, 432:4, 470:21, 482:3, 482:5, 491:4, 492:25
**amply** [1] - 395:21
**Ana** [1] - 447:4
**analysis** [5] - 486:23, 487:16, 494:9, 496:1, 502:6
**analyze** [1] - 400:8
**analyzed** [1] - 401:12
**Anderson** [17] - 395:13, 450:9, 451:2, 456:22, 460:3, 462:12, 463:22, 464:7, 485:11, 485:13, 490:4, 497:1, 497:4, 497:12, 499:5, 499:20, 500:10
**Andrew** [5] - 425:16, 442:18, 442:19, 443:18, 444:8
**Anelle** [6] - 481:6, 481:9, 481:12, 481:25, 482:2, 521:6
**Annelle** [1] - 481:1
**Annelle's** [2] - 481:15, 481:20
**answer** [3] - 394:7, 419:24, 519:7
**answered** [1] - 395:21
**answering** [1] - 418:18
**antenna** [3] - 407:19, 413:11, 413:13
**Antenna** [2] - 413:16, 413:17
**anticipate** [11] - 398:8, 421:20, 423:12, 423:25, 425:1, 425:3, 425:9, 425:12, 425:15, 425:20, 431:20
**anticipated** [2] - 395:1, 396:3
**Apartment** [2] - 446:19, 446:22
**APC** [5] - 469:21, 469:25, 470:3, 470:16, 470:20
**apologies** [1] - 443:5
**apologize** [2] - 396:18, 445:3
**appearance** [2] - 451:20, 452:3
**appearances** [2] - 449:13, 451:19
**APPEARANCES** [1] - 392:14
**appeared** [2] - 485:25, 510:11
**Apple** [1] - 409:8
**applicant** [1] - 478:8
**application** [4] - 427:17, 447:12, 476:25, 477:13
**appreciate** [2] - 413:22, 430:7, 480:10
**approach** [4] - 454:21, 458:18, 511:14, 511:23
**appropriate** [2] - 446:11, 455:14
**approximate** [1] - 488:7
**April** [7] - 451:21, 452:3, 456:20, 488:24, 518:12, 519:5, 519:14
**area** [22] - 400:24, 407:15, 408:17, 408:24, 408:25, 409:13, 410:13, 410:15, 410:16, 410:17, 411:25, 412:3, 412:13, 412:22, 413:25, 414:1, 414:2, 414:9, 430:16, 432:6, 457:4, 466:8
**areas** [3] - 402:4, 411:13, 411:17
**arguing** [1] - 434:21

**argument** [2] - 428:2, 430:11
**arranged** [1] - 422:4
**arrest** [2] - 499:25, 500:4
**arrested** [3] - 467:9, 474:21, 495:16
**arrived** [3] - 394:20, 512:11, 515:14
**assigned** [1] - 449:1
**assignment** [1] - 448:25
**Assistant** [1] - 392:17
**associated** [1] - 428:14
**assume** [5] - 395:7, 395:10, 395:17, 432:3, 433:22
**assuming** [1] - 393:20
**AT&T** [1] - 401:17
**attempt** [1] - 504:9
**attempting** [2] - 433:23, 463:21
**attempts** [1] - 477:21
**attended** [1] - 451:19
**attention** [8] - 414:18, 429:2, 456:3, 478:19, 478:20, 483:1, 493:11, 505:22
**Attorney** [1] - 392:16
**attorney** [1] - 394:12
**attorneys** [5] - 446:18, 447:7, 447:16, 447:20, 447:23
**Attorneys** [1] - 392:17
**audio** [9] - 450:5, 453:12, 453:18, 454:3, 454:10, 454:19, 464:2
**Audio** [4] - 454:3, 454:10, 454:19, 464:2
**August** [8] - 423:13, 424:3, 425:2, 439:7, 441:14, 442:14, 453:24
**authorization** [2] - 447:12, 472:19
**Automated** [1] - 469:22
**automated** [1] - 470:4
**available** [1] - 469:22
**Avenue** [32] - 392:20, 406:5, 406:6, 406:11, 406:13, 406:16, 406:18, 411:7, 412:7, 412:17, 413:1, 414:10, 414:12, 418:22, 446:19, 446:22, 447:4, 447:14, 452:2, 468:25, 487:7, 487:15, 488:2, 489:1, 496:6, 506:1, 506:11, 507:15, 508:1, 508:14, 509:4, 509:10
**aware** [5] - 489:21, 489:23, 490:13, 490:18, 495:25

**B**

**background** [5] - 395:16, 403:6, 403:18, 403:21, 461:21
**backwards** [1] - 512:21
**bad** [2] - 428:13, 430:20
**balances** [2] - 490:22, 491:7
**Bank** [1] - 442:18
**bank** [2] - 490:19, 505:21
**banks** [1] - 490:16
**bar** [6] - 454:22, 455:1, 455:18, 459:1, 462:24, 487:2
**bare** [2] - 397:7
**barge** [2] - 462:5, 464:3
**based** [6] - 394:8, 403:21, 407:16,

412:5, 502:24, 518:18
**basic** [1] - 455:15
**basis** [2] - 395:15, 398:2
**Bates** [6] - 471:17, 508:4, 508:9, 508:16, 508:24, 509:12
**Bay** [1] - 410:16
**bear** [1] - 445:21
**bearing** [2] - 467:10, 474:21
**bears** [1] - 471:17
**BEFORE** [1] - 392:12
**began** [1] - 506:14
**beginning** [8] - 421:21, 422:11, 423:14, 441:15, 443:2, 444:10, 453:25, 465:8
**behave** [2] - 439:21, 440:4
**behavior** [1] - 455:14
**behind** [4] - 440:11, 463:11, 463:24, 508:25
**belabor** [1] - 434:18
**belongs** [1] - 447:3
**below** [1] - 494:25
**beneath** [4] - 467:2, 477:18, 480:24, 481:20
**benefit** [1] - 457:2
**best** [3] - 393:15, 407:17, 409:7
**better** [1] - 418:5
**between** [13] - 415:4, 439:6, 443:17, 446:17, 447:9, 447:19, 453:22, 456:7, 459:6, 464:9, 475:15, 479:25, 513:1
**beyond** [5] - 393:10, 396:7, 413:24, 427:13, 430:9, 430:13
**bigger** [1] - 453:16
**bill** [3] - 447:3, 447:5, 447:6
**bills** [2] - 475:19, 475:25
**binder** [13] - 422:3, 422:4, 423:14, 440:10, 440:18, 441:14, 443:1, 449:21, 450:14, 450:17, 463:9, 463:11, 465:16
**birth** [4] - 427:18, 477:16, 477:21, 477:22
**birthday** [1] - 478:1
**bit** [7] - 397:18, 400:19, 410:23, 415:17, 455:14, 461:12, 520:8
**Black** [5] - 425:16, 442:18, 442:20, 443:18, 444:8
**black** [2] - 428:8, 444:22
**block** [5] - 400:23, 412:14, 414:14, 420:10, 464:19
**blocked** [1] - 512:7
**blocking** [1] - 417:4
**blocks** [2] - 414:7, 420:8
**blue** [6] - 411:16, 411:18, 412:1, 412:2, 412:23, 414:4, 440:11
**bomb** [1] - 429:17
**bones** [2] - 397:7
**book** [1] - 487:10
**Boris** [2] - 491:19, 492:2
**bottom** [12] - 406:8, 406:25, 412:1, 414:18, 433:15, 468:18, 468:19, 473:3, 473:4, 487:18, 508:5, 508:9

**brain** [1] - 403:8
**break** [3] - 394:14, 459:20, 491:23
**Brian** [1] - 516:18
**brief** [4] - 425:25, 503:5, 517:3, 517:4
**briefly** [5] - 394:25, 405:14, 419:2, 419:7, 501:13
**bring** [1] - 464:25, 480:9
**Brooklyn** [19] - 392:7, 392:18, 392:23, 402:5, 406:2, 406:6, 410:17, 411:14, 411:16, 411:23, 446:19, 446:22, 447:15, 457:6, 458:2, 468:1, 468:5, 468:25, 474:5
**Bryan** [1] - 521:8
**building** [3] - 413:23, 428:1, 507:25
**buildings** [1] - 412:14
**burden** [1] - 396:8
**busy** [1] - 437:10
**buying** [2] - 457:5, 470:17
**BY** [23] - 392:16, 399:17, 404:2, 419:4, 436:5, 440:9, 440:22, 441:8, 448:18, 451:5, 453:1, 456:2, 463:4, 485:2, 498:19, 501:15, 503:7, 504:5, 505:12, 510:18, 515:6, 516:4, 518:8

**C**

**Cadman** [2] - 392:18, 392:23
**California** [1] - 436:9
**caller** [3] - 429:14, 431:1, 431:6
**camera** [1] - 405:11
**Canada** [1] - 447:14
**cannot** [3] - 460:6, 460:8, 502:21
**capable** [1] - 402:21
**car** [1] - 418:2
**card** [2] - 457:3, 500:21
**care** [1] - 431:19
**career** [1] - 461:22
**carefully** [3] - 403:9, 403:11, 403:13
**carelessly** [1] - 403:13
**carrier** [5] - 409:8, 503:21, 512:14, 516:5, 516:11
**carry** [1] - 396:8
**carrying** [2] - 498:5, 506:17
**case** [23] - 393:21, 393:25, 394:4, 394:8, 394:13, 396:6, 400:8, 401:12, 410:18, 428:23, 429:10, 429:20, 431:15, 449:9, 482:16, 488:20, 496:8, 496:10, 496:20, 520:13, 521:13
**cases** [1] - 449:3
**cash** [6] - 475:14, 475:15, 475:17, 476:3, 476:13, 490:11
**cat** [1] - 501:7
**catch** [2] - 483:6, 497:9
**CDMA** [7] - 401:7, 401:11, 408:23, 409:4, 409:8, 409:14
**cell** [76] - 397:15, 400:8, 400:12, 400:13, 400:14, 400:15, 401:12, 401:19, 401:22, 402:4, 402:13, 403:16, 403:17, 404:13, 404:15, 405:1, 405:19,

405:21, 406:2, 406:10, 406:15, 406:20, 406:21, 407:14, 407:18, 407:19, 408:3, 408:6, 408:9, 408:24, 408:25, 409:12, 409:15, 409:18, 409:24, 410:1, 410:2, 410:18, 410:19, 410:21, 411:2, 411:3, 411:7, 411:18, 411:22, 411:23, 412:5, 412:7, 412:23, 413:14, 413:19, 414:5, 414:12, 414:15, 414:23, 415:1, 416:9, 416:13, 416:16, 416:19, 416:22, 417:3, 417:15, 417:18, 417:22, 417:23, 418:12, 418:15, 418:19, 418:22, 419:19, 437:12, 467:9, 474:20
**cellphone** [3] - 407:14, 415:5, 500:17
**cellphones** [1] - 494:20
**cellular** [4] - 400:25, 402:1, 407:12
**Center** [2] - 469:22, 470:4
**certain** [6] - 394:5, 395:12, 397:9, 435:3, 470:21, 519:8
**certainly** [2] - 396:4, 426:12
**certificate** [1] - 520:13
**cetera** [2] - 459:12
**chain** [1] - 426:10
**changed** [1] - 483:11
**character** [1] - 439:22
**charged** [1] - 426:25
**charges** [3] - 395:5, 426:5, 427:6
**charging** [1] - 393:20
**chart** [2] - 414:19, 415:25
**check** [2] - 435:3, 495:13
**checked** [1] - 495:15
**checks** [3] - 431:21, 431:22, 491:8
**chest** [4] - 506:18, 513:16, 515:11, 515:21
**children** [1] - 436:12
**choosing** [1] - 401:21
**circle** [3] - 412:1, 412:23, 412:24
**Circuit** [4] - 429:5, 429:16, 429:20
**circumstances** [2] - 403:3, 414:8
**cites** [1] - 418:8
**city** [3] - 414:7, 414:14, 420:8
**claimed** [1] - 467:21
**claiming** [1] - 439:24
**claims** [1] - 468:20
**clear** [7] - 403:23, 410:3, 440:6, 461:8, 461:11, 486:6, 518:11
**clearer** [2] - 473:2, 508:4
**CLERK** [7] - 393:2, 399:5, 399:9, 435:24, 448:11, 484:14, 505:7
**Clerk** [1] - 399:7
**clip** [9] - 449:23, 450:7, 450:8, 452:12, 453:10, 453:15, 454:9, 463:6, 480:22
**clips** [1] - 450:5, 451:6, 453:9
**clock** [1] - 506:10
**close** [3] - 426:2, 500:3, 517:17
**closely** [1] - 449:22
**closer** [2] - 407:22, 415:16
**closest** [3] - 408:12, 409:20, 419:8
**co** [1] - 478:8
**co-applicant** [1] - 478:8

**code** [1] - 409:5
**Code** [1] - 409:6
**collected** [4] - 472:8, 487:14, 503:9, 503:12
**collectors** [4] - 464:17, 464:22, 464:24, 478:23
**Colonel** [2] - 444:14, 444:15
**column** [1] - 405:1
**coming** [5] - 395:2, 395:17, 425:22, 427:25, 459:3
**comment** [1] - 434:5
**comments** [1] - 425:25
**Commerce** [1] - 490:9
**common** [3] - 427:23, 430:11, 431:20
**communicate** [1] - 408:2
**Communications** [2] - 399:21, 399:25
**companies** [1] - 400:25
**Company** [1] - 399:22
**company** [2] - 399:23, 436:19
**compare** [4] - 456:21, 485:10, 485:13, 486:23
**comparing** [1] - 395:13
**comparison** [4] - 395:16, 450:14, 450:16, 450:17
**comparisons** [1] - 463:17
**compel** [1] - 427:6
**competent** [1] - 403:9
**completed** [1] - 428:17
**completely** [1] - 430:2
**completeness** [2] - 434:4, 434:9
**completing** [1] - 397:23
**computer** [1] - 392:25
**computer-aided** [1] - 392:25
**conceivable** [1] - 428:7
**concern** [1] - 459:14
**concerning** [2] - 456:5, 490:8
**concerns** [1] - 461:14
**concluded** [1] - 486:8
**conclusion** [2] - 459:24, 486:24
**condition** [1] - 477:3
**conduct** [2] - 456:5, 488:2
**conducted** [9] - 403:13, 456:16, 456:18, 457:17, 488:10, 496:4, 496:23, 498:4, 502:10
**conducting** [5] - 489:22, 496:24, 505:23, 505:25, 506:1
**Coney** [1] - 412:13
**conference** [1] - 393:20
**configuration** [1] - 412:5
**confirm** [1] - 434:8
**conforms** [1] - 405:2
**confusing** [1] - 395:18
**confusion** [1] - 427:5
**connected** [1] - 408:6
**Connecticut** [1] - 454:11
**connection** [2] - 496:10, 510:21
**connects** [1] - 407:12
**consider** [1] - 428:18
**considerable** [1] - 432:4

**considerably** [1] - 398:13
**consists** [1] - 407:19
**contact** [2] - 438:4, 517:15
**contain** [1] - 438:16
**contained** [1] - 445:24
**content** [5] - 432:14, 433:22, 434:3, 434:22, 445:23
**contents** [2] - 472:17, 476:11
**context** [1] - 430:14
**continue** [2] - 455:17, 473:11
**Continued** [12] - 420:21, 424:8, 452:18, 453:1, 454:24, 455:19, 458:20, 462:25, 482:18, 483:24, 484:21, 504:17
**CONTINUES** [1] - 404:1
**contract** [1] - 447:13
**contracting** [1] - 461:25
**convenience** [1] - 410:9
**conversation** [9] - 428:11, 430:15, 433:2, 444:22, 457:21, 457:22, 459:6, 459:23, 506:14
**conversations** [8] - 426:20, 428:12, 439:6, 439:10, 443:17, 443:20, 444:24, 502:11
**copies** [4] - 465:21, 470:20, 494:3, 508:3
**copy** [7] - 458:11, 471:4, 473:12, 473:17, 476:19, 493:25, 511:3
**corner** [5] - 406:9, 407:1, 414:15, 506:11, 508:10
**correct** [118] - 396:23, 400:1, 400:2, 400:6, 401:2, 401:13, 405:13, 405:20, 406:7, 406:12, 406:17, 407:1, 409:14, 410:1, 411:3, 411:19, 411:21, 413:2, 413:4, 413:5, 413:15, 413:18, 414:4, 414:9, 414:21, 414:22, 415:9, 415:11, 415:12, 417:20, 418:3, 419:16, 419:17, 423:22, 430:22, 431:3, 434:11, 442:9, 445:10, 445:11, 464:23, 466:3, 466:10, 469:15, 475:11, 476:16, 480:2, 485:12, 486:1, 486:2, 486:7, 486:9, 486:10, 486:11, 486:13, 486:14, 487:7, 487:19, 487:20, 488:10, 488:11, 488:17, 488:18, 488:23, 488:25, 489:2, 489:3, 489:14, 492:18, 492:23, 492:24, 493:2, 493:3, 493:18, 493:20, 493:21, 494:4, 494:5, 494:17, 494:23, 496:6, 496:7, 496:16, 496:18, 496:21, 497:14, 497:15, 498:6, 498:23, 498:24, 499:1, 500:14, 501:1, 501:2, 502:2, 502:4, 503:1, 503:2, 503:20, 503:22, 511:23, 512:11, 512:17, 512:22, 513:13, 513:20, 513:24, 514:7, 514:12, 514:14, 518:13, 518:14, 518:17, 518:21, 518:22, 519:4, 519:6
**correction** [1] - 480:9
**correctly** [2] - 474:23, 500:7
**counsel** [5] - 394:2, 499:19, 499:23, 503:8, 515:8
**counted** [1] - 474:23
**country** [2] - 498:2, 498:3

