

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL
F.#2009R02161

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2014

By Hand and ECF

The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  United States v. Peter Liounis,
                     Criminal Docket No. 12-350 (ILG)

Dear Judge Glasser:

     The government respectfully submits this letter to provide the Court with the judgments for the defendant's three prior convictions in the United States District Court for the Southern District of New York.  Each judgment includes an annexed list identifying the victims of those crimes.  The government will provide the Court with copies of the victim lists, but is filing this letter on the ECF system and providing the defendant with a copy that does not include the lists.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                        By:   /s/ Justin D. Lerer
                              Justin D. Lerer
                              Assistant U.S. Attorney
                              (718) 254-6124


cc:  U.S. Probation Officer Frank M. Marcigliano (by e-mail)
     Peter Liounis, MDC (by regular mail)