

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL
F.#2009R02161

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2014

By Hand

Peter Liounis

        Re: United States v. Peter Liounis,
             Criminal Docket No. 12-350 (ILG)

Dear Mr. Liounis:

    This letter will serve to make a record of certain documents that the government has delivered to you.

    Earlier today in court, the government handed you copies of Government Exhibits 50 and 51 from the trial in this matter, which are schedules of deposits into the Grayson Hewitt account at J.P. Morgan Chase.

    Enclosed with this letter are copies of:

1. A letter filed by the government on August 15, 2014, with attachments. Attachment 5 contains the names of victims of the Rockford scheme, but the victims' addresses and telephone numbers have been redacted.

2. A spreadsheet of victim losses from the Grayson Hewitt scheme, including the names of the victims, but with the victims' addresses and telephone numbers redacted.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney
                Eastern District of New York

      By: /s/ Justin D. Lerer
           Justin D. Lerer
           Assistant U.S. Attorney
           (718) 254-6124

Enclosures

cc: Clerk of the Court (ILG) (by ECF) (w/o attachments)