```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
```

BEFORE: **GLASSER, J.**          DATE: **AUGUST 20, 2014**          TIME: **11:00 a.m.**

DOCKET #: **CR-12-00350 (ILG)**          TITLE: *U.S.A. v. Peter Liounis, et al.*

CR: **Lisa Schmid**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Justin D. Lerer - #6124**
                                              **Daniel A. Spector**

DEF'T #1 NAME: **Peter Liounis**          ATT'Y: **PRE SE**
✓ Present  _ Not Present  ✓ In Custody          _ Present  _ Not Present

### CRIMINAL CAUSE FOR SENTENCING

- ✔ **Case called.**
- ✔ **Defendant Peter Liounis present, appearing *pro se*.  Justin D. Lerer, AUSA and Daniel A. Spector, AUSA, present for the Government.**
- ✔ **Sentencing proceedings are held.**
- ✔ **Sentencing is continued to 8/22/2014 at 10:30 a.m.**
- ✔ **The defendant is continued in custody.**

**TIME:** **1/30**