**MANDATE**

E.D.N.Y. – Bklyn
12-cr-350
Glasser, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand fourteen.

Present:
> Barrington D. Parker,
> Debra Ann Livingston,
> Christopher F. Droney,
> *Circuit Judges*.

United States of America,

> *Appellee*,

v.

Ruslan Rapoport, AKA Sam Freed, AKA Alex James, AKA Al Jason, AKA Mark Berg,

> *Defendant*,

13-4358

Peter Liounis, AKA Mark Anderson, AKA Andrew Black, AKA James Weston, AKA Mike Sloli,

> *Defendant-Appellant*.

Appellant, *pro se*, moves for a stay of proceedings, dismissal of all charges, release from custody, and leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED as moot. *See Murphy v. Hunt*, 455 U.S. 478, 481-82 (1982) (holding that appellant's subsequent conviction mooted his claim with respect to pretrial bail because "even a favorable decision on it would have not entitled the [appellant] to bail"). It is further ORDERED that Appellant's motion is DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

SAO-RJT

MANDATE ISSUED ON 08/20/2014