**counts** [1] - 395:5
**couple** [10] - 395:10, 425:25, 437:4, 491:7, 491:8, 491:11, 511:24, 511:25, 512:16
**course** [5] - 393:7, 427:22, 450:15, 489:18, 496:17
**courses** [1] - 401:6
**court** [9] - 394:11, 403:7, 410:12, 449:13, 451:19, 452:3, 456:1, 463:1, 517:14
**COURT** [170] - 392:1, 393:7, 393:10, 393:24, 394:10, 394:16, 395:25, 396:12, 396:16, 396:19, 396:24, 397:13, 397:17, 398:6, 398:15, 398:19, 398:22, 399:14, 402:15, 402:18, 404:20, 404:23, 404:25, 407:9, 407:25, 409:4, 410:22, 415:20, 415:22, 416:1, 419:1, 420:15, 421:3, 421:8, 421:13, 421:16, 421:23, 422:13, 422:17, 422:24, 423:3, 423:5, 423:16, 423:18, 423:21, 423:23, 425:24, 427:10, 428:2, 430:18, 430:23, 431:4, 431:10, 432:10, 432:14, 432:25, 433:11, 433:19, 434:9, 434:12, 434:16, 434:24, 435:6, 435:8, 435:11, 435:16, 435:18, 436:3, 439:14, 439:16, 440:13, 443:24, 445:2, 445:14, 445:16, 445:18, 445:21, 446:24, 448:3, 448:15, 450:11, 450:22, 454:23, 455:4, 455:6, 455:8, 455:11, 455:13, 455:17, 457:10, 458:17, 459:25, 460:14, 461:2, 461:5, 461:7, 461:16, 462:6, 462:10, 462:14, 462:17, 462:20, 462:22, 462:3, 463:9, 463:13, 463:15, 463:17, 463:20, 466:17, 470:3, 470:24, 472:23, 473:20, 476:7, 477:9, 479:10, 482:10, 482:13, 483:1, 483:4, 483:8, 483:14, 483:19, 483:21, 484:3, 484:6, 484:8, 484:11, 484:13, 484:16, 486:16, 486:20, 487:3, 491:2, 498:16, 499:18, 501:12, 503:4, 504:3, 504:7, 504:14, 505:1, 505:10, 507:19, 510:16, 510:25, 511:16, 515:3, 515:24, 516:2, 516:13, 516:16, 516:21, 516:25, 517:3, 517:6, 517:11, 517:15, 517:18, 517:22, 517:25, 519:17, 519:21, 519:24, 520:1, 520:4, 520:15, 520:22, 521:10
**Court** [13] - 392:22, 393:6, 393:13, 393:19, 394:25, 395:1, 395:3, 399:8, 421:2, 426:1, 430:8, 433:10
**court's** [3] - 429:6, 429:16, 429:21
**Court's** [7] - 396:2, 410:9, 427:23, 434:2, 434:6, 434:22, 435:3
**courtesy** [1] - 455:15
**Courthouse** [1] - 392:7
**courthouse** [2] - 516:25, 518:16
**courtroom** [1] - 455:14
**coverage** [1] - 408:17
**covers** [2] - 409:13, 466:8
**CR** [1] - 392:4
**create** [1] - 503:23

**created** [1] - 481:24
**credibility** [1] - 460:19
**crime** [1] - 518:20
**crimes** [3] - 428:12, 449:5, 505:20
**criminal** [2] - 393:2, 460:10
**Crivera** [26] - 397:12, 426:13, 430:13, 433:14, 433:15, 437:24, 437:25, 439:7, 441:2, 441:11, 441:22, 441:23, 442:12, 444:8, 447:22, 451:14, 451:18, 451:22, 452:5, 452:7, 453:8, 453:14, 453:24, 454:5, 454:14, 454:20
**CROSS** [4] - 419:3, 485:1, 510:17, 522:7, 522:14, 522:22
**cross** [4] - 460:19, 484:17, 500:18, 519:8
**cross-examination** [1] - 519:8
**CROSS-EXAMINATION** [6] - 419:3, 485:1, 510:17, 522:7, 522:14, 522:22
**cross-examine** [2] - 460:19, 484:17
**cumulative** [1] - 395:18
**current** [3] - 426:25, 448:25, 505:19
**customer** [1] - 446:20
**Cuthbertson** [6] - 416:24, 417:8, 417:12, 417:14, 418:7, 447:11

---

## D

**DAS** [8] - 413:10, 413:16, 413:19, 414:3, 414:4, 414:5, 420:7
**data** [9] - 405:21, 410:19, 410:20, 410:21, 410:25, 411:2, 411:3, 414:23, 415:1
**databases** [2] - 470:1, 470:15
**date** [14] - 414:23, 415:1, 422:5, 453:24, 469:9, 477:16, 477:21, 477:22, 492:13, 492:17, 492:18, 494:13, 495:2, 509:18
**dates** [6] - 412:25, 415:4, 416:4, 419:15, 488:3, 496:20
**days** [3] - 395:10, 490:5, 496:3
**deal** [1] - 427:9
**dealing** [1] - 397:20
**deals** [1] - 426:24
**dealt** [1] - 436:24
**December** [2] - 437:6
**decide** [1] - 395:20
**Defendant** [2] - 392:9, 392:20
**defendant** [17] - 426:24, 427:20, 428:13, 428:23, 429:7, 429:18, 431:2, 439:21, 439:25, 440:4, 446:17, 447:20, 499:21, 506:4, 506:13, 506:21, 515:8
**defendant's** [15] - 427:13, 427:16, 427:17, 427:19, 429:22, 433:25, 449:11, 450:7, 450:10, 450:18, 450:24, 452:3, 476:15, 477:18, 499:16
**defense** [12] - 393:20, 393:21, 393:25, 394:4, 394:7, 394:12, 394:13, 433:18, 499:3, 499:19, 499:23, 515:8
**definite** [1] - 511:12

**degrades** [2] - 409:2, 409:17
**degree** [1] - 402:7
**deliberating** [2] - 426:6, 427:1
**delineated** [1] - 501:18
**DeLisio** [6] - 457:18, 461:21, 461:24, 462:2, 463:25, 464:6
**delivered** [7] - 465:14, 465:22, 476:12, 492:14, 492:22, 493:5, 493:7
**delivery** [2] - 469:9, 494:12
**Dennis** [5] - 479:17, 479:24, 480:7, 480:18, 521:4
**Department** [2] - 464:13, 505:14
**depict** [5] - 458:13, 472:13, 473:8, 476:3, 507:14
**depicted** [2] - 429:24, 471:6
**deposit** [1] - 447:12
**depositor** [1] - 480:16
**depositors** [1] - 481:8
**deposits** [1] - 481:25
**describe** [2] - 409:7, 506:7
**described** [3] - 408:22, 430:17, 492:12
**description** [1] - 396:3
**design** [5] - 400:12, 401:19, 402:3, 402:5, 408:16
**designed** [2] - 413:25, 414:6
**despite** [1] - 429:8
**detail** [1] - 404:11
**details** [4] - 397:10, 398:2, 398:5, 431:18
**detained** [1] - 516:20
**determine** [5] - 394:3, 405:18, 408:9, 408:14, 489:4
**determined** [3] - 403:17, 488:13, 496:24
**determining** [1] - 501:23
**diagonally** [2] - 414:14, 414:16
**difference** [1] - 428:11
**Different** [1] - 452:9
**different** [12] - 400:25, 408:23, 409:10, 429:22, 432:1, 444:11, 452:8, 468:6, 468:14, 469:1, 489:7
**diner** [1] - 458:2
**direct** [10] - 398:8, 414:18, 447:12, 456:3, 478:19, 478:20, 485:8, 485:18, 497:24, 505:22
**DIRECT** [8] - 399:16, 436:4, 448:17, 505:11, 522:6, 522:10, 522:13, 522:21
**Directed** [1] - 413:17
**directions** [1] - 407:21
**Director** [2] - 399:21, 399:25
**DirecTV** [4] - 446:20, 446:21, 447:3, 447:6
**disc** [1] - 458:5
**discovery** [1] - 511:9
**discrete** [1] - 434:17
**discuss** [3] - 482:15, 520:13, 520:15
**discussed** [1] - 421:2
**discussion** [2] - 394:24, 434:3
**disguise** [1] - 444:13

**disgusting** [5] - 501:7, 501:18, 501:19, 502:3, 502:5
**disk** [3] - 438:21, 443:10, 443:16
**disks** [1] - 438:16
**dismissed** [1] - 395:5
**display** [3] - 411:12, 412:20, 415:15
**displayed** [1] - 406:2
**displays** [1] - 412:23
**dispute** [1] - 446:8
**disputed** [1] - 440:1
**disputing** [2] - 429:11, 440:1
**distinctive** [1] - 499:9
**distorted** [1] - 423:8
**distraction** [1] - 427:5
**Distributed** [1] - 413:16
**distributes** [1] - 409:16
**District** [1] - 449:1
**DISTRICT** [2] - 392:1, 392:1
**district** [1] - 429:21
**dividend** [4] - 427:25, 430:12, 431:21, 431:22
**dividends** [3] - 431:23, 437:9, 437:14
**Division** [1] - 409:6
**DMV** [1] - 477:24
**document** [6] - 404:4, 404:10, 405:10, 431:19, 454:1, 487:16
**documents** [13] - 405:8, 405:16, 405:18, 429:22, 470:5, 470:13, 476:17, 489:21, 490:8, 491:16, 491:19, 491:24, 498:5
**dollar** [3] - 482:3, 490:25, 491:3
**dollars** [3] - 491:8, 491:9, 491:11
**done** [9] - 400:22, 402:5, 403:13, 432:2, 461:22, 461:23, 471:12, 487:21, 496:1
**door** [1] - 509:8
**Dorp** [4] - 466:6, 466:7, 466:9, 503:9
**DORP** [1] - 466:9
**dot** [3] - 411:18, 412:2, 414:4
**dots** [2] - 411:16, 412:23
**doubt** [2] - 396:7, 499:15
**down** [19] - 400:18, 404:20, 404:22, 410:7, 410:8, 410:12, 412:1, 426:13, 435:12, 479:14, 480:22, 481:14, 500:6, 500:7, 500:13, 508:22, 518:24, 519:2, 519:11
**draw** [1] - 459:23
**dredging** [1] - 462:3
**drive** [2] - 414:10, 497:6
**driven** [1] - 397:24
**driver's** [2] - 478:6, 478:7
**drop** [2] - 400:23, 521:7
**due** [1] - 428:3
**duly** [5] - 399:7, 435:22, 448:9, 505:5, 518:3
**during** [10] - 403:3, 459:19, 485:7, 487:25, 488:17, 489:1, 489:5, 489:18, 495:16, 495:17, 498:8, 510:1

**E**

**ear** [1] - 444:11
**early** [2] - 520:6, 520:9
**earned** [1] - 402:7
**ears** [3] - 486:10, 499:19, 499:20
**ease** [1] - 425:14
**easier** [2] - 435:13, 471:3
**East** [6] - 392:18, 392:23, 468:1, 468:5, 468:13, 474:4
**Eastern** [1] - 449:1
**EASTERN** [1] - 392:1
**Eduardo** [3] - 399:4, 399:12, 522:5
**educational** [1] - 403:5
**Edwin** [2] - 435:20, 436:1
**effect** [1] - 502:12
**EI523141787US** [1] - 469:18
**eight** [1] - 505:18
**eighteen** [1] - 442:4
**eighth** [2] - 474:24, 508:8
**either** [2] - 396:8, 520:18
**elaborating** [1] - 426:19
**Electrical** [1] - 402:8
**elicited** [1] - 398:4
**eliminate** [2] - 423:5, 423:6
**emanated** [1] - 419:18
**emanating** [1] - 394:22
**employee** [1] - 521:2
**employer** [2] - 427:19, 478:17
**empty** [1] - 515:13
**empty-handed** [1] - 515:13
**end** [9] - 419:23, 444:15, 445:3, 465:8, 465:9, 488:6, 497:9, 514:17, 519:3
**ending** [4] - 508:25, 509:2, 509:6, 509:13
**ends** [5] - 455:18, 462:24, 508:5, 508:10, 508:16
**energy** [5] - 407:21, 407:23, 408:2, 413:12, 413:13
**engineer** [5] - 400:5, 400:10, 400:11, 400:16, 408:16
**engineering** [1] - 402:12
**Engineering** [3] - 399:22, 400:1, 402:8
**entered** [1] - 513:19
**entire** [7] - 421:11, 421:16, 430:15, 434:10, 434:14, 457:21, 457:22
**entirety** [2] - 394:22, 425:21
**entries** [1] - 487:19
**envelope** [3] - 475:9, 475:12, 493:1
**environment** [1] - 414:9
**equipment** [5] - 400:13, 407:20, 408:15, 413:12
**Ericsson** [1] - 401:18
**ESQ** [1] - 392:20
**essentially** [2] - 397:9, 402:21
**establish** [5] - 429:7, 430:20, 463:21, 487:21, 497:13
**establishing** [4] - 429:14, 439:20,

440:4, 462:11
**et** [2] - 459:12
**evaluation** [1] - 486:23
**Evans** [1] - 429:19
**event** [2] - 460:9, 508:9
**eventually** [1] - 456:10
**Evidence** [1] - 402:11
**evidence** [25] - 395:18, 396:9, 404:18, 405:6, 406:9, 407:7, 421:17, 428:4, 429:13, 429:23, 430:19, 445:25, 446:3, 448:1, 452:11, 460:18, 463:6, 480:13, 481:23, 485:6, 497:22, 509:17, 518:20, 519:13, 519:19
**exact** [2] - 398:14, 488:3
**exactly** [3] - 396:12, 419:18, 430:16
**EXAMINATION** [29] - 399:16, 404:1, 419:3, 436:4, 448:17, 485:1, 498:18, 501:14, 503:6, 504:4, 505:11, 510:17, 515:5, 516:3, 518:7, 522:6, 522:7, 522:10, 522:13, 522:14, 522:15, 522:16, 522:17, 522:18, 522:21, 522:22, 522:23, 522:24, 523:2
**examination** [5] - 416:12, 485:8, 497:24, 518:23, 519:8
**examine** [3] - 429:4, 460:19, 484:17
**examined** [5] - 426:22, 435:22, 448:9, 505:5, 518:4
**example** [1] - 403:7
**except** [1] - 424:1
**excuse** [7] - 397:13, 423:3, 434:9, 439:16, 445:2, 461:5, 504:7
**excused** [13] - 420:17, 420:20, 445:16, 445:17, 504:14, 504:16, 515:23, 516:14, 516:15, 517:5, 519:24, 519:25, 520:14
**executed** [1] - 456:19
**exemplars** [1] - 487:21
**exhibit** [11] - 404:17, 416:1, 466:19, 471:1, 472:25, 473:25, 474:25, 476:9, 477:11, 479:12, 482:1
**Exhibit** [115] - 404:4, 404:8, 404:18, 405:2, 405:3, 405:5, 405:24, 410:6, 410:13, 410:15, 411:12, 413:4, 415:15, 416:2, 416:5, 416:6, 416:11, 416:13, 418:17, 419:9, 419:12, 427:15, 427:16, 438:19, 438:25, 439:5, 439:12, 443:7, 447:3, 447:5, 447:13, 447:18, 447:21, 447:25, 449:18, 449:19, 449:25, 450:6, 452:11, 453:3, 453:16, 453:22, 458:6, 458:16, 462:23, 463:6, 465:15, 465:24, 466:15, 467:14, 468:8, 468:12, 468:18, 468:19, 468:22, 469:6, 469:8, 469:17, 470:6, 470:9, 470:14, 470:22, 471:7, 471:13, 471:15, 471:22, 471:24, 471:25, 472:7, 472:9, 472:21, 473:4, 473:12, 473:18, 473:23, 474:6, 474:10, 474:23, 474:24, 475:20, 475:24, 476:5, 476:18, 476:19, 476:22, 477:7, 477:15, 478:19, 479:6, 479:8, 479:13, 480:12, 480:14, 480:21, 481:7, 481:10, 481:14,

481:16, 481:21, 481:24, 482:6, 487:9, 493:12, 499:2, 501:24, 507:4, 507:17, 507:22, 508:3, 509:6, 509:12, 509:16, 509:18, 509:20, 523:10
**exhibits** [1] - 446:5
**existence** [1] - 446:8
**exiting** [2] - 498:2, 498:3
**exits** [1] - 482:17
**expansion** [1] - 426:10
**expect** [8] - 394:9, 397:7, 416:12, 418:22, 420:8, 425:22, 482:10, 521:1
**expectation** [1] - 393:15
**expecting** [2] - 394:4, 519:19
**expert** [4] - 397:16, 402:12, 402:20, 403:22
**expertise** [2] - 403:5, 403:21
**explain** [4] - 402:18, 402:24, 407:11, 430:14
**explaining** [5] - 394:1, 420:7, 429:18, 429:23, 430:24
**explanations** [1] - 426:19
**explore** [1] - 432:15
**exploring** [1] - 432:15
**express** [4] - 403:14, 403:15, 403:20, 465:10
**Express** [11] - 447:14, 465:3, 465:13, 465:21, 466:12, 492:13, 493:13, 493:24, 494:1, 501:19, 509:18
**extent** [4] - 396:14, 396:25, 397:3, 397:4

## F

**F.2d** [3] - 429:5, 429:15, 429:19
**face** [4] - 456:15, 502:25, 512:21
**face-to-face** [1] - 502:25
**facing** [2] - 480:23, 513:4
**fact** [20] - 396:25, 403:4, 406:25, 426:11, 427:9, 427:21, 429:11, 430:8, 442:7, 446:8, 446:9, 446:12, 460:3, 460:10, 467:13, 469:24, 478:1, 486:7, 486:22, 497:13
**factors** [1] - 408:9
**facts** [1] - 403:2
**fair** [3] - 491:10, 492:11, 496:9
**fairness** [1] - 434:4
**fall** [1] - 488:6
**familiar** [5] - 449:11, 489:18, 489:20, 496:19, 496:22
**far** [9] - 405:1, 414:12, 423:18, 430:9, 434:9, 446:6, 491:12, 491:13, 502:1
**fashion** [1] - 403:22
**features** [1] - 409:10
**February** [19] - 415:3, 415:5, 417:11, 417:14, 417:17, 418:7, 418:11, 418:14, 418:18, 465:7, 465:8, 465:9, 469:10, 492:13, 492:16, 493:19, 500:8, 519:2, 519:3
**federal** [1] - 472:20

**Federal** [2] - 402:11, 447:13
**fellow** [5] - 488:1, 488:9, 494:19, 496:4, 496:11
**few** [4] - 414:1, 490:5, 509:11, 514:7
**fifteen** [1] - 425:12
**Fifth** [2] - 392:20, 429:20
**Figueroa** [1] - 447:4
**filed** [1] - 496:10
**fill** [2] - 393:17, 483:17
**filled** [1] - 476:13
**final** [1] - 468:17
**financial** [1] - 505:20
**fine** [2] - 437:13, 462:17
**fingerprint** [5] - 487:16, 494:9, 496:1, 502:6, 504:10
**fingerprints** [3] - 500:24, 501:9, 503:24
**finish** [1] - 396:16
**finished** [1] - 520:9
**first** [42] - 399:12, 400:7, 400:12, 414:23, 421:19, 422:16, 425:13, 427:12, 431:23, 436:22, 437:6, 440:17, 446:15, 450:6, 453:10, 456:14, 456:25, 461:2, 461:17, 466:20, 466:22, 467:18, 467:19, 467:24, 468:6, 468:14, 468:15, 469:1, 471:2, 473:1, 478:11, 480:15, 480:16, 482:2, 494:12, 507:22, 509:17, 509:19, 510:9, 515:12
**five** [18] - 398:9, 398:10, 408:25, 415:7, 415:8, 415:10, 424:2, 424:4, 433:3, 433:6, 433:7, 436:15, 442:2, 449:16, 452:6, 452:13, 457:25, 517:6
**fixed** [1] - 447:13
**fixed-income** [1] - 447:13
**flashlight** [2] - 407:21, 407:22
**flip** [4] - 500:16, 508:2, 508:8, 508:15
**flipping** [1] - 509:11
**floor** [1] - 489:7
**Florida** [1] - 426:13
**focus** [2] - 408:23, 514:1
**folded** [2] - 475:10, 475:12
**folder** [2] - 404:4, 404:5
**folks** [1] - 513:23
**following** [5] - 393:1, 421:7, 455:1, 459:1, 484:2
**follows** [5] - 435:23, 448:10, 459:2, 505:6, 518:4
**food** [1] - 501:7
**form** [1] - 447:12
**forms** [1] - 446:4
**forty** [3] - 425:6, 452:13
**forty-five** [1] - 452:13
**forty-two** [1] - 425:6
**forward** [3] - 395:10, 395:17, 512:22
**foundation** [1] - 446:11
**four** [7] - 408:24, 415:7, 415:8, 415:10, 467:23, 474:5, 515:18
**Four** [1] - 447:5
**fourth** [2] - 468:20, 469:1

**Fourth** [1] - 429:16
**frame** [1] - 473:4
**frankly** [1] - 508:20
**Fraud** [2] - 449:2, 449:3
**fraud** [5] - 449:7, 505:21, 519:19
**frauds** [1] - 432:7
**free** [1] - 508:3
**frequency** [5] - 400:4, 400:5, 400:10, 400:11, 408:1
**Friday** [1] - 394:6
**front** [7] - 404:3, 463:17, 487:10, 507:21, 508:3, 508:5, 509:8
**full** [5] - 393:16, 398:10, 399:10, 467:18, 520:18
**Funding** [8] - 427:12, 427:14, 427:15, 427:20, 431:14, 431:18, 442:11, 478:18
**funds** [1] - 432:4
**furtherance** [1] - 449:6
**furthermore** [1] - 412:13

## G

**garbage** [3] - 487:6, 501:23, 502:5
**Gene** [1] - 392:22
**General** [1] - 442:22
**general** [4] - 403:1, 403:2, 411:25, 412:22
**generally** [7] - 407:19, 408:10, 409:18, 409:20, 409:23, 418:21, 501:5
**Genesee** [39] - 406:5, 406:16, 406:18, 413:1, 414:10, 414:12, 418:22, 452:2, 456:4, 456:7, 456:16, 464:10, 465:14, 465:22, 467:3, 472:3, 472:17, 476:14, 477:20, 487:6, 487:15, 488:2, 489:1, 492:22, 493:16, 496:5, 497:23, 506:1, 506:5, 506:11, 507:14, 508:1, 508:6, 508:14, 509:4, 509:10, 510:5, 514:18, 518:12
**gentleman** [1] - 444:14
**geographic** [1] - 402:4
**girls** [1] - 436:13
**given** [7] - 394:2, 395:9, 395:16, 395:23, 428:20, 495:17, 516:7
**Glasser** [1] - 393:4
**GLASSER** [1] - 392:12
**glasses** [2] - 480:9, 508:21
**gloves** [1] - 501:3
**GM** [1] - 431:7
**GOLD** [93] - 392:20, 393:8, 393:23, 394:1, 394:14, 394:17, 402:14, 407:8, 419:2, 419:4, 419:10, 419:12, 420:13, 421:24, 422:6, 422:9, 422:20, 425:23, 425:25, 430:7, 430:22, 431:13, 432:3, 432:18, 433:1, 433:6, 433:8, 433:12, 433:20, 434:2, 434:11, 434:15, 434:17, 435:7, 435:10, 439:13, 443:23, 445:15, 448:2, 454:21, 455:2, 455:5, 457:9, 458:18, 459:2, 460:5, 460:13, 460:15, 461:4, 461:6, 462:19, 462:21, 466:16,

470:23, 472:22, 473:19, 476:6, 477:8, 479:9, 482:12, 483:3, 483:22, 484:12, 484:20, 485:2, 498:14, 499:17, 501:13, 501:15, 503:3, 504:2, 504:5, 504:12, 507:18, 510:18, 510:24, 511:14, 511:17, 511:18, 511:21, 515:2, 516:1, 516:4, 516:12, 517:8, 517:12, 517:20, 518:6, 518:8, 519:22, 520:23, 521:3, 521:9
**gold** [17] - 393:4, 394:11, 419:1, 421:23, 422:19, 428:3, 430:18, 432:10, 433:22, 445:14, 482:10, 484:17, 484:19, 489:24, 501:12, 510:16, 518:1
**gold's** [2] - 460:2, 484:5
**Government** [71] - 392:15, 404:4, 404:8, 404:18, 405:1, 405:3, 405:5, 405:24, 410:6, 410:13, 410:15, 411:12, 413:3, 415:15, 416:2, 416:5, 416:6, 416:11, 416:13, 418:17, 419:9, 419:12, 453:2, 453:10, 453:16, 453:22, 458:5, 462:23, 463:5, 465:15, 465:24, 467:14, 468:8, 468:17, 468:19, 469:6, 469:17, 470:6, 470:9, 470:14, 471:7, 471:13, 471:22, 471:24, 472:7, 472:9, 473:3, 473:12, 473:23, 474:6, 474:9, 474:22, 474:24, 475:20, 475:24, 476:18, 476:19, 476:22, 476:24, 477:15, 478:19, 479:6, 479:13, 480:12, 480:21, 481:14, 481:21, 481:24, 482:5, 493:11, 499:2
**government** [28] - 394:18, 395:6, 395:11, 395:25, 396:4, 400:7, 402:10, 407:6, 430:9, 432:21, 433:2, 433:12, 434:20, 435:9, 439:12, 439:24, 443:22, 455:8, 458:16, 466:15, 470:22, 472:21, 473:18, 476:5, 477:7, 479:8, 499:3, 507:17
**Government's** [26] - 427:15, 427:16, 438:19, 438:25, 439:5, 443:7, 447:3, 447:5, 447:13, 447:18, 447:21, 447:25, 449:18, 449:19, 449:25, 450:6, 452:10, 507:3, 507:22, 508:2, 509:5, 509:12, 509:16, 509:18, 509:20, 523:10
**GPS** [1] - 405:21
**gray** [1] - 508:7
**Grayson** [4] - 447:14, 479:23, 481:5, 481:8, 490:1, 499:24, 500:6, 500:7, 500:13, 518:24, 519:9, 519:10, 519:14, 519:19
**Great** [3] - 412:3, 412:21, 412:22
**Group** [1] - 478:18
**guess** [1] - 514:22
**guy** [2] - 397:8, 506:8

## H

**half** [5] - 415:11, 448:24, 511:13, 520:20
**hallway** [1] - 457:14
**hand** [5] - 399:6, 407:1, 464:19,

479:15, 508:10
**handed** [5] - 417:23, 440:10, 464:24, 507:2, 515:13
**handle** [1] - 503:17
**handled** [1] - 503:18
**hands** [1] - 513:15
**handwriting** [1] - 487:21
**handwritten** [4] - 479:15, 487:11, 487:19, 510:23
**hard** [1] - 457:7
**head** [1] - 493:10
**hear** [12] - 398:16, 410:23, 421:11, 421:18, 422:23, 435:13, 442:14, 446:2, 446:6, 450:22, 502:19, 512:9
**heard** [18] - 397:5, 397:25, 398:24, 418:15, 425:23, 426:1, 437:17, 439:17, 441:24, 449:13, 453:5, 497:17, 498:23, 498:25, 499:2, 499:5, 500:20, 502:17
**hearing** [5] - 395:11, 426:3, 426:18, 458:17, 502:24
**hearsay** [3] - 460:15, 461:2, 461:3
**helping** [1] - 429:7
**hereby** [3] - 446:16, 447:8, 447:18
**Hewitt** [14] - 447:14, 479:24, 481:5, 481:8, 490:1, 499:24, 500:6, 500:7, 500:13, 518:24, 519:9, 519:10, 519:14, 519:19
**highest** [2] - 402:7, 491:4
**himself** [16] - 426:15, 428:9, 428:24, 429:11, 429:12, 437:3, 437:18, 437:23, 439:7, 441:10, 441:23, 442:8, 442:11, 443:17, 456:22
**hit** [2] - 411:4, 411:6
**hmm** [2] - 438:17, 511:7
**hold** [2] - 422:13, 422:25
**holding** [6] - 473:5, 513:15, 513:16, 515:8, 515:11, 515:21
**home** [5] - 408:11, 457:11, 457:12, 496:5, 496:25
**Homeland** [4] - 457:18, 464:6, 505:14, 505:16
**homeless** [7] - 459:7, 459:11, 459:15, 459:21, 460:7, 461:3, 506:8
**honestly** [1] - 394:6
**Honor** [90] - 393:12, 393:13, 393:23, 394:17, 396:1, 396:9, 396:10, 396:23, 397:22, 398:18, 399:3, 399:15, 402:10, 402:16, 403:25, 404:21, 416:2, 418:25, 419:2, 421:1, 421:10, 421:11, 421:15, 421:19, 422:15, 422:18, 422:23, 423:17, 425:23, 426:16, 426:21, 427:11, 430:7, 430:16, 431:3, 431:9, 432:9, 432:18, 433:21, 435:7, 435:9, 435:15, 445:13, 445:15, 445:19, 446:14, 447:24, 448:16, 454:21, 455:2, 455:12, 455:16, 457:9, 458:18, 459:2, 461:13, 463:3, 463:19, 482:9, 482:12, 483:2, 483:3, 483:6, 483:16, 483:22, 484:5, 484:14, 484:20, 487:1, 487:2, 498:15, 498:17, 503:5, 510:24, 511:14,

511:17, 511:18, 511:21, 515:4, 516:1, 516:19, 516:24, 517:1, 517:8, 517:12, 517:17, 517:21, 518:6, 519:23, 520:17
**HONORABLE** [1] - 392:12
**hope** [1] - 403:23
**hoped** [1] - 393:15
**hopefully** [1] - 520:10
**hour** [1] - 459:19
**hours** [1] - 514:23
**house** [21] - 457:11, 457:12, 489:5, 491:15, 492:22, 493:4, 497:11, 497:14, 500:3, 501:24, 506:15, 506:16, 506:21, 507:21, 513:9, 513:20, 515:9, 515:20, 518:21, 519:15, 519:18
**houses** [1] - 461:23
**hum** [1] - 423:20
**hundred** [3] - 415:7, 415:8, 415:10

# I

**IDEN** [2] - 401:5, 409:8
**identification** [21] - 394:22, 395:8, 427:13, 428:6, 429:21, 430:4, 430:10, 432:5, 432:8, 433:24, 434:13, 438:19, 440:7, 445:23, 459:17, 463:22, 486:13, 486:17, 499:15, 502:24, 507:3
**identified** [8] - 413:10, 429:18, 429:25, 431:12, 447:18, 485:24, 508:12, 509:15
**identify** [9] - 396:20, 396:21, 428:8, 431:5, 437:23, 456:10, 456:14, 513:17
**identifying** [7] - 428:22, 431:1, 431:5, 432:11, 439:24, 460:3, 460:21
**identity** [6] - 395:7, 396:6, 396:13, 397:21, 429:14, 430:21
**ILG** [1] - 392:4
**illegal** [1] - 426:9
**illegitimate** [1] - 426:9
**imagine** [1] - 407:22
**implied** [1] - 460:2
**importance** [1] - 427:13
**important** [1] - 496:20
**impossible** [3] - 403:3, 412:11, 412:12
**include** [1] - 404:13
**included** [2] - 447:3, 447:5
**including** [1] - 501:1
**income** [1] - 447:13
**increased** [1] - 429:23
**indicate** [2] - 410:1, 422:4
**indicated** [11] - 432:21, 433:2, 487:5, 487:9, 488:12, 494:11, 494:18, 496:3, 511:22, 513:22, 518:25
**indicates** [3] - 412:2, 412:24, 426:12
**indicating** [3] - 475:8, 479:16, 518:19
**indication** [1] - 417:24
**indictment** [2] - 395:4, 427:1
**individual** [1] - 495:18
**individuals** [1] - 503:18
**inference** [2] - 459:9, 459:16
**inferences** [2] - 460:16

**inform** [2] - 393:14, 406:8
**information** [15] - 397:18, 403:19, 404:12, 404:14, 404:16, 427:19, 457:1, 457:3, 460:19, 470:2, 478:8, 495:13, 495:15, 495:25, 518:18
**initials** [2] - 438:25, 443:14
**initiated** [2] - 417:20, 418:9
**innocuous** [1] - 462:9
**Innovative** [1] - 490:8
**inquire** [2] - 419:1, 460:23, 517:1
**inside** [5] - 453:9, 458:3, 472:17, 475:9, 475:12, 475:13, 475:25, 476:11, 492:25, 497:14, 518:20
**insofar** [1] - 428:15
**inspect** [1] - 464:9
**Inspection** [4] - 438:5, 438:7, 438:10, 448:20
**inspector** [3] - 498:20, 501:16, 504:15
**Inspector** [8] - 448:6, 448:22, 448:23, 449:23, 450:3, 484:17, 485:3, 517:25
**installed** [1] - 408:16
**instance** [1] - 408:18
**instruction** [2] - 428:20, 445:21
**insurance** [1] - 449:7
**Integrated** [1] - 399:24
**intended** [1] - 394:18
**intent** [1] - 430:21
**intercepted** [1] - 492:21
**interest** [2] - 412:25, 514:3
**interference** [3] - 408:21, 408:22, 409:12
**interrupt** [4] - 419:22, 460:13, 480:7, 513:6
**interview** [8] - 457:15, 457:17, 458:1, 458:11, 458:14, 461:1, 495:17
**intricacies** [1] - 403:16
**introduce** [1] - 394:20
**introduced** [2] - 460:18, 460:25
**introduces** [1] - 426:3
**introducing** [2] - 395:18, 397:4
**introduction** [1] - 426:17
**invest** [8] - 431:23, 436:22, 442:8, 442:11, 444:25, 445:4, 445:9, 481:12
**invested** [5] - 397:6, 397:8, 436:19, 445:6, 479:23
**investigate** [3] - 449:3, 449:5, 505:20
**investigation** [4] - 486:8, 488:9, 514:1, 514:3
**Investigations** [1] - 505:15
**investigators** [1] - 488:20
**investment** [5] - 426:10, 431:22, 445:1, 449:6, 480:18
**investor** [7] - 416:7, 416:15, 416:18, 416:24, 417:2, 479:23, 481:5
**inviting** [1] - 426:13
**involve** [1] - 426:17
**involved** [1] - 459:10
**involvement** [2] - 394:2, 397:1
**IPO** [2] - 431:7, 442:22

**Irina** [1] - 446:18
**irrelevant** [3] - 428:18, 429:1, 459:23
**Iryna** [1] - 491:17
**Island** [16] - 402:6, 406:3, 406:6, 406:16, 411:15, 411:17, 412:4, 412:9, 412:13, 412:16, 412:22, 456:4, 467:3, 506:2, 510:5
**issue** [4] - 395:7, 396:6, 403:4, 429:10
**issued** [1] - 518:15
**issues** [2] - 395:20, 421:4
**item** [1] - 473:4
**items** [4] - 472:13, 489:21, 489:23, 499:23, 500:24, 501:1, 519:8
**itself** [1] - 406:13

# J

**James** [21] - 397:5, 437:1, 437:3, 437:18, 441:2, 441:25, 442:8, 444:8, 445:6, 467:20, 467:21, 467:22, 467:24, 468:3, 468:4, 468:10, 468:21, 469:3, 471:21, 474:3, 474:8
**January** [11] - 392:9, 414:25, 415:4, 416:7, 416:15, 416:18, 416:21, 416:24, 417:2, 417:8, 521:13
**John** [4] - 438:9, 483:12, 505:3, 505:9
**Jr** [1] - 505:9
**Judge** [2] - 393:4, 393:9, 394:15
**JUDGE** [1] - 392:13
**judge** [2] - 518:15, 518:19
**judgment** [2] - 403:10, 403:19
**July** [9] - 421:20, 422:10, 422:15, 423:11, 437:21, 439:7, 440:18, 441:4, 447:11
**jump** [1] - 442:1
**JUROR** [1] - 415:21
**jury** [35] - 392:13, 393:1, 394:16, 395:20, 396:8, 398:3, 398:20, 398:21, 398:24, 402:19, 417:22, 421:5, 421:7, 426:5, 427:1, 427:6, 428:18, 428:19, 431:10, 435:16, 435:17, 440:12, 440:14, 445:20, 449:20, 449:22, 460:22, 484:2, 484:13, 484:15, 496:15, 497:3, 517:5, 517:24, 520:14
**Jury** [1] - 482:17
**justice** [2] - 455:8, 455:9
**JUSTIN** [1] - 392:16

# K

**keep** [3] - 410:22, 435:12, 520:11
**Khorami** [1] - 429:4
**Kiernan** [2] - 480:13, 481:24
**Kills** [3] - 412:3, 412:21, 412:22
**kind** [4] - 427:17, 449:3, 500:15, 501:5
**knowing** [1] - 420:4
**knowledge** [5] - 403:21, 451:13, 489:8, 497:18, 514:5

## L

**L-A-M-A-T-I-A** [1] - 479:21
**label** [20] - 465:4, 465:10, 466:22, 467:25, 468:2, 468:6, 468:10, 468:18, 468:19, 468:20, 469:7, 469:16, 469:17, 469:19, 469:24, 471:16, 471:24, 493:24, 509:19
**labeled** [2] - 406:21, 406:23
**labels** [18] - 465:13, 465:21, 465:23, 465:25, 466:4, 466:12, 467:21, 471:14, 493:13, 493:15, 494:1, 494:2, 494:3, 494:12, 501:19, 503:9, 503:12, 503:13
**lack** [1] - 460:23
**Lamantia** [4] - 479:24, 480:19, 487:11, 521:4
**Lamantia's** [1] - 480:16
**Lamatia** [3] - 479:19, 479:20, 480:3
**Lamatia's** [1] - 480:7
**large** [2] - 402:17, 404:4
**Larson** [1] - 438:9
**last** [17] - 395:10, 399:13, 415:1, 418:17, 444:22, 447:17, 469:6, 469:7, 469:17, 471:16, 471:24, 478:8, 497:19, 512:9, 516:22, 516:23
**Last** [1] - 477:12
**laundering** [1] - 505:21
**Laundro** [1] - 431:25
**laundromat** [6] - 426:8, 426:10, 426:14, 427:7, 427:8, 428:15
**laundry** [1] - 427:14
**lawyers** [2] - 425:14, 520:6
**lay** [1] - 446:11
**layman's** [1] - 407:11
**laymen** [1] - 403:3
**lead** [2] - 459:9, 459:16
**learn** [1] - 454:14
**learned** [5] - 488:20, 488:22, 488:24, 489:11, 501:22
**learning** [1] - 497:4
**least** [3] - 489:13, 500:8, 511:12
**leave** [1] - 490:15
**left** [7] - 411:15, 412:1, 413:3, 437:12, 475:4, 479:15, 481:20
**left-hand** [1] - 479:15
**legal** [1] - 421:4
**legitimate** [2] - 427:9, 430:2
**lengthy** [1] - 394:9
**LEO** [1] - 392:12
**Leonidov** [1] - 521:7
**LERER** [36] - 392:16, 393:4, 393:12, 399:3, 399:15, 399:17, 402:10, 402:16, 403:25, 404:2, 404:21, 404:24, 407:6, 415:23, 416:2, 416:10, 418:25, 419:9, 419:11, 420:16, 421:1, 422:2, 422:7, 433:21, 434:7, 435:9, 455:7, 483:12, 483:15, 483:20, 517:1, 517:17, 520:17, 521:2, 521:5, 521:7
**Lerer** [4] - 394:1, 455:6, 484:8, 511:6

**less** [6] - 398:12, 398:13, 414:8, 415:10, 423:7, 493:19
**letter** [1] - 503:21
**license** [2] - 478:6, 478:7
**life** [1] - 460:11
**light** [1] - 413:22
**likelihood** [1] - 429:23
**likely** [1] - 520:20
**limine** [1] - 396:11
**limitations** [1] - 408:18
**limited** [7] - 428:6, 428:20, 439:19, 439:23, 440:2, 440:7, 445:25, 446:1, 490:9
**limiting** [2] - 432:8, 445:21
**line** [2] - 425:16, 480:24
**lines** [1] - 502:14
**Liounis** [57] - 393:3, 394:5, 395:12, 395:24, 428:8, 428:13, 429:10, 431:7, 439:20, 446:17, 447:20, 447:22, 451:12, 452:7, 453:8, 453:20, 454:8, 454:15, 456:9, 467:9, 467:11, 467:13, 467:17, 474:20, 477:14, 478:10, 478:17, 485:10, 485:13, 485:24, 486:4, 487:15, 487:22, 488:13, 490:20, 494:18, 495:16, 496:5, 497:6, 497:12, 498:23, 499:3, 502:22, 506:4, 506:13, 506:21, 508:7, 508:13, 508:17, 509:3, 509:7, 510:14, 511:23, 513:19, 514:7, 514:25, 516:7
**LIOUNIS** [1] - 392:8
**Liounis's** [24] - 395:7, 395:15, 449:9, 450:4, 451:19, 466:8, 477:2, 478:1, 478:7, 478:13, 478:14, 485:15, 489:16, 489:24, 490:2, 490:6, 491:24, 492:4, 493:25, 498:8, 498:11, 498:21, 499:9, 518:12
**list** [2] - 405:12, 405:21
**listed** [14] - 467:2, 467:18, 467:24, 468:3, 468:9, 471:18, 474:14, 477:15, 477:19, 478:17, 479:5, 480:18, 481:8, 509:24
**listen** [3] - 449:22, 450:15, 452:15
**listened** [3] - 438:23, 443:12, 497:16
**listening** [5] - 485:7, 485:15, 490:5, 500:20, 502:25
**lists** [1] - 427:19
**litter** [1] - 501:7
**live** [2] - 436:8, 454:15
**lived** [4] - 454:13, 456:7, 456:10, 489:12
**lives** [1] - 460:11
**living** [9] - 399:20, 459:8, 459:10, 469:3, 474:8, 488:16, 489:4, 489:7, 489:14
**Loach** [1] - 521:1
**locate** [2] - 457:11, 457:12
**located** [4] - 409:23, 411:7, 418:21, 456:4
**location** [16] - 400:13, 402:3, 403:17, 404:13, 405:18, 405:22, 406:1, 406:10,

410:19, 413:1, 417:9, 417:12, 419:25, 420:9, 456:5, 490:17
**locations** [4] - 401:21, 406:5, 406:15, 416:14
**look** [14] - 398:13, 404:5, 438:18, 443:7, 450:14, 458:3, 471:4, 477:24, 494:12, 494:24, 508:3, 509:16, 509:17, 514:20
**looked** [2] - 506:8, 506:17
**looking** [5] - 409:24, 468:18, 479:13, 479:14, 506:8
**looks** [2] - 494:12, 495:1
**LORETTA** [1] - 392:15
**lost** [3] - 397:9, 397:20, 432:3
**low** [2] - 412:12, 413:25
**lower** [2] - 423:3, 423:7
**Lucent** [1] - 401:15
**lunch** [4] - 459:19, 482:14, 482:15
**luncheon** [1] - 483:23
**LYNCH** [1] - 392:15

## M

**machine** [4] - 469:22, 469:25, 470:16, 470:20
**Mail** [7] - 449:1, 449:3, 465:3, 465:13, 465:21, 466:12, 509:18
**mail** [11] - 449:5, 465:10, 476:12, 492:13, 493:13, 493:24, 494:1, 510:12, 511:23, 512:2, 521:7
**mailed** [2] - 503:14, 503:16
**mailing** [3] - 493:13, 493:15, 494:11
**main** [2] - 400:11, 400:16
**male** [4] - 456:9, 456:10, 506:6, 506:19
**man** [21] - 397:24, 437:2, 437:18, 439:6, 441:10, 441:23, 442:8, 443:17, 444:12, 451:9, 451:11, 453:23, 460:10, 464:3, 464:5, 506:19, 506:22, 508:5, 508:12, 509:13
**manager** [1] - 521:7
**map** [4] - 405:22, 410:13, 411:14, 412:20
**mapped** [4] - 406:5, 406:13, 406:18, 414:3
**maps** [2] - 407:4, 410:17
**March** [17] - 436:23, 437:6, 456:8, 464:9, 472:6, 477:17, 477:22, 492:19, 492:20, 492:21, 493:19, 505:22, 506:9, 507:10, 507:15, 509:21, 510:12
**mark** [1] - 521:7
**Mark** [17] - 395:13, 450:8, 456:22, 460:3, 462:12, 463:22, 464:7, 485:11, 485:13, 490:4, 497:1, 497:4, 497:12, 499:5, 499:20, 500:10
**marked** [20] - 404:4, 407:10, 438:18, 439:15, 443:25, 446:16, 448:4, 458:5, 462:23, 463:12, 463:15, 466:18, 470:25, 472:24, 473:21, 476:8, 477:10, 479:11, 507:3, 507:20

married [1] - 436:10
Mary [2] - 478:12, 478:13
master [1] - 402:8
matter [1] - 409:9
matters [3] - 393:5, 393:14, 431:15
maximum [1] - 491:11
MDC [3] - 394:19, 394:22, 395:14
mean [9] - 415:13, 417:25, 419:21, 428:6, 460:13, 464:22, 481:18, 489:20, 513:6
means [4] - 395:22, 402:18, 402:21, 425:24
meant [1] - 426:20
meat [1] - 432:7
mechanical [1] - 392:25
meet [3] - 394:4, 451:18, 464:19
members [1] - 497:3
mention [1] - 416:5
mentions [1] - 460:7
Mercedes [1] - 514:24
Mertz [2] - 489:9, 489:11
message [1] - 437:12
messed [1] - 492:17
met [1] - 451:17
method [3] - 427:23, 431:20, 431:25
Metro [11] - 401:8, 405:12, 405:19, 406:2, 406:15, 410:17, 411:16, 411:20, 412:5, 412:23, 413:9
MICHAEL [2] - 392:17, 392:20
Michelle [3] - 438:9, 448:6, 448:12
microphone [1] - 446:24
Microsoft [1] - 409:7
middle [2] - 423:19, 463:25
might [8] - 417:22, 425:23, 427:6, 461:14, 487:2, 492:9, 495:18, 498:5
Mike [18] - 456:13, 456:16, 456:21, 464:4, 467:1, 469:12, 474:13, 488:21, 488:22, 493:1, 493:17, 494:13, 494:25, 497:23, 501:24, 507:1, 509:15, 510:8
million [2] - 490:25, 491:3
mind [1] - 445:21
minimal [1] - 397:3
minute [15] - 421:21, 422:12, 422:13, 423:15, 425:6, 425:13, 449:24, 452:13, 453:11, 453:17, 454:1, 511:18
minutes [21] - 398:10, 398:12, 421:4, 424:5, 424:6, 435:1, 442:3, 452:6, 457:20, 457:25, 463:7, 482:11, 511:24, 511:25, 512:4, 512:16, 515:18, 515:19, 517:7
misconceiving [1] - 428:3
missed [1] - 443:5
mistake [3] - 395:8, 422:6
MO [1] - 430:12
Mobile [1] - 401:17
mobility [2] - 417:24, 417:25
model [1] - 500:16
MOLDREM [1] - 433:9
Moldrem [24] - 395:2, 396:12, 397:13,

398:17, 421:20, 422:3, 422:4, 423:20, 424:4, 425:5, 425:22, 426:13, 431:13, 435:20, 436:1, 436:6, 440:10, 440:18, 440:24, 441:9, 441:18, 442:7, 453:23
Moldrem's [1] - 396:3
moment [4] - 422:25, 458:19, 483:10, 510:24
moments [1] - 514:7
Monday [4] - 393:18, 393:19, 393:20, 520:21
money [8] - 397:9, 397:20, 432:4, 433:14, 491:4, 492:25, 498:5, 505:20
month [6] - 415:11, 428:1, 493:18, 493:19, 500:12, 519:1
month-and-a-half [1] - 415:11
months [2] - 398:1, 500:8
morning [13] - 393:12, 397:15, 398:22, 399:18, 399:19, 419:5, 419:6, 421:2, 436:6, 436:7, 464:14, 478:24, 521:12
mortgage [1] - 449:7
most [2] - 402:5, 417:24
mostly [1] - 425:13
mother [1] - 478:14
mother's [1] - 427:18
motions [1] - 396:11
motive [1] - 430:21
Motorola [2] - 401:5
Motors [1] - 442:23
move [4] - 415:16, 447:24, 455:6, 459:19
moved [1] - 509:3
moves [2] - 402:11, 407:6
moving [4] - 417:25, 418:1, 418:2, 477:15
MR [257] - 393:4, 393:8, 393:12, 393:23, 394:1, 394:14, 394:17, 396:1, 396:15, 396:18, 396:23, 397:3, 397:15, 397:22, 398:8, 398:18, 399:3, 399:15, 399:17, 402:10, 402:14, 402:16, 403:25, 404:2, 404:21, 404:24, 407:6, 407:8, 415:23, 416:2, 416:10, 418:25, 419:2, 419:4, 419:9, 419:10, 419:11, 419:12, 420:13, 420:16, 421:1, 421:10, 421:15, 421:19, 421:24, 422:1, 422:2, 422:3, 422:6, 422:7, 422:8, 422:9, 422:10, 422:15, 422:18, 422:20, 422:22, 422:25, 423:4, 423:6, 423:10, 423:17, 423:19, 424:22, 425:15, 425:1, 425:9, 425:20, 425:23, 425:25, 427:11, 430:7, 430:22, 431:3, 431:9, 431:13, 431:17, 432:3, 432:13, 432:18, 432:24, 433:1, 433:5, 433:6, 433:7, 433:8, 433:12, 433:17, 433:20, 433:21, 434:2, 434:7, 434:11, 434:15, 434:17, 435:1, 435:7, 435:9, 435:10, 435:25, 436:5, 439:12, 439:13, 440:9, 440:17, 440:22, 441:3, 441:8, 441:15, 442:1, 443:5, 442:22, 443:23, 444:1, 445:3, 445:12, 445:15, 445:19, 446:14, 446:25, 448:2, 448:5, 448:16, 448:18,

449:19, 450:5, 450:13, 450:23, 451:2, 451:5, 452:10, 453:1, 454:21, 455:2, 455:5, 455:7, 455:10, 455:12, 455:16, 456:2, 457:9, 458:16, 458:18, 459:2, 460:1, 460:5, 460:6, 460:13, 460:15, 461:4, 461:6, 461:13, 461:17, 462:8, 462:13, 462:16, 462:19, 462:21, 463:3, 463:4, 463:11, 463:14, 463:16, 463:19, 466:15, 466:16, 470:22, 470:23, 472:21, 472:22, 473:18, 473:19, 476:5, 476:6, 477:7, 477:8, 479:8, 479:9, 482:8, 482:12, 483:2, 483:3, 483:6, 483:10, 483:12, 483:15, 483:20, 483:22, 484:4, 484:7, 484:9, 484:12, 484:20, 485:2, 486:15, 486:19, 487:1, 491:1, 498:14, 498:17, 498:19, 499:17, 501:11, 501:13, 501:15, 503:3, 503:5, 503:7, 504:1, 504:2, 504:5, 504:12, 504:13, 505:2, 505:12, 507:17, 507:18, 510:15, 510:18, 510:24, 511:14, 511:17, 511:18, 511:21, 515:2, 515:4, 515:6, 515:23, 516:1, 516:4, 516:12, 516:17, 516:23, 517:1, 517:8, 517:12, 517:17, 517:20, 518:6, 518:8, 519:16, 519:20, 519:22, 519:23, 520:3, 520:17, 520:23, 520:25, 521:2, 521:3, 521:4, 521:5, 521:6, 521:7, 521:8, 521:9
multiple [1] - 418:14
Multiple [1] - 409:6
multitude [2] - 427:3, 427:4

# N

Name [1] - 477:12
name [51] - 396:21, 397:12, 399:10, 399:12, 399:13, 427:18, 431:18, 431:19, 435:24, 436:24, 437:22, 440:12, 441:24, 442:15, 442:17, 445:6, 445:9, 448:11, 456:12, 456:15, 466:22, 467:4, 467:18, 469:14, 474:14, 477:18, 478:9, 478:11, 479:24, 479:25, 480:15, 480:16, 481:2, 481:4, 481:5, 481:9, 481:15, 481:21, 488:14, 489:9, 489:10, 491:25, 494:13, 495:18, 498:8, 502:17, 505:7, 506:22, 506:25, 510:9
named [3] - 450:8, 451:13, 489:11
names [3] - 429:23, 479:4, 520:25
naming [1] - 416:13
nature [2] - 449:8, 459:8
nearby [1] - 465:1
nearly [1] - 426:2
necessary [3] - 396:14, 396:25, 434:18
necessity [1] - 397:19
need [7] - 396:9, 397:18, 403:11, 483:1, 484:8, 484:9, 511:3
needs [1] - 409:3
neglected [2] - 491:14, 517:10
neighboring [1] - 418:5
net [1] - 395:22

**network** [2] - 405:19, 407:12
**neurosurgeon** [2] - 403:9, 403:12
**never** [2] - 446:19, 446:21
**new** [1] - 472:3
**NEW** [1] - 392:1
**New** [20] - 392:7, 392:18, 392:21, 392:23, 446:19, 446:22, 447:15, 449:1, 457:6, 466:6, 466:7, 467:3, 468:5, 468:13, 468:25, 474:5, 503:9, 506:2, 510:6
**news** [1] - 520:5
**next** [32] - 399:1, 399:2, 420:21, 421:1, 423:12, 423:13, 424:8, 425:4, 435:19, 441:13, 442:25, 444:18, 445:18, 448:6, 452:18, 454:24, 455:19, 458:20, 459:20, 462:25, 482:18, 483:24, 484:21, 504:17, 505:1, 508:15, 508:18, 509:5, 516:16, 520:6, 520:9
**Nextel** [1] - 401:4
**nominated** [1] - 398:23
**nondescript** [1] - 459:22
**normal** [1] - 444:17
**north** [1] - 412:13
**note** [2] - 416:10, 479:1
**notes** [6] - 398:14, 487:11, 510:21, 510:23, 511:2, 514:20
**nothing** [10] - 393:10, 426:4, 426:9, 427:5, 435:2, 435:5, 504:12, 504:13, 515:24, 519:22
**notice** [1] - 479:22
**notified** [1] - 472:2
**number** [46] - 411:5, 415:2, 416:1, 421:25, 422:14, 427:18, 446:23, 447:1, 447:2, 467:4, 467:6, 467:10, 467:11, 467:14, 469:17, 471:17, 474:15, 474:17, 474:21, 478:3, 478:4, 478:7, 480:3, 480:4, 480:7, 480:8, 481:20, 481:21, 494:13, 494:24, 495:7, 495:10, 495:12, 495:17, 495:19, 495:23, 496:3, 498:11, 508:4, 508:9, 508:16, 508:24, 509:2, 509:13
**numbered** [1] - 463:24
**numbers** [5] - 416:4, 447:1, 479:4, 487:23, 509:6
**numerous** [2] - 451:25, 502:19
**NY** [1] - 392:21

**O**

**o'clock** [5] - 392:9, 482:15, 520:11, 521:11, 521:12
**object** [1] - 433:17
**objected** [1] - 434:19
**objecting** [2] - 455:2, 460:5
**objection** [26] - 393:23, 402:14, 407:8, 439:13, 443:23, 448:2, 457:9, 458:17, 459:2, 462:20, 466:16, 470:23, 472:22, 473:19, 476:6, 477:8, 479:9, 486:15, 486:19, 487:1, 491:1, 499:17, 507:18,
519:16, 519:20
**observe** [4] - 506:9, 506:19, 512:5, 513:15
**observed** [9] - 451:25, 464:18, 506:10, 511:22, 512:7, 512:10, 512:17, 513:16, 515:21
**obtain** [6] - 465:23, 470:1, 470:13, 472:18, 490:19, 511:14
**obtained** [3] - 457:1, 457:3, 472:20
**obviously** [1] - 426:1
**occurred** [5] - 393:1, 421:7, 455:1, 459:1, 484:2
**October** [3] - 456:7, 464:9, 478:20
**OF** [3] - 392:1, 392:4, 392:12
**offer** [1] - 445:4
**offered** [7] - 439:22, 459:25, 460:1, 460:16, 460:20, 462:10, 462:15
**offering** [2] - 395:6, 396:20
**offers** [11] - 439:12, 443:22, 458:16, 466:15, 470:22, 472:21, 473:18, 476:5, 477:7, 479:8, 507:17
**offhand** [1] - 495:19
**Office** [7] - 465:1, 465:12, 465:25, 466:4, 466:11, 470:19, 472:2
**office** [9] - 437:10, 493:23, 494:1, 494:7, 501:20, 502:1, 503:9, 503:19
**Old** [8] - 427:12, 427:14, 427:15, 427:20, 431:14, 431:18, 442:11, 478:18
**oldest** [1] - 436:15
**once** [9] - 400:15, 400:23, 411:15, 412:22, 416:23, 418:9, 426:24, 457:3, 495:16
**one** [64] - 394:9, 394:18, 394:23, 400:12, 401:10, 412:8, 413:10, 416:17, 416:20, 416:23, 417:1, 417:7, 417:10, 417:13, 417:16, 417:21, 417:22, 418:5, 418:10, 418:13, 418:16, 418:20, 418:24, 419:8, 422:7, 423:16, 424:1, 425:4, 425:11, 426:7, 426:8, 427:21, 427:23, 430:2, 432:19, 441:4, 444:10, 446:15, 447:1, 450:24, 451:19, 452:15, 453:16, 460:3, 468:2, 468:24, 474:5, 486:3, 486:24, 488:19, 489:11, 489:13, 494:11, 494:20, 494:25, 496:8, 497:22, 500:13, 503:16, 510:24, 516:1, 517:9
**One** [1] - 446:18
**ones** [3] - 501:22, 503:12
**open** [4] - 404:5, 456:1, 463:1, 517:14
**opened** [6] - 396:2, 427:22, 472:18, 475:1, 476:10, 492:14
**opening** [2] - 460:2, 461:8
**operate** [1] - 413:25
**operated** [3] - 403:8, 403:9, 403:11
**operation** [2] - 402:13, 403:12
**opinion** [7] - 402:22, 402:23, 403:11, 403:14, 403:15, 403:20, 486:6
**opinions** [1] - 403:2
**opportunity** [2] - 394:3, 460:18
**opposed** [1] - 459:16
**optimization** [2] - 400:17, 400:22
**order** [3] - 394:25, 396:2, 435:3
**Orellana** [18] - 397:16, 399:4, 399:13, 400:18, 402:20, 404:3, 404:17, 404:20, 404:22, 405:5, 405:12, 405:24, 407:11, 407:25, 410:7, 410:11, 416:11, 522:5
**organized** [1] - 480:15
**originals** [2] - 494:6, 494:8
**otherwise** [1] - 418:2
**outer** [1] - 475:4
**outside** [8] - 464:10, 472:16, 487:14, 488:2, 496:5, 497:11, 507:14, 514:14
**overruled** [4] - 486:16, 486:20, 487:3, 491:2
**overseas** [2] - 490:14, 490:16
**owner** [2] - 426:14, 427:8

**P**

**P-A-R-K-H-I-L-L** [1] - 483:16
**Paccione** [4] - 456:9, 488:13, 488:15, 488:16
**package** [37] - 466:23, 467:19, 468:9, 469:9, 469:11, 469:21, 472:3, 472:16, 472:17, 472:18, 473:8, 473:17, 474:1, 474:9, 474:12, 475:1, 475:5, 475:9, 475:13, 475:18, 475:25, 476:10, 476:11, 476:13, 492:13, 492:21, 493:4, 493:7, 493:9, 494:25, 503:16, 503:17, 506:18, 509:19, 510:3, 510:4, 510:11
**packages** [7] - 459:12, 465:13, 465:21, 469:13, 493:16, 501:24, 503:13
**packet** [1] - 445:1
**page** [58] - 420:21, 423:16, 423:19, 423:20, 423:21, 424:2, 424:3, 424:8, 425:4, 429:5, 429:15, 429:19, 433:3, 433:6, 433:8, 433:16, 442:2, 452:18, 454:24, 455:19, 458:20, 462:25, 463:23, 463:24, 463:25, 466:20, 468:8, 468:9, 468:15, 468:17, 468:19, 469:6, 471:2, 471:16, 471:17, 473:1, 473:2, 473:3, 473:23, 474:22, 474:24, 481:7, 482:18, 483:24, 484:21, 487:11, 487:18, 494:12, 504:17, 507:23, 508:2, 508:4, 508:16, 509:17, 509:19
**pages** [1] - 508:15
**paid** [1] - 471:23
**painting** [1] - 461:23
**parade** [1] - 395:9
**pardon** [1] - 406:20
**parked** [1] - 506:11
**Parkhill** [4] - 483:16, 516:18, 517:16, 521:8
**parking** [1] - 508:19
**part** [12] - 397:1, 397:23, 437:6, 442:1, 442:22, 453:16, 460:1, 460:3, 475:4, 512:9
**partially** [1] - 512:7
**participate** [1] - 489:15
**participated** [1] - 496:14

**participation** [2] - 460:23, 460:24
**particular** [9] - 407:21, 408:17, 410:3, 419:15, 420:9, 439:21, 440:5, 469:19, 487:18
**particularly** [2] - 427:7, 457:7
**parties** [4] - 446:7, 446:12, 447:9, 452:12
**parties'** [3] - 447:7, 447:16, 447:23
**Paso** [2] - 436:9, 436:18
**past** [1] - 490:5
**Pause** [4] - 435:14, 511:1, 511:20, 517:23
**pause** [2] - 393:11, 401:10
**paying** [1] - 497:22
**payments** [1] - 427:25
**PCS** [11] - 401:8, 405:12, 405:19, 406:2, 406:15, 410:17, 411:16, 411:20, 412:5, 412:23, 413:9
**people** [6] - 441:1, 441:21, 450:14, 489:11, 499:11, 502:12
**perfectly** [1] - 402:21
**performance** [2] - 400:17, 400:22
**perhaps** [1] - 459:19
**period** [7] - 437:5, 466:12, 488:1, 489:5, 491:5, 493:17, 510:1
**permission** [1] - 404:21
**permitted** [3] - 394:25, 403:1, 403:22
**permitting** [1] - 434:23
**permutation** [1] - 493:17
**person** [26] - 403:8, 409:19, 410:3, 412:6, 427:21, 436:24, 451:13, 459:15, 459:22, 467:19, 470:17, 471:6, 471:23, 485:25, 486:24, 488:16, 488:19, 489:13, 494:21, 494:22, 498:23, 503:16, 510:7, 510:9, 514:3
**personal** [6] - 395:12, 450:7, 450:10, 450:18, 450:24, 498:25
**personally** [7] - 401:19, 401:21, 413:14, 414:10, 489:15, 495:24, 499:11
**pertaining** [1] - 457:1
**PETER** [1] - 392:8
**Peter** [38] - 393:3, 446:17, 447:20, 447:22, 449:9, 450:4, 451:12, 451:19, 453:8, 453:20, 454:8, 454:15, 456:9, 478:1, 478:14, 485:10, 485:15, 485:24, 486:3, 487:15, 487:22, 488:13, 489:24, 490:1, 490:6, 491:24, 492:4, 497:12, 498:8, 498:11, 499:9, 502:22, 506:4, 506:13, 506:21, 508:7, 508:13, 510:14
**phone** [59] - 395:12, 395:13, 397:1, 407:12, 408:11, 409:23, 410:4, 411:5, 412:6, 412:7, 415:1, 417:25, 418:1, 418:21, 419:8, 419:24, 427:21, 427:24, 429:6, 429:7, 437:12, 438:11, 441:9, 441:10, 447:25, 449:17, 450:7, 450:10, 450:19, 450:24, 451:2, 452:11, 453:22, 467:4, 467:6, 467:9, 467:11, 467:12, 467:13, 474:15, 474:20, 479:4, 480:3, 492:9, 494:18, 494:19, 495:12, 495:17, 495:19, 496:1, 497:12, 497:14, 498:25, 499:11, 500:10, 500:13, 500:15, 500:17, 500:18
**phones** [1] - 492:4
**photo** [5] - 406:8, 406:23, 471:22, 475:17, 514:16
**photograph** [6] - 413:3, 413:6, 413:8, 471:23, 514:11, 514:13
**photographed** [4] - 472:13, 472:15, 475:24, 476:3
**photographs** [4] - 470:9, 472:11, 507:6, 507:8
**photos** [4] - 470:13, 471:7, 472:8, 476:1
**physically** [1] - 464:20
**pick** [6] - 400:13, 412:17, 462:9, 464:14, 464:18, 510:11
**picked** [4] - 464:22, 478:23, 497:13, 502:16
**picture** [20] - 413:9, 429:22, 470:17, 471:2, 473:5, 473:7, 475:1, 475:3, 475:4, 475:7, 497:21, 507:22, 508:8, 508:17, 508:21, 508:24, 509:2, 509:5, 509:6, 509:12
**pictures** [3] - 470:20, 473:22, 509:11
**pieces** [1] - 477:4
**pinpoint** [1] - 420:11
**place** [5] - 408:13, 458:1, 461:2, 515:12, 518:25
**placed** [9] - 404:12, 412:17, 412:25, 414:1, 419:14, 420:2, 420:6, 473:9, 486:24
**plan** [3] - 430:11, 430:21, 431:20
**plastic** [1] - 476:19
**play** [17] - 397:11, 398:9, 408:21, 421:9, 421:14, 421:17, 424:5, 425:17, 432:23, 434:13, 449:17, 450:5, 450:7, 453:9, 453:15, 453:21, 463:5
**played** [23] - 394:21, 395:11, 398:7, 426:11, 426:12, 426:23, 427:4, 434:5, 434:10, 434:19, 434:20, 439:17, 453:12, 453:18, 454:3, 454:10, 454:19, 459:6, 459:20, 464:2, 485:5, 485:12, 485:17
**playing** [25] - 398:10, 398:12, 421:21, 422:12, 422:14, 423:10, 423:12, 423:14, 423:25, 425:1, 425:3, 425:9, 425:12, 425:15, 425:20, 432:20, 433:24, 444:1, 449:19, 449:23, 452:12, 453:25, 460:8, 461:15, 463:10
**plays** [17] - 423:2, 423:9, 423:24, 424:7, 425:7, 425:18, 440:20, 441:6, 441:16, 442:5, 443:3, 444:3, 444:20, 450:1, 450:20, 450:25, 452:16
**Plaza** [2] - 392:18, 392:23
**point** [18] - 394:6, 406:18, 413:1, 413:3, 414:10, 414:12, 417:18, 418:4, 421:4, 430:3, 432:9, 486:3, 490:19, 495:13, 513:1, 513:4, 513:22
**pointed** [1] - 416:11
**pointing** [2] - 416:13, 468:11

**pole** [2] - 413:12, 413:22
**police** [1] - 497:7
**Polytechnic** [1] - 402:9
**Ponzi** [1] - 449:6
**porch** [3] - 508:14, 509:13, 514:9
**portion** [15] - 414:18, 421:17, 424:1, 433:25, 434:4, 434:20, 449:17, 454:2, 458:13, 460:7, 460:8, 462:9, 463:5, 479:14, 479:15
**portions** [5] - 406:2, 421:13, 433:23, 434:17, 461:14
**pose** [1] - 501:9
**position** [1] - 505:19
**possibly** [1] - 489:13
**Post** [7] - 465:1, 465:12, 465:25, 466:4, 466:11, 470:19, 472:2
**post** [3] - 493:22, 493:25, 501:20, 502:1, 503:9, 503:19
**postage** [5] - 469:19, 469:21, 470:17, 471:23, 497:22
**postal** [7] - 448:23, 506:10, 506:12, 506:14, 507:24, 508:18, 512:8, 512:10, 512:12, 512:14, 513:2, 513:5, 513:9, 514:6, 516:5, 516:11, 521:2
**Postal** [9] - 438:5, 438:7, 438:10, 448:20, 448:22, 469:22, 470:1, 470:4, 470:15
**postman** [1] - 506:14
**power** [3] - 409:16, 412:12, 413:25
**practice** [3] - 466:11, 470:16, 470:19
**precise** [2] - 398:5, 496:25
**predict** [1] - 520:6
**predicted** [1] - 520:9
**prejudice** [3] - 395:23, 395:24, 396:4
**preparation** [4] - 404:7, 405:7, 405:15, 496:14
**prepared** [1] - 393:19
**present** [8] - 396:5, 398:21, 435:17, 456:17, 464:20, 478:23, 484:15, 517:24
**presented** [3] - 396:24, 486:1, 518:18
**presenting** [1] - 434:7
**pretrial** [1] - 394:24
**pretty** [1] - 401:25
**prevails** [2] - 455:8, 455:9
**previously** [4] - 395:4, 396:9, 405:16, 518:3
**primarily** [2] - 408:15, 520:19
**printed** [1] - 479:14
**prison** [1] - 394:20
**probable** [1] - 518:19
**problem** [5] - 403:7, 421:23, 430:17, 431:16, 503:23
**problematic** [1] - 430:17
**problems** [1] - 501:9
**proceed** [10] - 399:1, 399:14, 421:8, 436:3, 448:15, 461:11, 463:2, 484:9, 484:11, 505:10
**proceeding** [1] - 393:14
**Proceedings** [1] - 392:25

process [1] - 464:12
produced [1] - 392:25
profession [1] - 436:16
profile [1] - 513:14
prohibited [1] - 433:21
promises [1] - 430:12
promptest [1] - 398:24
promptness [1] - 520:12
propensity [3] - 428:19, 439:20, 440:4
properly [1] - 402:22
property [1] - 452:1
prospective [1] - 426:3
prospectively [1] - 395:16
protestation [1] - 429:8
prove [2] - 395:6, 433:23
proved [1] - 396:7
provided [2] - 401:18, 446:21
providing [1] - 398:2
proving [2] - 433:22, 439:22
proximity [1] - 406:11
publish [4] - 405:10, 405:14, 410:6, 412:19
published [17] - 466:19, 468:12, 468:22, 469:8, 471:1, 471:15, 471:25, 472:25, 473:25, 474:25, 476:9, 477:11, 479:12, 480:14, 481:10, 481:16, 482:1
pull [1] - 465:13
pulled [3] - 494:1, 502:1, 506:12
purchase [1] - 447:2
purchased [3] - 469:19, 469:21, 469:25
purchases [2] - 457:2, 457:4
Purnavel [20] - 438:10, 438:11, 448:7, 448:12, 448:19, 449:24, 450:3, 451:7, 453:3, 454:11, 456:3, 458:4, 469:20, 471:4, 473:7, 484:18, 498:20, 517:9, 517:20, 517:25
purporting [1] - 431:5
purpose [38] - 396:19, 428:4, 428:5, 428:6, 428:7, 428:10, 428:19, 428:21, 428:22, 429:17, 430:3, 430:5, 430:20, 430:24, 430:25, 431:4, 431:11, 432:11, 433:25, 439:19, 439:20, 439:22, 439:23, 440:3, 440:7, 445:23, 446:1, 459:17, 462:6, 462:7, 462:10, 462:14, 463:20, 497:8
purposes [2] - 429:14, 460:21
pursuant [3] - 402:11, 434:5, 518:13
pursue [1] - 397:17
put [8] - 396:11, 404:19, 425:13, 454:1, 456:14, 476:11, 477:5

## Q

qualify [1] - 402:12
quality [6] - 407:16, 408:12, 409:1, 409:16, 409:21, 426:2
Queens [1] - 402:5
questioned [1] - 431:14

questioning [1] - 519:11
questions [20] - 418:25, 420:13, 431:21, 445:12, 445:15, 455:3, 464:5, 482:8, 498:14, 498:20, 500:9, 500:23, 501:11, 503:3, 503:8, 504:1, 510:15, 515:2, 515:23, 519:23
quicker [1] - 520:8
quickly [2] - 393:15, 483:17
quite [1] - 398:24
quote [2] - 495:13, 501:18

## R

radio [9] - 400:4, 400:5, 400:10, 400:11, 402:2, 407:20, 408:1, 408:15
radius [2] - 420:5, 420:10
raise [1] - 399:5
raised [1] - 459:4
range [5] - 414:2, 414:5, 420:2, 490:25, 491:3
Rapaport [10] - 471:10, 471:12, 471:17, 491:20, 491:25, 492:2, 497:21, 498:1, 498:9, 498:12
rather [3] - 461:1, 481:19, 493:16
reach [1] - 437:11
read [11] - 430:18, 435:4, 445:20, 446:13, 446:25, 447:1, 447:8, 447:17, 495:2, 495:8
reading [1] - 480:10
ready [11] - 393:21, 394:16, 398:19, 399:1, 434:25, 435:11, 435:15, 448:6, 484:3, 484:7, 484:11
real [8] - 397:10, 447:6, 451:13, 451:18, 452:7, 454:4, 454:20, 460:10
really [5] - 395:21, 398:4, 401:25, 408:1, 419:24
reason [1] - 457:7
reasonable [1] - 396:7
reasons [1] - 396:10
rebut [1] - 460:9
recalled [1] - 517:25
receipt [3] - 479:4, 479:6, 480:21
receivable [1] - 428:5
receive [3] - 401:14, 441:9, 458:17
Received [4] - 439:14, 443:24, 448:3, 507:19
received [35] - 401:3, 402:15, 407:9, 408:4, 408:7, 409:24, 414:23, 421:16, 428:19, 428:22, 430:3, 430:4, 430:24, 430:25, 432:11, 439:19, 439:22, 439:23, 440:2, 440:6, 445:22, 445:25, 446:1, 463:20, 466:17, 470:24, 472:23, 473:20, 476:7, 477:9, 479:10, 486:12, 491:5, 509:19
receives [2] - 407:13, 409:19
receiving [3] - 428:4, 428:7, 437:9
recess [11] - 421:3, 421:6, 482:13, 482:14, 483:23, 517:3, 517:4, 517:6, 517:13, 517:18, 520:4

recessed [1] - 521:12
recipient [3] - 466:25, 474:12, 474:14
recite [1] - 446:9
recognize [26] - 397:25, 432:16, 438:2, 438:21, 440:23, 441:18, 443:10, 444:5, 451:6, 458:8, 465:18, 467:6, 470:11, 471:6, 471:11, 472:8, 473:14, 474:17, 475:22, 476:22, 480:4, 481:2, 481:4, 499:13, 502:11, 502:20
recollection [3] - 461:8, 489:9, 491:12
reconsider [1] - 395:1
record [14] - 394:14, 397:24, 399:11, 416:10, 418:17, 435:25, 438:11, 440:23, 457:21, 457:23, 474:8, 505:8, 511:15, 520:12
recorded [2] - 392:25, 429:6, 439:10, 443:20, 447:21, 458:13, 458:14, 460:6
recording [4] - 429:17, 433:13, 439:17, 439:18, 441:19, 443:16, 444:15, 444:18, 452:13, 452:14, 452:15, 453:2
recordings [6] - 426:22, 427:4, 439:5, 485:5, 486:1, 486:22
records [16] - 400:8, 404:11, 405:2, 407:2, 409:25, 410:1, 410:18, 410:20, 411:22, 414:20, 465:12, 469:3, 477:24, 490:20, 493:22, 493:23
recovered [3] - 490:5, 491:24, 504:10
RECROSS [8] - 501:14, 504:4, 516:3, 518:7, 522:16, 522:18, 522:24, 523:2
RECROSS-EXAMINATION [8] - 501:14, 504:4, 516:3, 518:7, 522:16, 522:18, 522:24, 523:2
redirect [3] - 420:16, 498:16, 518:23
REDIRECT [6] - 498:18, 503:6, 515:5, 522:15, 522:17, 522:23
Redweld [3] - 438:14, 458:3, 507:2
reference [3] - 396:25, 426:23, 439:18
referenced [2] - 394:19, 460:17
references [6] - 416:4, 459:5, 459:15, 459:21, 461:7, 461:9
referred [2] - 438:9, 448:1
referring [4] - 426:8, 471:3, 485:20, 501:22
reflect [6] - 406:1, 406:10, 406:15, 428:12, 439:6, 443:16
reflecting [1] - 428:16
refresh [2] - 395:3, 489:9
regard [1] - 486:18
regarding [4] - 394:21, 426:10, 497:19, 501:16
regardless [1] - 508:21
regular [4] - 466:11, 470:16, 470:19
related [1] - 499:24
relating [4] - 428:12, 491:16, 491:19, 519:8
relation [1] - 397:2
relative [3] - 409:21, 420:6, 426:22
relevant [5] - 428:7, 428:10, 454:2, 460:12, 496:20

**reliance** [2] - 396:2, 427:22
**remaining** [1] - 393:17
**remains** [1] - 396:6
**remember** [9] - 446:3, 446:7, 488:3, 497:24, 500:7, 500:9, 500:23, 502:13, 511:11
**remodeled** [1] - 461:23
**Renald** [3] - 481:6, 481:9, 521:6
**repeat** [2] - 408:5, 491:21
**Reporter** [1] - 392:22
**reporter** [1] - 410:12
**reports** [2] - 496:10, 510:21
**represent** [1] - 411:16
**represented** [2] - 429:11, 429:12
**representing** [3] - 428:9, 428:23, 428:24
**request** [3] - 432:19, 432:22, 459:18
**requests** [1] - 433:18
**researched** [2] - 470:1, 470:15
**residence** [24] - 456:4, 464:16, 464:17, 487:7, 487:14, 487:15, 489:2, 489:12, 489:16, 489:24, 490:2, 490:6, 490:9, 490:11, 497:6, 512:19, 513:3, 513:10, 513:11, 513:12, 513:19, 514:14, 518:12, 519:9
**residents** [1] - 489:7
**Resources** [1] - 399:24
**respect** [2] - 428:3, 429:13
**respective** [2] - 446:18, 447:20
**respond** [1] - 395:25
**response** [1] - 497:4
**responsibilities** [1] - 505:19
**rest** [1] - 393:19
**result** [2] - 395:22, 488:12
**resume** [1] - 482:14
**retained** [1] - 400:7
**retired** [1] - 436:17
**return** [1] - 452:10
**returning** [1] - 426:6
**review** [3] - 405:7, 405:16, 465:12
**reviewed** [8] - 404:7, 410:18, 411:22, 465:25, 494:1, 496:9, 496:12
**RF** [9] - 399:21, 400:1, 400:3, 400:16, 407:20, 407:23, 407:25, 413:12, 413:13
**Rich** [2] - 457:18, 464:6
**right-hand** [2] - 407:1, 508:10
**ripped** [1] - 477:4
**Robles** [2] - 436:9, 436:18
**Rockford** [8] - 397:6, 397:8, 398:5, 431:7, 431:22, 432:6, 436:20, 436:25
**role** [1] - 408:21
**Ronald** [1] - 447:11
**Ronnie** [1] - 521:1
**room** [4] - 490:12, 491:24, 492:4, 492:9
**rotten** [1] - 501:7
**roundabout** [1] - 464:15
**routed** [1] - 419:16
**Rucker** [1] - 429:3

**Rudolph** [1] - 392:22
**Rule** [2] - 396:7, 402:11
**rule** [2] - 403:1, 403:2
**ruled** [1] - 396:10
**ruler** [3] - 473:6, 473:7, 473:9
**Rules** [1] - 402:11
**ruling** [4] - 427:23, 434:2, 434:6, 434:22
**runs** [1] - 435:2
**Ruslan** [5] - 471:10, 471:12, 471:17, 491:20, 491:25

# S

**S-1** [3] - 446:16, 447:24, 523:10
**S-2** [3] - 447:8, 447:25, 523:10
**S-3** [4] - 447:17, 447:25, 448:1, 523:10
**S-L-A-L-I** [1] - 463:16
**S-Z-W-A-L-E-K** [1] - 483:13
**SA** [1] - 463:25
**Sanders** [2] - 444:14, 444:15
**Sanitation** [1] - 464:13
**Santo** [21] - 397:12, 430:13, 437:24, 439:7, 441:2, 441:10, 441:22, 441:23, 442:12, 444:8, 447:22, 451:13, 451:18, 452:7, 453:8, 453:14, 453:23, 454:4, 454:14, 454:20
**sat** [1] - 496:17
**satisfy** [1] - 395:20
**save** [2] - 466:11, 470:19
**saves** [1] - 446:10
**saw** [7] - 405:21, 413:10, 418:5, 506:23, 507:14, 508:22, 512:24
**scanning** [1] - 407:14
**scans** [1] - 407:15
**scheduling** [3] - 393:5, 393:14, 520:16
**scheme** [14] - 395:19, 397:2, 397:6, 397:8, 397:10, 398:2, 398:5, 427:14, 430:11, 430:20, 449:6, 459:10, 459:13, 460:24
**schemes** [5] - 395:3, 396:14, 431:18, 449:6, 449:7
**school** [1] - 402:7
**science** [1] - 486:17
**Science** [1] - 402:8
**scientific** [1] - 486:23
**Scott** [4] - 456:9, 488:13, 488:15, 488:16
**scruffy** [1] - 506:8
**search** [23] - 456:16, 456:18, 456:19, 472:20, 473:17, 489:1, 489:15, 489:19, 489:22, 491:16, 492:8, 492:10, 498:4, 498:8, 499:25, 500:3, 500:10, 500:12, 501:23, 518:13, 518:25, 519:5, 519:15
**searched** [4] - 487:6, 498:12, 518:11, 519:18
**seated** [1] - 399:9
**SEC** [1] - 438:9
**second** [3] - 393:5, 401:10, 423:19,

450:8, 463:23, 463:24, 463:25, 468:2, 468:8, 471:3, 481:7, 488:14
**seconds** [22] - 398:14, 421:22, 422:12, 423:15, 424:5, 424:6, 425:12, 432:20, 432:23, 441:4, 442:4, 449:24, 452:13, 452:14, 453:11, 453:17, 454:1, 463:7, 463:8
**sector** [19] - 413:10, 416:9, 416:17, 416:20, 416:23, 417:1, 417:7, 417:10, 417:13, 417:16, 417:20, 417:21, 418:9, 418:10, 418:13, 418:16, 418:20, 418:24
**Security** [7] - 427:18, 457:18, 464:6, 478:3, 478:4, 505:14, 505:16
**see** [33] - 398:14, 412:1, 413:11, 415:17, 415:20, 415:22, 415:23, 426:14, 427:25, 458:5, 466:20, 473:11, 473:23, 480:10, 480:15, 481:9, 483:21, 497:9, 497:11, 504:9, 506:5, 508:5, 508:10, 508:19, 508:21, 509:11, 510:11, 512:12, 512:14, 516:6, 520:11, 520:12, 521:10
**sees** [1] - 408:20
**segment** [1] - 459:20
**seized** [3] - 489:18, 490:17, 499:24
**selection** [4] - 423:12, 453:9, 453:21, 453:25
**selects** [1] - 407:17
**sell** [1] - 442:22
**send** [3] - 413:12, 413:24, 504:9
**sender** [4] - 466:22, 468:9, 471:18, 474:1
**sending** [2] - 467:19, 510:9
**sends** [2] - 407:20, 413:13
**SENIOR** [1] - 392:13
**sent** [11] - 445:1, 447:11, 459:12, 466:13, 467:21, 468:3, 468:20, 493:15, 493:16, 510:4, 510:5
**sentence** [1] - 454:18
**separate** [3] - 404:3, 415:13, 415:14
**September** [11] - 425:3, 425:10, 425:11, 425:21, 442:21, 443:1, 443:18, 444:2, 444:10, 444:18
**sequence** [1] - 519:11
**series** [2] - 419:7, 507:6
**serious** [1] - 430:5
**serve** [21] - 409:3, 411:6, 411:23, 411:25, 413:25, 414:6, 415:5, 416:8, 416:16, 416:19, 416:22, 416:25, 417:3, 417:9, 417:12, 417:15, 418:8, 418:12, 418:15, 418:19, 418:22
**served** [6] - 408:13, 412:2, 412:24, 416:9, 417:18, 419:19, 419:25, 420:6
**Service** [6] - 438:5, 438:8, 438:10, 448:20, 470:1, 470:15
**service** [3] - 418:19, 446:21, 495:22
**serving** [3] - 407:17, 409:20, 410:2
**session** [13] - 416:6, 416:15, 416:18, 416:21, 417:2, 417:8, 417:11, 417:14, 417:17, 418:7, 418:11, 418:14, 418:18
**set** [2] - 464:13, 503:23

**seven** [5] - 405:10, 423:16, 433:6, 433:7
**Seventh** [1] - 429:5
**several** [7] - 398:1, 429:6, 429:22, 444:25, 482:2, 483:4, 512:4
**shall** [1] - 415:17
**Sheepshead** [1] - 410:16
**shield** [1] - 508:19
**shipments** [1] - 497:23
**ships** [1] - 462:2
**short** [5] - 393:21, 396:3, 450:5, 466:12, 520:7
**shorter** [1] - 453:9
**shortly** [2] - 506:13, 506:16
**show** [7] - 404:17, 410:15, 411:11, 427:20, 432:21, 480:12, 481:23
**showing** [6] - 405:24, 430:20, 461:14, 469:7, 471:2, 509:5
**shown** [2] - 411:17, 460:22
**shows** [1] - 427:23
**shut** [6] - 500:6, 500:7, 500:13, 518:24, 519:2, 519:10
**Side** [1] - 462:24
**side** [11] - 410:10, 454:21, 455:1, 455:18, 459:1, 475:3, 475:4, 475:7, 479:15, 487:2, 513:14
**signal** [16] - 407:15, 407:16, 407:23, 407:24, 408:11, 408:12, 408:14, 408:15, 408:19, 409:1, 409:21, 412:15, 412:16, 413:24, 418:6
**signals** [1] - 437:10
**signed** [3] - 447:7, 447:15, 447:23
**significance** [2] - 403:4, 403:16
**similar** [2] - 395:3, 452:7
**simply** [7] - 396:7, 397:21, 397:23, 421:12, 426:18, 432:15, 447:17
**siren** [3] - 497:7, 497:13, 497:17
**site** [62] - 397:15, 400:8, 400:12, 400:13, 400:14, 400:15, 400:23, 402:13, 404:13, 404:15, 405:1, 405:21, 406:15, 407:17, 407:18, 407:19, 408:6, 408:9, 408:12, 408:13, 408:18, 409:1, 409:12, 409:15, 409:18, 409:20, 409:24, 410:1, 410:2, 410:18, 410:19, 410:21, 411:2, 411:3, 411:22, 412:8, 412:24, 413:9, 413:11, 413:14, 414:4, 414:5, 414:23, 415:1, 416:7, 416:13, 416:16, 416:19, 416:22, 416:25, 417:3, 417:15, 417:23, 418:12, 418:15, 418:19, 418:22, 420:7, 426:15
**sites** [30] - 401:12, 401:19, 401:22, 402:4, 403:16, 403:17, 405:19, 406:2, 406:10, 407:15, 408:3, 408:24, 408:25, 410:17, 411:7, 411:16, 411:23, 412:2, 412:6, 412:12, 413:19, 413:20, 414:3, 414:15, 417:19, 418:5, 419:19
**sitting** [1] - 495:11
**six** [8] - 398:10, 416:9, 418:9, 424:6, 442:3, 449:16, 501:23
**sixth** [1] - 474:22

**size** [1] - 473:8
**skipping** [2] - 424:1, 424:3
**Slali** [38] - 456:13, 456:17, 456:25, 457:2, 457:7, 457:15, 457:19, 458:12, 459:6, 460:2, 460:23, 461:3, 461:8, 461:9, 461:19, 461:23, 462:1, 462:11, 463:13, 463:14, 463:15, 463:21, 464:4, 464:7, 469:14, 488:21, 488:22, 493:2, 493:17, 494:25, 497:23, 507:1, 509:15, 510:8, 513:19, 514:4, 514:6, 514:14
**Slali's** [7] - 456:22, 457:11, 459:21, 460:21, 492:9, 494:13, 501:24
**sleeping** [1] - 457:14
**sleeve** [1] - 476:20
**slightly** [1] - 409:17
**Sloli** [1] - 469:12
**Slolli** [3] - 467:1, 467:2, 467:4
**slow** [2] - 400:18, 425:5
**small** [2] - 413:25, 414:2
**smaller** [2] - 409:13, 453:15
**so-called** [1] - 427:3
**Social** [3] - 427:18, 478:3, 478:4
**solely** [2] - 430:25, 439:23
**Solli** [1] - 469:12
**someone** [2] - 394:19, 502:17
**sometimes** [5] - 409:3, 445:25, 446:7, 520:7
**somewhere** [1] - 461:11
**sorry** [19] - 406:20, 410:14, 419:10, 419:21, 422:25, 426:7, 433:1, 458:19, 460:13, 461:6, 474:24, 477:18, 480:7, 483:6, 491:14, 512:9, 513:6, 514:13, 516:2
**Sorry** [1] - 455:12
**sort** [1] - 476:25
**sorts** [1] - 430:12
**sound** [5] - 422:23, 426:2, 435:12, 452:7, 464:7
**sounded** [1] - 444:13
**Southern** [1] - 444:14
**speaker** [1] - 428:22
**speaking** [14] - 407:19, 408:10, 409:18, 409:20, 409:23, 414:14, 418:21, 432:24, 438:11, 441:1, 441:21, 444:12, 464:3, 502:12
**Special** [5] - 461:17, 483:12, 483:15, 505:2, 516:17
**special** [4] - 403:21, 486:12, 505:13, 515:7
**specific** [4] - 419:14, 419:15, 419:25, 420:11
**specifically** [1] - 420:1
**specified** [1] - 396:10
**spell** [7] - 399:10, 435:24, 437:25, 440:12, 448:11, 479:20, 505:7
**spelled** [2] - 463:16, 466:9
**Spin** [1] - 431:25
**spoken** [3] - 451:17, 478:16, 502:9, 502:22
**Sprint** [1] - 401:8

**stack** [2] - 470:5, 476:17
**stand** [7] - 399:5, 400:3, 407:25, 409:4, 410:11, 413:16, 470:3
**standard** [1] - 396:8
**standing** [8] - 508:12, 508:14, 508:18, 509:13, 512:2, 512:6, 512:16, 513:8
**stands** [2] - 400:4, 409:6
**start** [10] - 395:18, 417:22, 422:22, 423:1, 433:3, 440:17, 441:3, 441:15, 454:17, 485:22
**started** [3] - 404:15, 446:3, 457:3
**starting** [7] - 422:11, 424:4, 442:3, 443:1, 454:9, 454:17, 463:23
**starts** [2] - 433:8, 509:4
**state** [5] - 399:10, 435:24, 436:18, 448:11, 505:7
**statement** [4] - 406:25, 414:20, 433:14, 461:8
**statements** [4] - 490:1, 490:14, 490:16, 491:5
**Staten** [14] - 402:5, 406:3, 406:6, 406:16, 411:15, 411:16, 412:3, 412:8, 412:16, 412:22, 456:4, 467:3, 506:2, 510:5
**STATES** [3] - 392:1, 392:4, 392:13
**States** [17] - 392:7, 392:16, 392:17, 393:3, 399:3, 429:3, 429:4, 429:15, 429:19, 435:20, 446:17, 447:19, 448:5, 448:20, 448:22, 505:2, 516:17
**static** [1] - 423:5
**stating** [1] - 486:6
**station** [4] - 466:6, 466:7, 466:8, 503:10
**stationary** [1] - 408:10
**status** [3] - 459:8, 459:15, 459:21
**stay** [1] - 515:14
**stayed** [1] - 515:16
**stenography** [1] - 392:25
**step** [4] - 404:20, 404:22, 410:7, 443:5
**steps** [2] - 410:8, 456:21
**still** [3] - 424:3, 508:25, 509:12
**stipulated** [4] - 446:16, 447:9, 447:19, 452:11
**stipulating** [1] - 395:14
**stipulation** [4] - 394:20, 446:2, 446:6, 447:17
**Stipulation** [1] - 447:8
**stipulations** [4] - 393:9, 445:20, 446:15, 483:10
**stood** [1] - 514:9
**stop** [3] - 432:22, 433:12, 437:8
**stopped** [9] - 437:9, 441:4, 453:12, 453:18, 454:3, 454:10, 454:19, 464:2, 498:1
**stops** [19] - 423:2, 423:9, 423:24, 424:7, 425:8, 425:19, 440:21, 441:7, 441:17, 442:6, 443:4, 444:4, 444:21, 450:2, 450:21, 451:1, 451:3, 451:4, 452:17
**story** [1] - 397:23

**straight** [1] - 513:9
**Strategic** [1] - 399:24
**stream** [1] - 476:12
**Street** [6] - 447:4, 454:11, 468:1, 468:5, 468:13, 474:4
**streets** [1] - 459:11
**strength** [9] - 407:16, 407:23, 407:24, 408:11, 408:14, 408:15, 408:19, 409:21, 418:6
**stretches** [5] - 452:12, 453:10, 453:17, 453:25, 463:6
**stronger** [2] - 407:23, 413:19
**strongest** [5] - 407:14, 407:15, 407:16, 408:11, 408:12
**structure** [1] - 416:12
**studied** [1] - 486:17
**stuff** [4] - 501:18, 501:19, 502:3, 502:5
**subject** [3] - 394:24, 395:4, 428:15
**submitted** [4] - 486:22, 487:16, 494:8, 502:6
**subscriber** [4] - 450:8, 495:13, 495:15, 495:22
**substantive** [3] - 430:13, 459:16, 460:16
**successful** [2] - 429:1, 430:2
**successfully** [1] - 428:17
**sufficient** [1] - 403:18
**suggested** [1] - 394:5
**suggesting** [1] - 432:6
**suggestion** [1] - 460:9
**Suite** [1] - 447:15
**sum** [3] - 393:21, 426:16, 427:3
**summaries** [1] - 480:13
**summary** [2] - 480:15, 481:24
**superintendent** [1] - 436:17
**surely** [1] - 517:22
**surgeon** [1] - 403:11
**surveillance** [21] - 456:5, 457:4, 464:16, 471:12, 478:21, 488:2, 488:10, 488:12, 488:17, 493:4, 493:6, 496:5, 496:24, 505:23, 505:25, 506:1, 507:12, 509:22, 510:22, 514:16, 514:18
**surveillances** [2] - 451:25, 452:1
**surveilling** [1] - 510:1
**sustained** [5] - 455:4, 457:10, 499:18, 519:17, 519:21
**Swanson** [3] - 416:7, 416:15, 417:17
**sweatsuit** [1] - 508:7
**switch** [4] - 404:13, 404:15, 405:12, 410:9
**Switzerland** [1] - 442:18
**sworn** [5] - 435:22, 446:4, 448:9, 505:5, 518:4
**sworn/affirmed** [1] - 399:7
**System** [2] - 413:17
**Szwalek** [6] - 483:12, 505:3, 505:9, 505:13, 505:17, 515:7

**T**

**T-Mobile** [1] - 401:17
**tab** [10] - 422:16, 423:13, 425:4, 440:11, 440:18, 441:13, 450:14, 450:16, 463:12, 463:24
**tabs** [2] - 422:4, 463:18
**talker** [1] - 425:5
**talks** [1] - 427:24
**tall** [1] - 412:14
**taller** [1] - 408:19
**tape** [41] - 397:12, 398:9, 398:11, 398:13, 421:11, 421:16, 421:19, 421:21, 422:12, 422:22, 423:2, 423:9, 423:24, 424:7, 428:16, 432:20, 432:21, 432:24, 432:25, 434:10, 434:14, 439:17, 439:25, 440:1, 440:2, 441:3, 444:4, 444:5, 444:10, 450:11, 451:3, 454:17, 459:3, 459:5, 460:15, 460:20, 460:25
**Tape** [26] - 425:7, 425:8, 425:18, 425:19, 440:20, 440:21, 441:6, 441:7, 441:16, 441:17, 442:5, 442:6, 443:3, 443:4, 444:3, 444:20, 444:21, 450:1, 450:2, 450:20, 450:21, 450:25, 451:1, 451:4, 452:16, 452:17
**tape-recording** [1] - 439:17
**taped** [1] - 477:6
**tapes** [29] - 395:12, 398:6, 398:7, 398:9, 398:11, 398:16, 421:9, 425:21, 426:1, 426:17, 426:18, 426:22, 428:4, 428:5, 428:7, 428:10, 428:11, 428:21, 428:25, 430:23, 431:1, 431:6, 431:11, 432:10, 432:12, 432:14, 432:15, 445:22, 445:24
**task** [1] - 400:16
**tasks** [1] - 400:11
**Team** [2] - 449:2, 449:4
**technologies** [5] - 401:1, 401:3, 402:1, 402:2
**technology** [10] - 401:5, 401:7, 401:9, 401:11, 401:16, 401:17, 402:13, 408:22, 409:6, 409:11
**telephone** [20] - 400:25, 427:7, 432:16, 432:17, 490:4, 490:5, 494:13, 494:24, 495:7, 495:10, 495:14, 497:1, 497:4, 498:11, 502:10, 502:11, 502:16, 502:22, 502:25, 517:2
**ten** [5] - 398:12, 421:4, 448:24, 452:6, 517:6
**tends** [1] - 427:20
**terminated** [2] - 417:21, 418:10
**terms** [8] - 396:13, 407:11, 426:2, 426:16, 430:12, 431:20, 491:15
**test** [1] - 460:19
**testified** [8] - 419:15, 426:5, 435:23, 442:7, 448:10, 500:12, 505:6, 518:4
**testifies** [1] - 398:17
**testify** [5] - 403:2, 403:12, 403:22,

427:9, 446:11
**testifying** [5] - 396:13, 397:14, 402:20, 402:22
**testimony** [21] - 395:1, 395:2, 396:4, 396:5, 396:20, 397:7, 397:19, 398:3, 398:4, 398:8, 404:7, 405:7, 405:15, 426:19, 430:10, 432:8, 434:8, 446:4, 462:6, 496:17, 508:22
**testing** [1] - 409:5
**text** [2] - 425:6, 480:23
**THE** [186] - 392:12, 393:2, 393:7, 393:10, 393:24, 394:10, 394:16, 395:25, 396:12, 396:16, 396:19, 396:24, 397:13, 397:17, 398:6, 398:15, 398:19, 398:22, 399:5, 399:9, 399:12, 399:14, 402:15, 402:18, 404:20, 404:23, 404:25, 407:9, 407:25, 408:1, 409:4, 409:5, 410:22, 410:24, 415:20, 415:22, 416:1, 419:1, 420:15, 420:19, 421:3, 421:8, 421:13, 421:16, 421:23, 422:13, 422:17, 422:24, 423:3, 423:5, 423:16, 423:18, 423:21, 423:23, 425:24, 427:10, 428:2, 430:18, 430:23, 431:4, 431:10, 432:10, 432:14, 432:25, 433:11, 433:19, 434:9, 434:12, 434:16, 434:24, 435:6, 435:8, 435:11, 435:16, 435:18, 435:24, 436:1, 436:3, 439:14, 439:16, 440:13, 443:24, 445:2, 445:14, 445:16, 445:18, 445:21, 446:24, 448:3, 448:11, 448:12, 448:15, 450:11, 450:22, 454:23, 455:4, 455:6, 455:8, 455:11, 455:13, 455:17, 457:10, 457:15, 459:25, 460:14, 461:2, 461:5, 461:7, 461:16, 462:6, 462:10, 462:14, 462:17, 462:20, 462:22, 463:2, 463:9, 463:13, 463:15, 463:17, 463:20, 466:17, 470:3, 470:4, 470:24, 472:23, 473:20, 476:7, 477:9, 479:10, 482:10, 482:13, 483:1, 483:4, 483:8, 483:14, 483:19, 483:21, 484:3, 484:6, 484:8, 484:11, 484:13, 484:14, 484:16, 486:16, 486:20, 487:3, 491:2, 498:16, 499:18, 501:12, 503:4, 504:3, 504:7, 504:14, 505:1, 505:7, 505:9, 505:10, 507:19, 510:16, 510:25, 511:16, 515:3, 515:24, 516:2, 516:13, 516:16, 516:21, 516:25, 517:3, 517:6, 517:11, 517:15, 517:18, 517:22, 517:25, 519:17, 519:21, 519:24, 520:1, 520:4, 520:15, 520:22, 521:10
**thereafter** [2] - 506:13, 506:16
**therefore** [1] - 459:11
**thereof** [1] - 493:17
**third** [8] - 425:15, 433:13, 468:17, 468:18, 473:1, 473:3, 473:23, 508:2
**thirteen** [1] - 449:24
**thirty** [6] - 415:7, 415:8, 415:10, 432:20, 432:23, 436:15, 441:4
**thirty-five** [1] - 436:15
**thirty-four** [3] - 415:7, 415:8, 415:10

**thirty-one** [1] - 441:4
**thirty-two** [1] - 436:15
**thousand** [3] - 491:8, 491:9, 491:11
**threat** [1] - 429:17
**three** [18] - 398:11, 414:7, 417:20, 420:8, 420:10, 431:21, 435:1, 436:13, 445:20, 446:4, 446:15, 447:1, 469:1, 495:1, 515:18, 519:1
**Three** [2] - 446:23, 447:2
**throwaway** [3] - 492:4, 492:5, 500:18
**Thursday** [1] - 521:13
**Tibbetts** [1] - 429:15
**tilt** [1] - 404:24
**timeframe** [3] - 488:6, 488:7, 488:17
**timing** [1] - 394:2
**title** [1] - 448:21
**today** [5] - 393:16, 395:14, 453:5, 480:10, 516:23
**together** [2] - 477:5, 477:6
**tomorrow** [8] - 393:16, 520:11, 520:16, 520:18, 520:20, 520:23, 521:10, 521:12
**took** [8] - 456:21, 466:1, 472:11, 476:1, 500:24, 507:8, 514:11, 518:25
**top** [16] - 411:14, 413:3, 413:11, 413:23, 424:4, 425:4, 433:3, 433:8, 442:3, 466:22, 468:9, 479:13, 480:24, 487:11, 487:18, 493:10
**totally** [1] - 395:19
**toward** [1] - 513:5
**towards** [2] - 506:17, 512:19
**tower** [3] - 406:20, 407:18, 409:2, 409:15, 411:18, 414:13, 419:25, 420:6
**tower's** [1] - 420:1
**towers** [3] - 406:21, 411:4, 419:15
**town** [2] - 393:18, 520:19
**Towne** [8] - 427:12, 427:14, 427:15, 427:20, 431:14, 431:18, 442:11, 478:18
**trained** [4] - 400:5, 401:4, 401:7, 401:8
**training** [6] - 401:3, 401:6, 401:11, 401:14, 401:18, 486:12
**transaction** [2] - 428:25, 430:1
**transactions** [2] - 430:25, 431:8
**TRANSCRIPT** [1] - 392:12
**transcript** [13] - 392:25, 421:24, 442:2, 442:3, 442:25, 449:21, 450:11, 450:13, 450:15, 452:15, 454:2, 463:9, 463:10
**transcription** [2] - 392:25, 425:13
**transcripts** [1] - 440:11
**trash** [26] - 427:16, 464:10, 464:14, 464:17, 464:18, 464:19, 464:20, 464:22, 464:24, 465:2, 465:4, 465:11, 466:2, 466:5, 477:2, 478:23, 478:24, 479:1, 480:22, 493:25, 501:1, 501:3, 501:5, 501:17, 501:25, 503:13
**travel** [1] - 412:16
**trial** [7] - 393:2, 394:2, 429:5, 429:16, 496:14, 496:15, 520:5
**TRIAL** [1] - 392:12
**tried** [2] - 442:22, 462:9

**triplets** [1] - 454:20
**truck** [23] - 506:10, 506:12, 506:14, 507:24, 508:18, 508:22, 508:25, 510:12, 511:23, 512:2, 512:8, 512:10, 512:12, 512:16, 513:2, 513:5, 513:9, 514:6, 515:12, 515:14, 515:16, 515:20, 516:6
**trust** [1] - 428:1
**truth** [1] - 433:23
**try** [5] - 416:5, 435:12, 450:23, 504:6, 504:8
**trying** [4] - 394:5, 431:5, 444:13, 445:3
**Tuesday** [1] - 393:22
**turn** [21] - 400:15, 400:23, 414:15, 415:17, 441:13, 442:25, 444:18, 450:23, 465:15, 470:5, 471:13, 472:7, 473:1, 474:22, 475:20, 476:17, 493:11, 497:7, 507:2, 511:10, 513:1
**turned** [4] - 511:4, 513:4, 513:5, 513:8
**turning** [3] - 468:8, 471:16, 481:7
**twenty** [1] - 449:25
**twins** [1] - 436:15
**Two** [1] - 446:21
**two** [41] - 400:11, 406:5, 408:23, 408:24, 414:6, 415:4, 417:18, 420:8, 420:10, 423:21, 425:4, 425:6, 426:3, 431:20, 435:1, 436:15, 438:16, 439:6, 440:23, 441:1, 441:18, 441:21, 443:16, 444:5, 447:1, 450:5, 450:6, 451:6, 453:4, 454:18, 468:14, 470:9, 471:6, 475:15, 489:11, 500:8, 500:12, 508:15, 518:1, 520:23
**type** [1] - 459:23
**typical** [3] - 413:19, 414:2, 414:5
**typically** [1] - 414:6

## U

**U.S** [5] - 438:5, 438:7, 448:23, 449:5, 507:24
**UBS** [2] - 432:6, 442:20
**UMTS** [2] - 401:16, 409:9
**unaware** [1] - 459:3
**unbroken** [1] - 394:14
**uncharged** [2] - 429:6, 429:17
**unconnected** [1] - 459:13
**under** [8] - 397:6, 440:18, 445:6, 445:9, 450:13, 477:12, 478:3, 478:8
**underneath** [1] - 481:15
**underpinning** [1] - 430:15
**undersigned** [1] - 447:9
**understood** [1] - 460:20
**undoubtedly** [1] - 459:9
**unfairly** [1] - 459:16
**unfolded** [1] - 394:8
**unidentified** [4] - 456:9, 488:16, 506:6, 506:19, 506:20, 506:23, 509:14, 513:23
**UNITED** [3] - 392:1, 392:4, 392:13

**United** [18] - 392:7, 392:16, 392:17, 393:2, 399:3, 429:3, 429:4, 429:15, 429:19, 435:20, 442:18, 446:17, 447:19, 448:5, 448:20, 448:22, 505:2, 516:17
**University** [1] - 402:9
**unnecessary** [2] - 395:23, 395:24
**unrelated** [1] - 395:19
**unsuccessful** [1] - 429:1
**up** [40] - 393:21, 397:11, 400:15, 404:5, 404:19, 410:22, 412:13, 412:17, 413:11, 413:13, 427:8, 433:22, 438:14, 441:3, 442:19, 450:23, 454:9, 454:17, 461:12, 464:13, 464:14, 464:18, 464:22, 473:5, 475:10, 475:12, 477:4, 478:23, 480:3, 480:23, 489:10, 489:13, 491:23, 492:17, 497:13, 502:16, 506:12, 506:13, 510:11, 520:11
**upheld** [3] - 429:5, 429:16, 429:21
**upper** [1] - 479:15
**upside** [3] - 479:14, 480:22, 481:14
**user** [1] - 412:3
**users** [5] - 409:1, 409:3, 409:14, 409:16
**uses** [1] - 401:8

## V

**variety** [2] - 485:5, 499:23
**various** [7] - 459:12, 465:23, 485:6, 485:11, 485:25, 487:5, 500:24
**vehicle** [1] - 507:21
**verdict** [1] - 426:6
**verified** [1] - 414:20
**verify** [3] - 405:2, 407:1, 477:22
**Verizon** [1] - 401:8
**version** [1] - 469:13
**versus** [3] - 393:3, 409:8, 429:15
**via** [1] - 447:13
**vicinity** [2] - 406:16, 410:16
**victim** [1] - 521:5
**victims** [3] - 395:9, 427:4, 520:23
**view** [4] - 412:21, 417:4, 512:7, 513:12
**viewer** [1] - 454:2
**visit** [1] - 426:14
**visited** [1] - 413:14
**voice** [71] - 395:7, 395:15, 396:13, 396:20, 396:21, 397:5, 397:6, 397:11, 397:12, 397:21, 397:24, 397:25, 398:4, 410:22, 427:13, 428:6, 428:8, 430:3, 430:14, 431:6, 431:10, 432:5, 432:11, 432:17, 433:24, 434:12, 437:17, 439:24, 439:25, 440:1, 440:7, 442:15, 442:19, 444:12, 444:13, 444:17, 445:6, 445:10, 445:23, 449:11, 450:3, 454:4, 456:22, 459:17, 459:24, 460:4, 460:21, 462:8, 462:11, 463:21, 463:22, 485:10, 485:11, 485:13, 485:14, 485:16, 485:25, 486:3, 486:12, 486:17, 498:21,

499:9, 499:16

**voices** [12] - 418:15, 440:23, 441:18, 444:5, 447:21, 451:6, 453:2, 453:5, 486:23, 499:13, 502:11, 502:19

**volume** [3] - 423:7, 435:12, 450:23

**vs** [3] - 429:3, 429:4, 429:19

## W

**wait** [1] - 396:16

**walk** [2] - 506:15, 508:22

**walked** [8] - 506:13, 506:16, 506:21, 513:2, 513:5, 513:9, 514:6, 515:11

**walking** [9] - 418:3, 509:4, 509:10, 512:10, 512:17, 512:21, 513:12, 513:14

**warrant** [7] - 456:16, 456:18, 472:20, 473:17, 474:2, 518:13, 518:15

**waste** [1] - 436:17

**watching** [2] - 496:25, 506:3

**water** [1] - 436:17

**ways** [1] - 408:23

**weaker** [3] - 407:24, 413:19, 413:21

**wear** [1] - 501:3

**wearing** [1] - 508:20

**week** [2] - 520:6, 520:9

**weeks** [2] - 437:4, 519:1

**Welfare** [2] - 457:1, 457:2

**Weston** [10] - 397:5, 437:1, 437:3, 437:8, 437:18, 441:2, 441:25, 442:8, 444:9, 445:7

**whatsoever** [1] - 459:21

**whereas** [1] - 413:23

**Wilde** [2] - 416:19, 416:21

**Williams** [1] - 415:20

**wins** [1] - 455:8

**winter** [1] - 488:7

**wire** [3] - 497:10, 500:20, 505:21

**Wireless** [2] - 399:21, 400:1

**wirelessly** [1] - 408:2

**wiretap** [5] - 450:9, 485:17, 485:18, 497:17, 499:5

**wiretapped** [1] - 485:14

**wiretaps** [5] - 422:5, 450:6, 456:23, 464:7, 485:6

**wish** [2] - 419:1, 450:14

**withdraw** [1] - 485:22

**withdrawals** [2] - 481:25, 482:2

**withdrawn** [2] - 420:4, 487:25, 497:16

**witness** [32] - 399:1, 399:2, 399:7, 402:12, 402:20, 403:14, 403:15, 410:8, 420:20, 421:1, 426:23, 432:3, 435:19, 445:17, 445:18, 446:10, 448:6, 459:4, 460:25, 461:10, 461:11, 484:5, 504:16, 505:1, 516:15, 516:16, 516:21, 516:22, 516:23, 518:3, 519:25, 520:1

**WITNESS** [9] - 399:12, 408:1, 409:5, 410:24, 420:19, 436:1, 448:12, 470:4, 505:9

**witnesses** [11] - 393:18, 394:5,

394:18, 403:1, 426:4, 426:21, 434:21, 446:5, 483:4, 483:8, 520:19

**wonderful** [1] - 520:12

**wondering** [1] - 397:19

**word** [2] - 427:15, 480:24

**words** [4] - 477:12, 487:22, 497:11, 502:12

**writer** [1] - 487:22

**written** [8] - 406:25, 438:25, 479:16, 479:20, 480:23, 481:15, 482:5, 491:8

**wrote** [3] - 429:2, 439:3, 443:14

## Y

**YAEGER** [131] - 392:17, 396:1, 396:15, 396:18, 396:23, 397:3, 397:15, 397:22, 398:8, 398:18, 421:10, 421:15, 421:19, 422:1, 422:3, 422:8, 422:10, 422:15, 422:18, 422:22, 422:25, 423:4, 423:6, 423:10, 423:17, 423:19, 423:22, 423:25, 425:1, 425:9, 425:20, 427:11, 431:3, 431:9, 431:17, 432:13, 432:24, 433:5, 433:7, 433:17, 435:1, 435:15, 435:20, 436:5, 439:12, 440:9, 440:17, 440:22, 441:3, 441:8, 441:15, 442:1, 443:5, 443:22, 444:1, 445:3, 445:12, 445:19, 446:14, 446:25, 448:5, 448:16, 448:18, 449:19, 450:5, 450:13, 450:23, 451:2, 451:5, 452:10, 453:1, 455:10, 455:12, 455:16, 456:2, 458:16, 460:1, 460:6, 461:13, 461:17, 462:8, 462:13, 462:16, 463:3, 463:4, 463:11, 463:14, 463:16, 463:19, 466:15, 470:22, 472:21, 473:18, 476:5, 477:7, 479:8, 482:8, 483:2, 483:6, 483:10, 484:4, 484:7, 484:9, 486:15, 486:19, 487:1, 491:1, 498:17, 498:19, 501:11, 503:5, 503:7, 504:1, 504:13, 505:2, 505:12, 507:17, 510:15, 515:4, 515:6, 515:23, 516:17, 516:23, 519:16, 519:20, 519:23, 520:3, 520:25, 521:4, 521:6, 521:8

**Yaeger** [15] - 396:17, 427:10, 432:10, 439:18, 445:2, 446:13, 448:15, 455:6, 455:13, 460:17, 463:2, 502:9, 511:4, 518:23, 519:9

**Yarova** [2] - 446:18, 491:17

**year** [1] - 511:12

**years** [4] - 394:11, 448:23, 448:24, 505:18

**yesterday** [2] - 394:19, 395:11

**YORK** [1] - 392:1

**York** [17] - 392:7, 392:18, 392:21, 392:23, 446:19, 446:22, 447:15, 449:1, 457:6, 467:3, 468:5, 468:13, 468:25, 474:5, 506:2, 510:6

**yourself** [1] - 439:3

## Z

**Zahler** [2] - 417:2, 418:11

**zero** [2] - 411:9, 411:10

**zipping** [1] - 393:9

**zoom** [1] - 473:23

**zoomed** [1] - 412:21